# EXHIBIT T

# Recommended Practice for Design and Operation of Subsea Production Systems

## API Recommended Practice 17A, Third Edition, September 2002
## ISO 13628-1:1999, Petroleum and natural gas industries—Design and operation of subsea production systems—Part 1: General requirements and recommendations

ANSI ADOPTION: JULY 17, 2002

American Petroleum Institute

Helping You Get The Job Done Right.SM

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

## Special Notes

API publications necessarily address problems of a general nature. With respect to particular circumstances, local, state, and federal laws and regulations should be reviewed.

API is not undertaking to meet the duties of employers, manufacturers, or suppliers to warn and properly train and equip their employees, and others exposed, concerning health and safety risks and precautions, nor undertaking their obligations under local, state, or federal laws.

Information concerning safety and health risks and proper precautions with respect to particular materials and conditions should be obtained from the employer, the manufacturer or supplier of that material, or the material safety data sheet.

Nothing contained in any API publication is to be construed as granting any right, by implication or otherwise, for the manufacture, sale, or use of any method, apparatus, or product covered by letters patent. Neither should anything contained in the publication be construed as insuring anyone against liability for infringement of letters patent.

Generally, API standards are reviewed and revised, reaffirmed, or withdrawn at least every five years. Sometimes a one-time extension of up to two years will be added to this review cycle. This publication will no longer be in effect five years after its publication date as an operative API standard or, where an extension has been granted, upon republication. Status of the publication can be ascertained from the API Upstream Segment, telephone (202) 682-8000. A catalog of API publications and materials is published annually and updated quarterly by API, 1220 L Street, N.W., Washington, D.C. 20005.

This document was produced under API standardization procedures that ensure appropriate notification and participation in the developmental process and is designated as an API standard. Questions concerning the interpretation of the content of this standard or comments and questions concerning the procedures under which this standard was developed should be directed in writing to the general manager of the Upstream Segment, American Petroleum Institute, 1220 L Street, N.W., Washington, D.C. 20005. Requests for permission to reproduce or translate all or any part of the material published herein should also be addressed to the director.

API standards are published to facilitate the broad availability of proven, sound engineering and operating practices. These standards are not intended to obviate the need for applying sound engineering judgment regarding when and where these standards should be utilized. The formulation and publication of API standards is not intended in any way to inhibit anyone from using any other practices.

Any manufacturer marking equipment or materials in conformance with the marking requirements of an API standard is solely responsible for complying with all the applicable requirements of that standard. API does not represent, warrant, or guarantee that such products do in fact conform to the applicable API standard.

All rights reserved. No part of this work may be reproduced, stored in a retrieval system, or transmitted by any means, electronic, mechanical, photocopying, recording, or otherwise, without prior written permission from the publisher. Contact the Publisher, API Publishing Services, 1220 L Street, N.W., Washington, D.C. 20005.

*Copyright © 2002 American Petroleum Institute*

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

## API Foreword

This standard is under the jurisdiction of the API Standards Subcommittee on Subsea Production Systems (API C2/SC17). This API standard is identical with the English version of ISO 13628-1:1999. ISO 13628-1 was prepared by Technical Committee ISO/TC 67 *Materials, equipment and offshore structures for petroleum and natural gas industries*, SC 4, *Drilling and production equipment.*

This standard shall become effective on the date printed on the cover but may be used voluntarily from the date of distribution.

The API Standards on Subsea Production Systems consists of a series of Specifications, Recommended Practices and Technical Reports (17 Series), many of which are complementary with ISO Standards in the various standards in the series of ISO 13628-x documents. A list of these corresponding documents:

| API Standard | ISO Document | API Title (or Topic & Comments) |
|---|---|---|
| **RP 17A** | **13628-1** | **Design & Operation of Subsea Production Systems** |
| **RP 17B** | **n/a** | **Flexible Pipe** |
| **RP 17C** | **-3** | **TFL Systems** |
| **Spec 17D** | **-4** | **Wellhead & Christmas Tree Equipment** |
| **Spec 17E** | **-5** | **Subsea Production Control Umbilicals** |
| (Spec 17F) | **-6** | Subsea Controls<br>No API standard, designation reserved for future Adoption |
| **RP 17G** | **-7** | **Design & Operations of Completion/Workover Riser Systems** |
| (RP 17H) | **-8** | Remotely Operated Vehicles (ROVs)<br>No API standard, designation reserved for future Adoption |
| **RP 17I** | **-5** | **Installation Guidelines for Subsea Umbilicals**<br>To be incorporated into a new 17E |
| **Spec 17J** | **-2** | **Unbonded Flexible Pipe** |
| **Spec 17K** | **n/a** | **Bonded Flexible Pipe** |
| (RP 17M) | -9 | Remotely Operated Tools (ROTs)<br>No API standard, designation reserved for future Adoption |

While this list of corresponding documents is current as of the publication date of this standard, API makes no representation that any of these documents will be adopted by API or ISO

API publications may be used by anyone desiring to do so. Every effort has been made by the Institute to assure the accuracy and reliability of the data contained in them; however, the Institute makes no representation, warranty, or guarantee in connection with this publication and hereby expressly disclaims any liability or responsibility for loss or damage resulting from its use or for the violation of any federal, state, or municipal regulation with which this publication may conflict.

Suggested revisions are invited and should be submitted to the Upstream Segment, API, 1220 L Street, NW, Washington, DC 20005.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

## Contents

1 Scope ..... 1
2 Normative references ..... 1
3 Terms, definitions and abbreviations ..... 2
3.1 Terms and definitions ..... 2
3.2 Abbreviations ..... 2
4 Systems and interface descriptions ..... 4
4.1 General ..... 4
4.2 Overall system description ..... 6
4.3 Subsea wellhead system ..... 7
4.4 Subsea tree system and tubing hanger ..... 8
4.5 Completion/workover riser systems ..... 9
4.6 Mudline casing suspension system description ..... 10
4.7 Production control system ..... 10
4.8 Sealine systems ..... 11
4.9 Subsea template and manifold systems ..... 12
4.10 Production risers ..... 13
4.11 Intervention systems ..... 13
5 Design ..... 14
5.1 General ..... 14
5.2 Design criteria ..... 14
5.3 Field development ..... 17
5.4 Design loads ..... 18
5.5 System design ..... 18

6 Materials and corrosion protection ..... 39
6.1 Material evaluation ..... 39
6.2 Metallic materials ..... 40
6.3 Non-metallic materials ..... 41
6.4 Bolting materials for subsea applications ..... 42
6.5 External corrosion protection ..... 42
6.6 Design limitations for materials ..... 43
7 Manufacturing and testing ..... 45
7.1 Manufacturing and testing ..... 45
7.2 Test procedures ..... 45
7.3 Integration testing ..... 46
8 Operations ..... 47
8.1 Transportation and handling ..... 47
8.2 Installation ..... 48
8.3 Drilling and completion ..... 49
8.4 Hook-up and commissioning ..... 50
8.5 Well intervention ..... 55
8.6 Maintenance ..... 56
8.7 Decommissioning ..... 57
9 Documentation ..... 59
9.1 General ..... 59
9.2 Engineering and manufacturing ..... 59
9.3 Operating and maintenance ..... 59
9.4 As-built/as-installed documentation ..... 59
Annex A (informative) Description of subsea production system ..... 60
Annex B (informative) Marking colours ..... 107
Annex C (informative) Integration testing of subsea production equipment ..... 109
Annex D (informative) Typical procedures for commissioning ..... 114
Annex E (informative) Documentation for operation ..... 117
Annex F (informative) Data sheets ..... 122
Bibliography ..... 128



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

## Foreword

ISO (the International Organization for Standardization) is a worldwide federation of national standards bodies (ISO member bodies). The work of preparing International Standards is normally carried out through ISO technical committees. Each member body interested in a subject for which a technical committee has been established has the right to be represented on that committee. International organizations, governmental and non-governmental, in liaison with ISO, also take part in the work. ISO collaborates closely with the International Electrotechnical Commission (IEC) on all matters of electrotechnical standardization.

International Standards are drafted in accordance with the rules given in the ISO/IEC Directives, Part 3.

Draft International Standards adopted by the technical committees are circulated to the member bodies for voting. Publication as an International Standard requires approval by at least 75 % of the member bodies casting a vote.

International Standard ISO 13628-1 was prepared by Technical Committee ISO/TC 67, *Materials, equipment and offshore structures for petroleum and natural gas industries*, Subcommittee SC 4, *Drilling and production equipment*.

ISO 13628 consists of the following parts, under the general title *Petroleum and natural gas industries — Design and operation of subsea production systems:*

— *Part 1: General requirements and recommendations*

— *Part 2: Flexible pipe systems for subsea and marine applications*

— *Part 3: Through flowline (TFL) systems*

— *Part 4: Subsea wellhead and tree equipment*

— *Part 5: Subsea control umbilicals*

— *Part 6: Subsea production control systems*

— *Part 7: Workover/completion riser systems*

— *Part 8: Remotely Operated Vehicle (ROV) interfaces on subsea production systems*

— *Part 9: Remotely Operated Tool (ROT) intervention systems*

Annexes A, B, C, D, E and F of this part of ISO 13628 are for information only.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

## Introduction

This part of ISO 13628 has been prepared to provide general requirements, recommendations and overall guidance for the user to the various areas requiring consideration during development of a subsea production system for the petroleum and natural gas industries. The functional requirements defined in this part of ISO 13628 will allow alternatives in order to suit specific field requirements. The intention is to facilitate and complement the decision process rather than replace individual engineering judgement and, where requirements are non-mandatory, provide positive guidance for the selection of an optimum solution.

This part of ISO 13628 constitutes the overall subsea production system standard, with the intention that the more detailed requirements for the subsystems are retained in the complementary parts of ISO 13628. However, in some areas (e.g. structures, manifolds, marking) detailed requirements are included herein, as these subjects are not covered in a subsystem standard.

This part of ISO 13628 was developed on the basis of API RP 17A, *Design and Operation of Subsea Production Systems*, and other relevant documents on subsea production systems.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

# Petroleum and natural gas industries — Design and operation of subsea production systems —

# Part 1:
General requirements and recommendations

## 1 Scope

This part of ISO 13628 provides general requirements and overall recommendations for development of complete subsea production systems from the design phase to decommissioning. This part of ISO 13628 forms a top-level document to govern other standards dealing with subsystems typically forming a part of a subsea production system.

The complete subsea production system comprises several subsystems necessary to produce hydrocarbons from one or more subsea wells to a given processing facility located offshore (fixed, floating or subsea) or onshore, or to inject water/gas through subsea wells. This part of ISO 13628 and the subsystem standards apply as far as the interface limits described in clause 4.

Specialized equipment, such as split trees and trees and manifolds in atmospheric chambers, are not specifically discussed because of their limited use. However, the information presented is applicable to those types of equipment.

## 2 Normative references

The following normative documents contain provisions which, through reference in this text, constitute provisions of this part of ISO 13628. For dated references, subsequent amendments to, or revisions of, any of these publications do not apply. However, parties to agreements based on this part of ISO 13628 are encouraged to investigate the possibility of applying the most recent editions of the normative documents indicated below. For undated references, the latest edition of the normative document referred to applies. Members of ISO and IEC maintain registers of currently valid International Standards.

ISO 898-1, *Mechanical properties of fasteners made of carbon steel and alloy steel — Part 1: Bolts, screws and studs.*

ISO 898-2, *Mechanical properties of fasteners made of carbon steel and alloy steel — Part 2: Nuts with specified proof load value.*

ISO 10423, *Petroleum and natural gas industries — Drilling and production equipment — Wellhead and christmas tree equipment.*

ISO 13628-3, *Petroleum and natural gas industries — Design and operation of subsea production systems — Part 3: Through flowline (TFL) systems.*

ISO 13628-4:—[1)], *Petroleum and natural gas industries — Design and operation of subsea production systems — Part 4: Subsea wellhead and tree equipment.*

[1)] To be published.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

ISO 13628-6, *Petroleum and natural gas industries — Design and operation of subsea production systems — Part 6: Subsea production control systems.*

ISO 13819-1, *Petroleum and natural gas industries — Offshore structures — Part 1: General requirements.*

ISO 13819-2, *Petroleum and natural gas industries — Offshore structures — Part 2: Fixed steel structures.*

ANSI/ASME B31.8, *Gas Transmission and Distribution Piping Systems.*

API RP 17C[2], *TFL (Trough Flowline) Systems.*

API RP 17G[3], *Design and Operation of Completion/Workover Riser Systems.*

ASTM A 193, *Specification for Alloy — Steel and Stainless Steel Bolting Materials for High Temperature Service.*

ASTM A 320, *Specification for Alloy Steel Bolting Materials for Low-Temperature Service.*

## 3 Terms, definitions and abbreviations

For the purposes of this part of ISO 13628, the following terms, definitions and abbreviations apply.

### 3.1 Terms and definitions

**3.1.1**
**sealine**
flowline, service line, cable, umbilical or pipeline

NOTE For description of pressure and temperature ratings, the definition given in the applicable subsystem standard and other relevant standards and design codes is used.

### 3.2 Abbreviations

ADS atmospheric diving suit

API American Petroleum Institute

BOP blow-out preventer

BS&W basic sediment and water

CRA corrosion-resistant alloy

DCV directional control valve

DFI design, fabrication, installation

DFO documentation for operation

EDP emergency disconnect package

EFC European Federation of Corrosion

ESD emergency shutdown

[2] For the purposes of this part of ISO 13628, API RP 17C will be replaced by ISO 13628-3 when the latter becomes publicly available.

[3] For the purposes of this part of ISO 13628, API RP 17G will be replaced by ISO 13628-7 when the latter becomes publicly available.

| | |
|---|---|
| ESP | electrical submersible pump |
| FAT | factory acceptance test |
| FPU | floating production unit |
| GOR | gas-oil ratio |
| GRP | glass-fibre-reinforced plastic |
| HAT | highest astronomical tide level |
| HAZOP | hazards in operation analysis |
| HB | Brinell hardness |
| HIPPS | high integrity pipeline protection system |
| HPU | hydraulic power unit |
| HV | Vickers hardness |
| IMR | inspection, maintenance and repair |
| IRJ | instrument riser joint |
| ISO | International Organization for Standardization |
| LAT | lowest astronomical tide level |
| LMRP | lower marine riser package (for drilling) |
| LMV | lower master valve |
| LRP | lower riser package (for workover) |
| MIV | methanol injection valve |
| NACE | National Association of Corrosion Engineers |
| NDE | nondestructive examination |
| PC | personal computer |
| PCDA | plant control and data acquisition system |
| PCS | production control system |
| PGB | permanent guide base |
| PLC | programmable logical controller |
| PMV | production master valve |
| PRE | pitting-resistance equivalent |
| PSD | process shutdown |
| PSV | production swab valve |
| PWV | production wing valve |

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

P&A plug and abandonment

RAL "Reichsausschuss für Lieferbedingungen". A colour system used by German paint manufacturers

ROT remotely operated tool

ROV remotely operated vehicle

SAS safety and automation system

SAFOP safety in operation analysis

SCM subsea control module

SCSSV surface-controlled subsurface safety valve

SEM subsea electronic module

SMYS specified minimum yield strength

TFL through-flowline system

THRT tubing hanger running tool

TLP tension leg platform

TRSCSSV tubing-retrievable surface-controlled subsurface safety valve

TRT tree running tool

UNS unified numbering system

UPS uninterruptable power supply

UTM universal transversal mercator

VDU visual display unit

WHP wellhead pressure

XT tree

XTRT tree running tool

# 4 Systems and interface descriptions

## 4.1 General

Complete subsea production systems range in complexity from a single satellite well with a flowline linked to a fixed platform, to several wells on a template producing to a floating facility.

The elements of a typical subsea production system are shown in Figure 1. These are wellheads (both subsea and mudline casing suspension systems) and trees, sealines and end connections, controls, control lines, single-well structures, templates and manifolds, ROVs/ROTs and completion/workover and production risers (both rigid and flexible). In some areas (not covered by subsystem standards), detailed requirements are included (these apply to structures, manifold piping, materials, colour and marking).

The objective of this subclause is to describe the systems in general and define the subsystem interfaces. For a detailed description of subsystems and components, see annex A.

A schematic drawing illustrating typical elements of a subsea production system is shown in Figure 2.




**Key**

1 Running and retrieving tools
2 Installation and workover controls
3 Completion riser and control lines
4 Satellite well
5 Template
6 Sealines
7 Production controls
8 Production riser
9 Riser base
10 Manifold
11 Export

**Figure 1 — Typical development scenarios**



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.




NOTE For satellite wells directly tied back to the platform, several of the above-mentioned elements are eliminated.

**Figure 2 — Typical elements in a subsea production system**

## 4.2 Overall system description

### 4.2.1 General

Subsea production or injection systems are used to develop reservoirs, or parts of reservoirs, of a nature which dictates drilling of the wells from more than one location. Subsea production systems may also be used to develop reservoirs or parts of reservoirs beyond the reach of platform drilling facilities. Deep water may also in itself dictate development of a field by means of subsea completions.

The main elements of a subsea production or injection system are:

— a wellhead system with associated casing strings and production/injection tubing;

— a structural foundation and a guidance system for orientation and lateral guidance of modules during installation/retrieval. This unit is not always used;

— a set of flow and pressure control valves normally integrated in a tree;

— a production control system for remote monitoring and control of all subsea functions;



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

— a protective structure (optional);

— a sealine system;

— a manifold system (optional);

— installation and intervention equipment and tools with associated control systems.

The elements of the subsea production/injection system may be configured in numerous ways, dictated by specific field requirements and by operator strategy.

The most common configurations are:

— single satellite wells tied individually to a surface processing facility;

— one or more satellite wells tied individually to a subsea manifold located a given distance from the surface processing facility;

— multiple wells located on a common template incorporating a manifold.

In the following, the main characteristics of these scenarios are briefly described.

#### 4.2.2 Single satellites

For relatively shallow water, this configuration is characterized by short offset (outside the drilling reach of the host platform if this is a combined drilling production facility) and, if an infrastructure with a surplus of tie-in capacity exists, this scenario can be very effective. In terms of required permanent works this is basically a single satellite development copied a number of times over. Usually the flowline and umbilical are required to be installed as first-end tie-in at the infrastructure and second end pull-in at the satellites in order to limit congestion on the seabed around the infrastructure.

Flowline and umbilical are for some systems connected directly to thé tree structure. This approach offers some rationalization in hardware.

#### 4.2.3 Manifold/satellite cluster

This concept is based on tie-in of a number of single satellites to a central manifold. The manifold in turn is tied to the infrastructure by means of one or more sealines. An arrangement including two production flowlines with same size, service and control lines is quite common. This arrangement facilitates operation of wells at two different pressure levels simultaneously, as well as convenient round-trip pigging.

The system has flexibility with respect to simultaneous drilling and production, which can save some drilling time, and has flexibility with respect to installing wells in optimal locations rather than in batches at the same location, ref. template arrangement described below.

#### 4.2.4 Template

This concept includes some of the features described in the previous subclause, but with some notable differences. The wells and the manifolds are located on the same structure. Headers and lines often have much of the same configuration as the manifold/cluster option. Template designs have some additional mechanical tolerance problems relative to cluster designs.

### 4.3 Subsea wellhead system

#### 4.3.1 General

The main function of a subsea wellhead system is to serve as a structural and pressure-containing anchoring point on the seabed for the drilling and completion systems and for the casing strings in the well. The wellhead system incorporates internal profiles for support of the casing strings and isolation of the annuli. In addition, the system incorporates facilities for guidance, mechanical support and connection of the systems used to drill and complete the well.

#### 4.3.2 Wellhead system elements

A typical wellhead system consists of the following elements:

a) a drilling guidebase with a central opening for drilling of the first section of the well and facilities for attachment of guidelines. The temporary guidebase, acts as a support for the permanent guidebase, providing a controlled reference point for wellhead elevation. Note that on single satellite wells the drilling guidebase may be omitted if there are no requirements for accurately controlled elevation of the wellhead. On multiple well templates, the drilling guidebase forms an integral part of the template;

b) a permanent guidebase with facilities for attachment to the conductor housing, and guidance of the drilling and completion equipment (universal guide frame, BOP, production tree). If used together with a temporary guidebase, the permanent guidebase incorporates a gimbal arrangement on the under side (curved profiles that interfaces with a cone landing area on the temporary guidebase) to compensate for any angular misalignment between the temporary guidebase and the permanent guidebase due to the seabed topography, and the verticality of the well;

NOTE On satellite wells, depending on the overall tree configuration, the permanent guidebase may be replaced by a production guidebase, prior to installation of the tree, incorporating facilities for pull-in and connection of the sealines and connection to the tree. Alternatively, a production guidebase can be designed to serve as both the drilling guidebase and the production guidebase. It can be either permanent or retrievable. The sealines may also be connected directly to the tree.

c) a conductor housing welded to the conductor casing, which forms the initial anchoring point to the seabed. The conductor housing incorporates an internal landing shoulder for the wellhead housing, and facilities on the outside for attachment of the permanent guidebase. The conductor housing may be installed together with the permanent guidebase;

d) a wellhead housing with internal profiles for support of all subsequent casing strings and the tubing hanger, and external profiles for attachment of the drilling and completion equipment (BOP, tree) and landing in 762 mm (30 in) housing;

e) casing hangers with seal and lock-down assemblies for suspension of the casing strings and isolation of the annuli.

#### 4.3.3 Running and retrieving tools

Dedicated tools are used to install, test and retrieve the various elements of the wellhead system. The tools are activated by either mechanical manipulation of the drill string (push, pull, rotation) or in some cases by hydraulic functions through the drill string or dedicated hydraulic lines. These tools interface with dedicated handling profiles in the associated equipment.

#### 4.3.4 Miscellaneous wellhead equipment

A set of wear bushings is used to protect the internals of the wellhead at various stages of the drilling/completion operation.

### 4.4 Subsea tree system and tubing hanger

#### 4.4.1 General

The equipment required to complete a subsea well for production or injection operations incorporates a tubing hanger and a tree. The subsea tree and the wellhead system form the barrier between the reservoir and the environment in the production mode. In the installation/ workover mode the barrier function is transferred to a LRP or BOP.

There are two main categories of trees, conventional and horizontal. The conventional tree is described as the main option, whilst the characteristics of the horizontal tree are described in 4.4.6.

In conventional subsea completions, the tubing hanger is installed inside the wellhead. The tree is installed on top of the wellhead. The tubing hanger forms the connection between the production/injection tubing and the tree. During installation and workover, the tree production/injection and annulus valves are locked open or held open



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

hydraulically to allow access to the wellbores. The well barrier function is then covered by a lower riser package installed between the riser and the tree.

#### 4.4.2 Tubing hanger

The tubing hanger system supports the tubing string and isolates the annulus between the tubing and the casing. The tubing hanger is locked down inside the wellhead and includes seal bores for connection with bore extension subs from the tree.

#### 4.4.3 Tree

The tree consists of a valve block with bores and valves configured in such a manner that fluid flow and pressure from the well can be controlled for both safety and operational purposes. The tree includes a connector for attachment to the wellhead. The connector forms a pressure-sealing connection to the wellhead and includes bore extension subs from the tree to the tubing hanger, forming pressure-sealing conduits from the main bore and annulus of the well to the tree and additional conduits as required.

External flow loops provide fluid paths between the bores of the tree and the flowline connection point. The flowline may be connected either directly to the tree, or via flow loops on a production guidebase. The flowline connection joins the tree with the subsea flowline, using a choice of connections described in annex A.

#### 4.4.4 Tree cap

A tree cap is usually installed on top of the tree to prevent marine growth on the tree upper connection and seal bores. The cap may either be pressure-containing or purely a protective cap, depending on the barrier configuration of the tree. The tree cap could incorporate facilities to convert certain functions of the tree from workover control mode to production control mode.

#### 4.4.5 Tree running tool/lower riser package

The tree running tool is used to install the tree, and consists of a connector interfacing the top of the tree. It is often combined with a lower riser package containing a set of safety valves to control the well during installation/workover operations. The lower riser package may include valves capable of cutting wire and coiled tubing.

#### 4.4.6 Horizontal tree

The main difference between a conventional tree and a horizontal tree is that the horizontal tree is designed to be installed prior to the tubing hanger, and that the tubing hanger, when installed, is located inside the tree instead of the wellhead. Horizontal trees are configured with the valves located in the horizontal bore sections of the tree, in order to provide a large vertical bore through the tree. In installation/workover mode the well barrier function is covered by a conventional drilling BOP connected to the top of the tree, with a tubing safety valve inside the BOP, as part of the tubing hanger running string.

### 4.5 Completion/workover riser systems

**4.5.1** A completion riser is generally used to run the tubing hanger and tubing through the drilling riser and BOP into the wellbore. A workover riser is typically used in place of a drilling riser to reenter the well through the tree. The completion and workover riser may be a common system with items added or removed to suit the task being performed.

**4.5.2** Either type of riser provides communication between the wellbore and surface equipment. Both resist mass and pressure loads and accommodate wireline tools for necessary operations. The workover riser also resists external loading.

**4.5.3** The interfaces are naturally defined at the physical connection points with the other subsea and surface equipment to which they attach. For the completion riser, these are typically the subsea tree mandrel and surface tree riser-tensioning system.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

## 4.6 Mudline casing suspension system description

**4.6.1** Mudline casing suspension systems are designed to be used with bottom-supported drilling rigs (jack-ups), tension leg platforms, etc. The systems provide a suspension point near the mudline to support the mass of casing strings within the wellbore. The conductor and casing strings with their respective annuli are tied back to the surface, where they are terminated in conventional wellhead equipment with a surface BOP, or surface tree.

**4.6.2** Wells drilled with mudline casing suspension systems can be completed with a subsea tree, provided proper adaptation for subsea completion is made.

**4.6.3** In general, mudline suspension completions are best suited for shallow-water applications where wellhead strength/robustness is not an issue.

## 4.7 Production control system

### 4.7.1 General

Production control systems appear in several major architectures (see annex A). Only the two most common systems are described in this subclause.

### 4.7.2 Direct hydraulic control system

This is a simple type of system, characterized by cost-effectiveness and high-reliability for simple tasks, i.e. control of single satellites tied back to an infrastructure located at a short distance. For more complex scenarios with manifolded multiple-well completions, long offsets and/or deep water, this system architecture is not cost-effective and does not offer optimum performance.

The system consists basically of an HPU and a valve panel (often controlled by means of a PLC-type industrial computer) located at the infrastructure usually with one control umbilical per well and a simple interface to the tree actuators. Normally the instrument requirements for single satellites are modest, and most of the sensors may be located on the surface infrastructure. For several satellites tied back to a platform, congestion and requirements for J-tubes can represent a complication (one umbilical per tree).

Single satellites typically require only a few subsea process sensors. Direct wiring back to the infrastructure for one or two instruments is typical.

### 4.7.3 Electrohydraulic multiplexed systems

For any combination of manifolded wells, long offsets, and/or deep water, this system architecture is preferred for cost and performance effectiveness. Electrohydraulic systems usually include the following components:

a) **topside computer;**
   This is usually a dedicated unit which interfaces with the ESD system, the SAS system, the UPS and the HPU.

b) **the HPU;**
   This unit provides the hydraulic power supply, usually two pressure levels, for actuation of subsea and downhole valve actuators. It interfaces with the SAS system.

c) **electrical power unit;**
   This unit provides power at the desired voltage and frequency to feed the subsea users. It may interface with the UPS.

d) **modem units;**
   These units modulate communication signals for transmission on the control umbilical. Some systems use communication superimposed on the power lines.

e) **control umbilical;**
   The control umbilical has electrical wires for power and communication, hydraulic conduits for chemical injection purposes, annulus access, and hydraulic power transmission. It interfaces with the platform hangoff arrangement topsides and well tree/structure (satellite case) or the manifold subsea (manifolded option). In some cases electrical and hydraulic functions are provided in separate umbilicals.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

f) **control modules and base plates;**
These modules represent the most critical components with respect to reliability. They invariably contain one or two SEMs as interface circuitry for sensors, modems, valve drivers, etc. The hydraulic outputs from the control modules are directed to tree actuators and downhole functions. The interface with the tree is of particular importance in terms of system design. A control module usually has hydraulic accumulators for storage of energy. A control module also contains a hydraulic manifold with DCVs which facilitate control of hydraulic pressure in the tree actuators.

The base plate which interfaces with the control module has stab connectors (electrical and hydraulic) to match those of the control module. This is the interface point between the tree and the SCM. The latter also has an interface with the SCM running tool which is used to replace failed modules.

g) **process sensors;**
An installation of this type is usually equipped with several process sensors. They are interfaced to the control module via the base plate. Most process sensors are only retrievable with the tree and are thus required to be of highly reliable design.

h) **manifold/tree wiring and tubing;**
Both the manifold and the trees have electrical and hydraulic distribution for power, communication and output/input functions. Wet mateable stab connectors are used to interface with the control module base plate, umbilical, etc.

i) **interface with the workover control system.**
It is common practice that some valve actuator function lines from the SCM are routed via the tree cap such as to isolate all connections between the PCS and the valve actuators. Thus only the rig-based control system may operate vertical valves in the tree during workover operations. Certain control module functions may be used from the work-over control system during work-over operations.

## 4.8 Sealine systems

**4.8.1** This subclause describes in general subsea sealines and end connectors used in a subsea production system, and covers the unique factors of subsea systems which are: high pressure, multiphase flow, multiple lines, subsea connections, TLFs and pigging traps.

**4.8.2** Sealines may be dedicated to a number of purposes, including the following:

a) flowlines for production;

b) gathering lines;

c) injection lines;

d) service lines (test, kill, etc.).

**4.8.3** Components used in a sealine system may include the following:

a) connector;

b) spool (short piping segment commonly used in connecting pipelines);

c) safety joint (weak links) (device designed to fail at a predetermined structural load).

**4.8.4** Purpose-built special tools are often used for pulling in and making sealine connections, particularly in water depths requiring diverless operations.

**4.8.5** After placing a sealine on the seabed, it may be necessary to reposition the ends, modify them (by adding extensions), or both, so that a connection can be made without further gross adjustment. If TFL or pigging is specified, then the bends, welds, etc., of the line configuration should comply with API RP 17C or specific pigging requirements.

**4.8.6** A sealine system begins with both halves of the connector used at the subsea facility and ends with one of the following:

a) both halves of a connector used at another subsea facility;

b) the sealine side of a surface connection or weld at the top of a platform riser;

c) at the static flowline to dynamic riser interface/connection;

d) the interface to the flexible pipe is typically at the flanges on the end fitting.

**4.8.7** Sealines may be buried (trenched or rockdumped) for protection and/or thermal insulation purposes. Protection may also be necessary in order to avoid buckling/expansion problems.

## 4.9 Subsea template and manifold systems

### 4.9.1 General

The description includes all template and manifold systems supported on the seabed which may incorporate and physically support wellheads, drilling and production risers, pipeline connections, trees, manifolds, control system components and protective framing.

#### 4.9.1.1 Template

Production from the templates may flow to floating production systems, platforms, shore or other remote facilities. A template typically comprises a structure that provides a guide for drilling and/or support for other equipment, and provisions for establishing a foundation (piled or gravity-based).

The template is typically used to group several subsea wells at a single seabed location. Templates may be of a unitized or modular design. Several types of template are described below. Actual templates may combine features of more than one of these types.

#### 4.9.1.2 Well spacer/tieback template

A multiwell template used as a drilling guide to pre-drill wells prior to installing a surface facility. The wells are typically tied back to the surface facility during completion. The wells could also be completed subsea, with individual risers back to the surface.

#### 4.9.1.3 Multiwell/manifold template

A template with multiple wells drilled through it and supporting a manifold system.

#### 4.9.1.4 Manifold template

A template used to support a manifold for produced or injected fluids. Wells would not be drilled through such a template, but may be located near it or in the vicinity of the template.

#### 4.9.1.5 Riser base

A template which supports a marine production riser or loading terminal, and which serves to react loads on the riser throughout its service life.

#### 4.9.1.6 Modular template

A template assembled in modules around a base structure (often the first well). These modules may or may not be of a cantilevered design.

### 4.9.2 Manifold

A system of headers, branched piping and valves used to gather produced fluids or to distribute injected fluids. A manifold system may also provide for well testing and well servicing if TFL capability is included along with annulus monitoring and bleed capability. The associated equipment may include valves, connectors for pipeline and tree



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

interfaces, chokes for flow control, and TFL diverters. The manifold system may also include control system equipment such as a distribution system for hydraulic and electrical functions, as well as providing interface connections to control modules. All or part of the manifold may be retrievable such that it can be installed with the template or separately at a later date if required.

#### 4.9.3 Interfaces

The manifold and associated flowlines shall be made to a piping code, e.g. ANSI/ASME B31.8, with interfaces at the weld, flange or coupling to connecting equipment.

### 4.10 Production risers

**4.10.1** The portion of a pipeline extending from the seabed to the surface is termed a production riser. Examples include

a) conventional riser, consisting of rigid piping attached to the platform structure and serving as the pipeline;

b) J-tube riser, for rigid pipe, and J-tube or I-tube riser, for flexible pipe which permits installation of the pipeline without connections on the seafloor and consists of rigid conduit attached to the platform through which the pipelines are pulled;

c) flexible pipe riser, consisting of flexible pipe attached to a platform (in a manner similar to a conventional riser) or suspended from a floating facility;

d) riser from a subsea template.

The function of a subsea production riser is to provide conduit(s) for hydrocarbons or injection fluids between the sea-floor equipment and the production facility. The risers and support structures may also provide support for auxiliary lines and control umbilicals.

**4.10.2** Production risers fall into three broad design types: rigid pipe riser, flexible pipe riser and combinations of rigid and flexible pipe.

### 4.11 Intervention systems

Remotely operated intervention systems fall into two principal categories: swimming vehicles and surface-run tooling.

Intervention systems may be operated by divers (including ADS), remotely operated vehicles (ROVs) or dedicated remotely operated tooling (ROTs), and are typically used for

— inspection;

— operation of valves;

— injection or sampling of fluids;

— installation and recovery of equipment;

— connection of sealines.

ROVs are near-neutral buoyant submersible vehicles that may be used to perform tasks such as valve operations, hydraulic stab and general manipulator tasks. They can also carry tooling packages to undertake specific tasks, such as pull-in and connection of sealines, and component replacement.

ROTs are dedicated tools that are usually deployed on lift wires, umbilicals or drillpipe. Lateral guidance may be by guidewires, dedicated integral thrusters or ROV assistance. Generally, ROT intervention systems are used for pull-in and connection of sealines or for installation of component replacement tasks that require surface lift capacity that is beyond the ROV capability.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

# 5 Design

## 5.1 General

When designing a subsea production system, a systems approach should be used which considers installation, operation, inspection, maintenance, repair and abandonment requirements.

Also provision for possible future extensions should be planned at an early design stage.

The design of such a subsea production system shall take in account the above phases of the field development, the requirements to operate the field, the design data and design loads relevant at the location of the subsea installation. The information should be provided on data sheets. Typical data sheets are included in annex F.

The following subclauses give an overview of typical information required.

## 5.2 Design criteria

### 5.2.1 Environmental data

The following environmental data are typically required for the installation site of the subsea installation and applicable along the pipeline route to the processing facility:

#### 5.2.1.1 Oceanographic data

— water: depth, visibility, salinity, temperature, LAT, HAT, resistivity, oxygen content;

— currents: velocity, profile, direction, distribution and periodic occurrence;

— seabed: oil description, friction angles, soil shear-strength, depth profile and load-bearing capacity, pockmarks, presence of shallow gas, earthquake data, seabed topography, stability under cyclonic conditions, resistivity, density, marine growth.

#### 5.2.1.2 Meteorological data

— waves: height, wavelength, frequency, direction, distribution and periodic occurrence;

— weather: air temperature, wind speeds, wind direction, distribution and periodic occurrence;

— icebergs: size, occurrence frequency, direction, velocity.

### 5.2.2 Reservoir and fluid data

The following data are typically required:

— reservoir characteristics (BS&W data including reservoir depth, reservoir structure type, reservoir life);

— product characteristics (flowing/shut-in pressure, temperature, density, GOR, water cut, bubble-point, chemical composition, corrosivity ($H_2S$ and $CO_2$ mol %), sand, emulsions, wax content, asphaltenes and hydrates, flowrates, API gravity, chlorides/ salinity/pH of produced water, viscosity, cloud points, pour point and scaling potential, formation-water content of minerals);

— injection characteristics (turbidity, oil in water or gas allowances, scaling probability, pressure, temperature, corrosivity, filtration requirements).

See data sheet F.1 in annex F.

### 5.2.3 Well completion data

The following information related to drilling operation, corresponding well completion and well intervention is required:

NOTE Depending on the scenario, some of the information asked for below will be required at different stages.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

a) wellhead details, i.e. size, pressure rating;

b) wellhead type, i.e. subsea, mudline, hybrid, etc.;

c) drilling and casing programme;

d) subsea BOP and drilling riser system details, i.e. size, pressure rating, etc.;

e) guidebase details;

f) wellhead elevation and orientation;

g) equipment installation system, i.e. guidelines or guidelineless ROV, ROT, ADS and diving systems;

h) potential drilling loads on the wellhead system;

i) completion/workover riser type, dual string, single string, concentric, etc. and interfaces with stress-joint, EDP/TRT, LRP, and THRT;

j) completion tubing size with relevant plug nipple information;

k) downhole control and monitoring requirements (i.e. valve, pump, sleeve, pressure, temperature and flow functions);

l) well barrier requirements;

m) tubing hanger system and design, i.e. mechanically or hydraulically set, size, configuration, etc.;

n) completion/workover riser facilities, i.e. running of subsea tree, running of tubing hanger, wireline, coiled tubing, snubbing and operations, well stimulation, clean-up and testing, etc.

#### 5.2.4 Process and operation data

The following process and operating data are typically required:

a) production systems requirements [flowrates, flow regimes, flow control requirements, pressures (flowing and shut-in) and temperatures at wellhead and at processing facility, insulation, circulation and heating requirements];

b) injection systems (water and/or gas) requirements [flowrates, flow regimes, flow control and filtration requirements, pressures (flowing and shut-in) and temperatures at wellhead and at processing facility];

c) chemical injection requirements (type and characteristics of fluids, rates, flow control requirements, pressures and temperatures at wellhead and processing facility);

d) well shut-in requirements (barrier requirements, ESD requirements, kill/service fluids, rates, pressures and temperatures at wellhead and at drilling rig or processing facility, hydrate control philosophy during start-up and shut-down, HIPPS);

e) flowline cleaning requirements (pigging round-trip/bidirectional);

f) well management requirements (flow control requirements, rate limitations, testing/logging requirements);

g) inspection requirements (type of inspection to be performed, inspection frequency, access requirements, intelligent pigging requirements, barrier testing);

h) intervention requirements (intervention methods; ROV, ROT, ADS and diving);

i) well workover frequency (type of workover operation and methods to be used);

j) simultaneous drilling and production requirements;

k) abandonment requirements (P&A).

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

### 5.2.5 Receiving facilities data

The subsea system interfaces with the receiving facility and relevant interface information for the facility is required:

a) type of receiving facility, i.e. fixed platform, floating production facility or land terminal;

b) production riser type and characteristics, i.e. rigid or flexible;

c) service facilities available, i.e. electrical, hydraulic, air, water, chemicals, etc.;

d) ESD and control interface;

e) deck plan for equipment location;

f) flowline and umbilical interfaces, including pigging and kill facilities;

g) flowline and umbilical approach corridors;

h) existing and planned seabed installations, i.e. pipelines, flowlines and umbilicals;

i) protection requirements for sealines and equipment inside receiving-defined-facility safety zones, if applicable;

j) distance between subsea facilities and host facility.

### 5.2.6 Safety and hazards

Safety includes all operational, technical and emergency preparations significant for the protection of people, environment, the installations and vessels present.

To prepare for marine and mudline activities and to establish safety criteria for technical design solutions for production equipment, early information about the following is important:

— shallow gas pocket(s);

— fishing intensity;

— vessel activities;

— military activities;

— seabed scouring;

— iceberg activity;

— mudslide probabilities;

— subsea volcanic activity;

— sand waves;

— environmental protection (wildlife, breeding seasons, etc.);

— emergency preparations;

— other infrastructure.

## 5.3 Field development

### 5.3.1 System definition

In defining the field development, due consideration should be given to the following aspects:

a) field configuration, i.e. template, well cluster, satellite wells, manifolds, etc.;

b) details of existing facilities and infrastructure, i.e., platforms, appraisal wells, pipelines, etc.;

c) moored and/or dynamically positioned drilling-vessel type, i.e. semisub, monohull or jack-up;

d) anchor patterns and/or footprint;

e) field development schedule, i.e. planned development wells, future wells, future production tie-in philosophy, spare capacity including hook-up philosophy;

f) possibilities for "early" well testing, and early production;

g) artificial lift requirements, i.e. ESP, hydraulic turbines or gas lift;

h) well stimulation requirements, i.e. acidizing, fracturing, etc.;

i) requirement for well killing (kill fluid characteristics, flowrates and pressure);

j) requirement for gas or water injection to boost wellhead flowrates (flowrates and pressures);

k) requirement for chemical injection or periodic squeeze treatment for prevention of hydrate formation, waxing, scaling, corrosion, etc. (injection chemical type, flowrates and pressure);

l) requirement for any sealine over-pressure protection system;

m) well testing requirements;

n) workover system type, i.e. conventional and/or subsea lubricator type;

o) control and monitoring philosophy;

p) intervention philosophy, i.e. diver or diverless;

q) sealine cleaning requirements.

### 5.3.2 Simultaneous operations

The potential for simultaneous operations during installation and/or intervention should be assessed. Simultaneous operations may be achieved typically in the following combinations:

a) simultaneous rig intervention on template/or manifold-cluster well and hydrocarbon production from neighbouring wells;

b) simultaneous production through sealine transport system during rig activity in affected area;

### 5.3.3 Environment

In order to protect the marine environment, due consideration shall be taken of the following:

a) seabed congestion from subsea structures and pipelines;

b) restrictions on fishing activities and marine traffic;

c) hydraulic fluid discharge (design should comply with applicable regulations);



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

d) purge/pigging fluids disposal (design should comply with applicable regulations);

e) drilling fluids and cuttings disposal (design should comply with applicable regulations).

## 5.4 Design loads

### 5.4.1 General

All applicable loads that may affect the subsea production system during all relevant phases, such as fabrication, storing, testing, transportation, installation, drilling/ completion, operation and removal, shall be defined and form the basis for the design.

Accidental loads are project-specific and should be verified by a special risk analysis for the actual application. Accidental loads may include dropped objects, snag loads (fishing gear, anchors), abnormal environmental loads (earthquake), etc.

The data sheet F.4 in annex F may be used to define applicable loads.

### 5.4.2 Unpressurized primary structural components

Unpressurized primary structural components such as guidebases shall be designed in accordance with accepted industry practices and documented in accordance with ISO 13819-1 and ISO 13819-2.

As an alternative, a design verification load test of 1,5 times its rated capacity may be substituted for design analysis. The component shall sustain the test loading without deformation to the extent that any other performance requirement is not met, and the test documents shall be retained at an agreed location for an agreed time.

### 5.4.3 Design of lifting devices

#### 5.4.3.1 Padeyes

Padeyes shall be designed in accordance with documented industry practice using a design safety factor of typically 4 or greater based on minimum specified ultimate material strength at the maximum rated pickup angle. Load capacities of padeyes shall be marked as specified in ISO 13628-4:—, 5.5.2.

#### 5.4.3.2 Other lifting devices

Other lifting devices, such as running tools shall be designed as specified in ISO 13628-4:—, 4.1.3.5. If the lifting devices are either pressure-containing or -controlling, and are designed to be pressurized during lifting operations, then the load capacity shall include stresses induced by internal rated working pressure. Load capacity shall be marked on all lifting devices as specified in ISO 13628-4:—, 5.5.3.

## 5.5 System design

### 5.5.1 Overall design

**5.5.1.1** The subsea production system should be designed to optimize life cycle benefit while meeting functional requirements, without any compromise on safety.

**5.5.1.2** The system shall be designed such that any operation can be suspended, leaving the well(s) in a safe state if predefined operational limits are about to be exceeded.

**5.5.1.3** The system should be designed for easy fault diagnosis without system retrieval.

**5.5.1.4** A high system availability should be obtained through use of simple designs and reliable products (suppliers' standard equipment preferably with a satisfactory field performance record). Use of redundant designs should only be selected after a system performance analysis.

**5.5.1.5** Operational reliability should be documented for the subsea systems. For noncritical and temporary equipment, relaxed requirements may be accepted.

**5.5.1.6** Connectors with critical functions shall have an arrangement preventing unintentional release.



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

**5.5.1.7** Means of obtaining/maintaining cleanliness in hydraulic systems to the standard required for safe operation shall be included.

**5.5.1.8** Drag/wave-induced forces during launching/retrieval through the splash zone shall be considered for design and arrangement of structural elements, including those which are not rigid members of the overall structure, e.g. hatches.

**5.5.1.9** Heavy modules designed for guidelineless marine operation such as subsea trees and BOPs, shall substain all relevant loads and be equipped for guidance during landing of tools and modules. The load-absorbing structure shall have sufficient strength to withstand loads determined by the operation parameters of the defined intervention strategy.

**5.5.1.10** All tree block penetrations serving hydraulic and/or chemical injection lines shall be equipped with isolation valves to maintain the barrier philosophy.

**5.5.1.11** A single isolation valve between the environment and a pressurized manifold/header is acceptable for short-term periods (e.g. well workover), provided the pressure integrity of the valve can be verified. For long-term periods (e.g. rig off location) the manifold/header shall be secured by a high-pressure cap. The above requirement typically applies to subsea tree-to-manifold connections and connection points for subsea equipment (e.g. pig launchers).

**5.5.1.12** The subsea production system shall have facilities for safe and reliable testing of the pressure integrity of subsea barriers.

**5.5.1.13** The subsea system should include, where practical, protection of sensitive equipment from potential damage caused by fishing gear and dropped objects. The protection should be evaluated on a probability/consequence basis. For protection related to intervention, overall design requirements shall be evaluated based on operational philosophy and procedures.

**5.5.1.14** The subsea production system shall include means of determining the fully open and closed positions for all equipment such as valves and connectors etc. that may cause damage or be damaged due to wrong/unknown position when performing an operation.

**5.5.1.15** Critical equipment located in areas which may require intervention by ROV/diver shall be protected. The protection should be evaluated on a probability/consequence basis.

**5.5.1.16** The marking of subsea equipment for identification and operational purposes shall remain visible for the design life of the equipment.

### 5.5.2 Subsea completion equipment

#### 5.5.2.1 Structural integrity

##### 5.5.2.1.1 General

The wellhead system is the structural foundation for a subsea completion. It must be capable of transferring loads applied to the casing strings into the surrounding soil. Depending on the configuration of the production system, the environmental conditions and soil conditions, the loads applied to the wellhead system may vary significantly. Structural integrity should be verified for maximum load conditions considering all drilling and production operations.

##### 5.5.2.1.2 External loading

Loads on a subsea wellhead system may include component dead loads (mass, weight, gravity), riser loads, sealine pull-in loads, thermal growth, and direct environmental action. Typical loads are shown in Figure 3.

Riser loads are generally the largest loads applied. Bottom riser tension acting through an angle induces tension, bending moment, and shear. These loads should be determined by performing a riser analysis. This type of analysis is especially important for floating drilling vessels. Further guidance can be obtained from API RP 16Q. Fatigue analysis may also be required when variable loading conditions exist (such as riser vibration due to high current).

Sealine pull-in loads may induce significant shear and bending moments on the wellhead. Consideration shall also be given to the effects of thermal growth or contraction in the well tubulars and attached flowlines and to additional loads due to the possible non-verticality of the well.

A subsea completion may be subject to some direct environmental loads, such as current, wave action, earthquakes, ice, and soil movements. Dropped objects and snag loads from anchors or trawls may also be a concern for certain applications.

#### 5.5.2.1.3 Structural analysis

The soil data, external loads and reactions are used as input to a structural analysis of the subsea wellhead system. This structural evaluation shall verify that all components, as well as the foundation, will retain structural integrity operation and workover. ISO 13819-2 contains a discussion of methods available for this type of soil-structure analysis.




**Key**

1 Riser tension
2 Applied moments
3 Environmental (current, wave action, snag loads, etc.)
4 Flowline connection
5 Soil reaction
6 Thermal

**Figure 3 — Loads on subsea wellhead system**



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

#### 5.5.2.2 Pressure rating

Subsea wellhead systems are designed to a specific maximum working pressure. The design of the subsea wellhead housing is such that the BOP stack or tree is usually attached directly to the housing. Therefore, the housing must be designed to the maximum pressures anticipated for the life of the well, including shut-in pressure and pressure during well kill, stimulation, or injection operations.

In deep-water applications, the differential pressure across pressure-containing bodies is substantially reduced by the effect from the external hydrostatic pressure. This effect may be taken into consideration when determining actual working pressure for such equipment.

Note that pressure tests under atmospheric conditions shall be modified accordingly.

Subsea wellhead systems commonly being manufactured are rated to working pressures of 34,5 MPa (5 000 psi), 69 MPa (10 000 psi) and 103,5 MPa (15 000 psi).

#### 5.5.2.3 Service

Subsea wellhead systems shall be compatible with the type of service anticipated after completion as a subsea well. Consideration shall be given to produced fluid temperature and the presence of carbon dioxide, hydrogen sulfide or chlorides; all of which may contribute to mass loss, corrosion or stress corrosion/cracking failures.

#### 5.5.2.4 Running tool requirements

In addition to specific requirements, each running tool design should meet these basic guidelines:

a) adequate flowby area around or through the tool;

b) sufficient length on the OD to prevent a hang-up in a BOP ram cavity;

c) resistance to drilling mud and cuttings;

d) shouldered connections for tools required to transmit torque;

e) running protection for seals located on the OD;

f) allow strip-down and redressing on the rig.

All running tools shall be compatible with the running string tensile load, cementing practices, and internal pressure rating for the casing string being run.

#### 5.5.2.5 Completing exploratory wells

In some cases, wells originally drilled as exploratory evaluation wells are converted to subsea production or injection wells. The recommendations in this document should be applied to such wells, and potential problem areas identified. The wellhead system should be carefully inspected to ensure that damage has not occurred since the well was suspended. Areas to be investigated prior to making a decision to complete exploratory wells are:

a) height of the wellhead above mudline;

b) setting of casing hangers at dedicated locations within the wellhead housing;

c) condition and pressure integrity of casing hanger seal assemblies;

d) condition of the permanent guidebase;

e) condition of the latching profile and seal area of the wellhead housing;

f) condition of uppermost casing hanger internal seal area;

g) a detailed review of the well history to determine other possible problem areas.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

#### 5.5.3 Tubing hanger/tree design considerations

##### 5.5.3.1 System design considerations

The general considerations given earlier in clause 5 for subsea wellhead systems are also applicable to the tubing hanger and tree systems.

##### 5.5.3.2 Tubing hanger system

Specific design considerations with regard to the tubing hanger system include the following:

a) number, size and mass of tubing strings to be supported;

b) type of threaded connection for the tubing;

c) number and size of control ports and pressure rating for downhole safety valve(s) and others as required;

d) installation of tubing hanger to be in its appropriate receptacle;

e) requirement for electrical connectors for downhole monitoring and/or control;

f) manufacturer and type of wireline or TFL plug profiles (if any) to be machined in the major bores;

g) whether or not the tree design permits vertical access to the tubing hanger annulus port. This determines whether a wireline plug, stab-to-open check valve, hydraulically actuated sleeve or other means is used to secure the annulus when the tree or BOP is removed;

h) orientation, if required, relative to a given datum for corresponding interface with the tree;

i) type of riser, integral riser or individual tubing tieback strings used for installation and for wireline work;

j) protection of control ports from debris/fluid contamination.

##### 5.5.3.3 Tree design considerations

The following areas need special consideration in the design of a subsea tree:

a) **pressure rating;**
A complete profile of the expected maximum and minimum pressures for the wellbore, annulus, service bore (if used) and hydraulic lines shall be outlined.

Flow pressure, shut-in pressure, injection, and/or kill pressure of the well shall be considered. In addition, the maximum service pressure for a TFL tree and the maximum control pressure for the SCSSV should be considered. The pressure information shall be evaluated in conjunction with the external loads acting on the system for the particular operation taking place.

All components and connections should have a pressure rating consistent with the system rating. Wye spools shall be rated to the same pressure as other tree components (see Figure A.8). Tree loops shall be designed to the same pressure rating as the flowline, if located downstream of the wing valve, or the tree components if located upstream. The tree running tool(s) should have a pressure rating equal to or greater than the lesser of the tree or the installation riser. Proof testing of the components, pressure testing across valves and plugs, and gas testing, required for trees used in gas service, shall be performed. ISO 13628-4 and the guidelines in clause 8 should be followed for selection/identification of test criteria.

b) **service;**
Tree components shall be evaluated with respect to fluid compatibility. A careful examination of potential fluid types and constituents should be performed (considering amounts, states, total and partial pressures, and temperature ranges), see clause 6.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

c) **water depth;**
The installation water depth shall be considered so that hydraulic- and pressure-compensation devices can be adequately specified and designed. These devices are relevant for such items as the control system, running tools and hydraulic valve actuators.

d) **rig type;**
Overall tree and running tool sizes and shapes should be compatible with vessel handling space and opening constraints. This should be evaluated early in the design. The use of a bottom-supported or floating vessel will determine the tension and bending capabilities required of the tree.

e) **external loads;**
There are two primary external load cases, other than environmental loads, that a subsea tree and its upper and lower connectors may be subjected to. The first is installation, which includes riser loads and sealine connection loads. The second external load case is a workover situation in which an LRP and a workover riser may be used. The loads for each case shall be stated as maximum tension, bending and torsion with points of reaction.

Structural analysis shall be performed to guarantee that in case the installation/workover vessel accidentally loses its position (rig drift-off) and the installation tool does not disconnect immediately, then the structural failure will occur in a point above the subsea tree re-entry mandrel, leaving the well in a safe state.

Snag loads imposed on the tree and/or the flowlines may also be a concern. If the loads are such that damage is unavoidable, then the failure point and the consequence for the tree functions after the damage shall be considered.

When flow loops are connected to pressure-containing members such as valve bodies, the external loads, in addition to maximum pressure loads, shall be considered to act on the valves.

f) **tree valve configuration;**
Arrangements of tree valves depend on the intended service. Valves and bore configuration shall be studied to assure safety and the necessary operational flexibility including compatibility with downhole tools, plugs, wireline operations, and TFL equipment as specified in API RP 17C. In addition, the fluid paths shall be examined for potential fluid or solids collection and erosion. If the tree piping/loops are to be pigged, the design shall be consistent with the type(s) of pig(s) to be used.

A composite valve block should be considered when installation and workover will be from a floating vessel. This approach has greater external load-carrying capacity, fewer connections and more compactness. At least one master valve per bore shall be a fail-closed valve. A diver/ROV override shall be considered for hydraulic valves that are critical to well kill operations;

g) **bore size;**
The production or injection bore shall permit the installation/removal of plugs, wireline-retrievable valves and running of other downhole tools in the tubing string as required . Flow direction, fluid type, suspended particle type and size, and flowrates should also be considered.

In the case of TFL trees, the Wye spool shall be designed to pass TFL tools in accordance with API RP 17C. The annulus bore may be either directly vertically accessible from the upper tree connection to the tubing hanger bore, or it may be accessible only for pressure monitoring/equalization and injection. If injection of a fluid (into the annulus) will be performed, then the path configuration shall be designed to avoid potential erosion.

h) **flowline connection;**
The method and type of flowline connection influences the transmission and reaction of loads that may be imposed on the tree.

The flowline connector should be designed for the same pressure rating as the flowline, when mounted outboard of the wing valve. If used with a TFL tree, the bores of the flowline connection should be designed in accordance with API RP 17C. Flowline connections are discussed in more detail in 5.5.7.

i) **subsea intervention;**
The type of installation, whether diver-assisted or diverless, and how backup operations will be handled if the primary method fails, are important concerns. These topics are addressed in more detail in 8.5 (see also a recognized industry standard for ROV[4]) and ISO 13628-9).

If an ROV is to be used, the capabilities and the type of ROV should be considered. Special ROV concerns include: access, docking/reaction points, required mechanical or hydraulic power, load carrying capacity of the ROV, and the design of special service tools.

j) **tree control;**
There are a number of control systems and associated configurations available for trees and they are covered in detail in annex A. The external loading, layout and space constraints for the interface with the tree shall be considered in the design of both components.

All hydraulic/electrical functions needed for tree operation should be controlled from the remote-control station. A tree control module, if used, can be mounted at any location on the tree that provides access and protection. Hydraulic piping and electrical cables, if used, should be routed to minimize potential damage. The mass and location of the production control system module should be considered in order to attain a balanced tree configuration.

k) **piping, connections, ring grooves and gaskets;**
Piping runs shall be examined for potential fluid or solids collection points and erosion, and appropriate allowances made for expected corrosion/erosion.

l) **tree running tool.**
For guideline or guidelineless operations from floating vessel, the tree running tool and/or workover BOP running tool should be provided with a high-angle release connector. Also, a quick disconnection feature shall be provided.

Angle capability and disconnect time shall be established for each specific application. Factors to be considered for design of high-angle release connections are:

— local regulations;

— water depth and weather conditions;

— vessel station-keeping capability, etc.

### 5.5.4 Completion workover riser system

**5.5.4.1** Specific design considerations for completion and workover risers include: connection strength, axial and bending capacity, water depth, tubing pressure/rating, inside diameter, tubing configuration/ spacing, wireline restrictions, riser seal, other dimensional constraints, control line or umbilical requirements, operating weather conditions, and operating life.

**5.5.4.2** The completion/workover riser design is analogous to downhole tubing design if it is to be used only inside the marine riser and BOP stack or jackup conductor pipe.

A workover or completion riser to be used in the open sea, shall additionally be designed by riser analysis considering also the environmental loading factors. These may include surface vessel motion (if floating), wave action and current.

**5.5.4.3** The completion/workover riser shall be designed to suit the subsea tree with respect to drift diameters, bore spacing, etc. In addition operating conditions for the specific field development shall be reflected in the design of the riser system. Detailed design requirements for completion and workover risers are given in API RP 17G.

---

[4]) For the purposes of this part of ISO 13628, the industry standard will be replaced by ISO 13628-8 when the latter becomes publicly available.



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

### 5.5.5 Mudline casing suspension system

#### 5.5.5.1 System design considerations

The general design requirements for completing a mudline casing suspension well subsea are essentially the same as for a subsea wellhead (see 5.5.3).

#### 5.5.5.2 Specific design considerations

The following items outline specific design considerations for subsea completion on mudline casing suspension systems:

a) the system should be compatible with jack-up/TLP or other bottom-supported rigs;

b) casing loads should be suspended near the seabed to reduce loads on the rig and provide a disconnect/reconnect point;

c) the tension capacity, pressure rating and drift requirements should be selected to meet the requirements of the particular wells. Care should be exercised when selecting reduced-bore hangers to ensure that they are compatible with the drilling programme;

d) adequate annulus flowby areas should be incorporated in mudline components, both in the running and landed conditions. Evaluate the combined total area and the quality of the flowpaths;

e) the casing annuli should be accessible at the surface wellhead during drilling operations, but may be isolated when a subsea tree is to be installed;

f) applied external loads which affect the mudline drilling system shall be considered (i.e. wave and current forces, riser/BOP weight, etc.);

g) direction of rotation and required downhole torque of mudline components shall be compatible with the rest of the drilling system for installation and retrieval;

h) accessibility and adaptability should be incorporated for abandonment;

i) maximum allowable misalignment and lateral offset between the running/tieback strings and hangers shall be defined;

j) upon temporary abandonment, individual casing risers should be removed to meet elevation requirements at the ocean floor;

k) a protective cap (or caps) should be installed on the well, as required for the well programme;

l) an annulus seal assembly should be installed between the production casing and intermediate casing strings at the tie-back/adaptation point. Seal selection for component interfaces require particular attention.

### 5.5.6 Production controls

The following general factors should be considered during control system design:

**5.5.6.1** Control system availability may be maximized by

— selecting high-reliability assemblies and components;

— selecting components that have a high resistance to wear and corrosion;

— providing component redundancy;

— providing back-up or secondary systems;

— providing diver/ROV/ROT intervention capability;



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

— providing system bypasses;

— providing spare units (modules) for replacement;

— establishing control fluid properties and cleanliness standards.

**5.5.6.2** Maintenance should be considered early in system design. Maintainability of surface and subsea equipment can be enhanced by

— designing equipment for accessibility and easy maintenance;

— designing control system assemblies to be retrieved independently from subsea completion hardware.

**5.5.6.3** The production control system and its components shall be designed according to ISO 13628-6.

#### 5.5.7 Sealine systems

##### 5.5.7.1 General

The sealine system shall be designed according to a recognized standard, e.g. [10] and [1], depending on its type and function.

The choice of a sealine alignment method and its subsequent design is influenced by several considerations, including the following:

a) **target area;**
The location and accuracy in which the sealine end is placed and its effect on the lateral and angular alignment and related stresses;

b) **sealine installation method;**
The procedures and equipment of the chosen alignment method should be compatible with the procedures and equipment chosen to install the rest of the sealine. Alignment equipment should also be designed for any residual sealine reaction loads caused by the sealine installation method and/or thermal expansion loads;

c) **sealine end configuration;**
The type and amount of alignment forces required of the chosen alignment method can be influenced by the sealine being a single, bundle, or cased bundled pipe design and by pipe size, mass, strength, stiffness and TFL requirements;

d) **local seabed conditions;**
Soil friction forces and bearing capacity, local obstructions and seabed topography may affect the alignment procedure;

e) **connection point;**
Alignment design is influenced by the connection point being either another subsea facility or an offshore platform. An offshore platform can offer additional sealine alignment methods, such as conventional riser installation or J-tube installation. Connection points may also require expansion loops, breakaway features, or valves to complement the overall design. Spool pieces may be required to incorporate these added features;

f) **end connection method;**
It is essential to the integrity of the end connection that the alignment method positions the end of the pipe within the appropriate axial, lateral and angular make-up tolerances of the sealine connector. Rotational alignment should also be accommodated for bundled sealines to guarantee proper port orientation;

g) **alignment loads and stresses.**
The design of the sealine near the end connection and its alignment hardware are influenced by the strength and stiffness of the sealine, and the amount of movement required to align the sealine end with its connection point. Pull-in and lay-away methods require repositioning the sealine, which imparts axial loads and bending moments which should be accounted for in the sealine and alignment equipment design. Spool piece methods leave the line in its as-laid configuration.



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

Factors (see Figure 4) which influence the design loads and resultant sealine stresses during alignment operations include:

— connection point height and relative angle off bottom;

— sealine weight (and buoyancy);

— sealine axial and torsional stiffness;

— unsupported span length;

— lateral and angular movement to align the sealine;

— pull-in forces vs. residual sealine installation forces and soil friction;

— torque required (to orient ports).




**Key**

1 Subsea connection point
2 Additional axial movement for connection work
3 Angle relative to bottom
4 Height off bottom
5 Pipe weight
6 Unsupported span length
7 Pipeline installation forces
8 Pull-in forces
9 Soil friction

$M_1$ Vertical bending moment applied to pipe for end alignment
$M_2$ Horizontal bending moment applied to pipe for end alignment
$\alpha$ Angular movement of end for repositioning connector
$T$ Torque applied to bundled pipe for proper port orientation

**Figure 4 — Factors that influence alignment loads and stresses**

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

#### 5.5.7.2 Sealine connector

The connection between the sealine and the connection point is generally made after sealine end alignment is complete. The primary purpose of the connection methods described below is to create a pressure-tight seal that resists the loads associated with subsea environments. If TFL is specified, then the connectors should comply with API RP 17C. For deep water, all seals experiencing hydrostatic pressure should have bidirectional capability.

The following are several types of sealine connectors which typify the numerous options available:

a) **bolted flange;**
Bolted flange designs are covered in ANSI/ASME B16.5 and ISO 13628-4. These designs make use of metal ring joint gaskets which compress when the bolts are tightened. Special consideration should be given to these gaskets for underwater applications. Some gaskets (i.e. API BX gaskets) tend to trap water behind the gasket when made up underwater, resulting in improper sealing of the gasket and flange connection. The gasket ring grooves should be specified with welded in-lays to provide a corrosion-resistant surface finish. Welded inlays are not relevant when CRA materials are used for flanges.

   Bolted flange connections may permit a limited degree of initial misalignment. However, rotational alignment is restricted because of bolt-hole orientation. Swivel flanges may be used to facilitate bolt-hole alignment.

   Compact flange design may be considered at the interfaces, similar to connections at a subsea or receiving facility, since this may give advantages due to the smaller size on the interfacing subsystems.

b) **clamp hub;**
A clamp hub connector is similar in principle to a bolted flange connector. Clamp hub connectors may use the same metal ring gaskets as bolted flange connectors, or use proprietary gasket designs. The clamping device forces the mating hubs together as the clamping device is tightened.

   Clamped hub connections are generally faster to make up than bolted flange connections, because fewer bolts are required. Rotational alignment is unnecessary since the mating hubs do not have bolt holes, except for multibore hubs. On the other hand, most clamped hubs do not permit the amount of initial misalignment that bolted flange connections may provide.

c) **welded connection;**
Existing practice in welding underwater is to use one of two dry-welding methods that involve either a one-atmosphere chamber or a chamber filled with an inert gas at ambient water pressure (hyperbaric).

d) **proprietary connectors.**
Proprietary connectors are underwater connectors specially designed to perform final alignment, locking and seal-energizing tasks. Proprietary connectors latch the sealine to the connection point by various means ,such as expanding collets, locking dogs or other mechanical devices. The latching procedure generally includes a short distance of axial travel for one or both ends being connected.

   Proprietary connectors can be classified as either mechanical or hydraulic. Mechanical connectors are activated by divers or remotely through special tools. These tools are retrieved after connection, leaving only passive mechanical hardware subsea. Hydraulic connectors are mechanical connectors with hydraulic actuation devices. Hydraulic connectors are generally operated via multihose hydraulic control lines, and may leave the hydraulic actuation devices subsea after connection.

   Proprietary connectors typically use specially designed metal gaskets which are deformed when the connector is locked.

#### 5.5.7.3 Connector design

Sealine connector choice and subsequent design should consider factors such as water depth, intervention method, type of connection point, sealine installation method and misalignment tolerance compatibility with the alignment method. In addition, the choice and design of the connector can be influenced by the following:

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

a) **connector stresses;**
Residual stresses in the line itself and the sealine connector resulting from a particular alignment method and the additional axial movement required for end connection should be analysed in conjunction with operating stresses to determine if the combined stress is within allowable limits.

b) **make-up requirements**
Make-up requirements for connectors should be reviewed to ensure that

1) the connector will deform or deflect (energize) the gasket to effect a seal;

2) there is enough preload in the connector to offset the installation and operating loads which could otherwise break the gasket seal;

3) there is enough axial clearance and access for seal replacement.

The sealine connector design shall be such that after make-up it will not lose its sealing capability under cyclic pressures, temperatures or natural vibration loading and design external loads.

c) **testing.**
Sealine connectors should be in-plant tested to the hydrostatic test pressure stipulated for the sealine as recommended in [10]. In some cases, the connector may be part of and tested with the subsea facility. In such cases the connector should be tested to the hydrostatic test pressure stipulated for the subsea facility. If TFL is specified, each made-up connector should be drifted in accordance with API RP 17C. Additional in-plant testing may be required to verify make-up preloads, fit, and functional performance of locking devices and hydraulic actuation devices.

End-connector equipment should be designed to provide some testing means to verify that the gasket has formed an adequate seal and the connector has been fully actuated or clamped together after it has been installed subsea.

#### 5.5.7.4 Sealine protection

When a sealine protection system is required, the following apply:

a) a sealine protection system in the tie-in area shall be designed as a part of the total protective design of the subsea structure and the sealines;

b) the sealine protection system shall not cause restriction of any operations during installation, drilling, completion, production or IMR of the structure or sealines;

c) the sealine protection system shall accommodate thermal and pressure expansion, long-term settlement and necessary intervention operations to be performed.

### 5.5.8 Template and manifold systems

#### 5.5.8.1 General

The template is the framework that supports other equipment such as manifolds, risers, drilling and completion equipment, pipeline pull-in and connection equipment and protective framing (template and protective framing is often built as one integrated structure). The template should provide foundation to sufficiently transfer design loads into the seabed.

##### 5.5.8.1.1 Drilling and completion interface

If wells are to be drilled through the template, it should provide a guide for drilling, landing/latch capability for the first casing string, and sufficient space for running and landing a BOP stack. If subsea trees are to be installed, the template should provide proper mechanical positioning and alignment for the trees and sufficient clearance for running operations.

##### 5.5.8.1.2 Alignment

The template should provide alignment capability for proper physical interfaces among subsystems, such as wellhead/tree, tree/ manifold and manifold/sealines.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

#### 5.5.8.1.3 Guidance

The template should provide for a guidance system to support operations through the life of the installation. If guidelines are used, the template should provide proper spacing and installation/maintenance capability for the guide posts. If guidelineless methods are used, the template should provide sufficient space and passive guidance capability to successfully install key equipment items.

#### 5.5.8.1.4 Abandonment provisions

If the template is to be recovered at the end of the project, its design should include provisions for this requirement.

#### 5.5.8.2 Template installation requirements

In addition, the template should provide sufficient capability to allow for all installation requirements. Different types of installation vessel, such as drilling rigs or crane barges, should be evaluated. The requirements may include some or all of the following items:

— loadout;

— transportation to site;

— launch capability;

— crane capacity;

— buoyancy capability;

— ballast/flooding system;

— system for lowering to seabed;

— positioning capability;

— levelling system;

— foundation interface.

#### 5.5.8.3 Structures

**5.5.8.3.1** Subsea structures shall be designed according to relevant standards such as ISO 13819-1 and ISO 13819-2. The following apply:

a) the structure shall ensure sufficient alignment capability for proper physical interfaces between subsystems such as wellhead/production guidebase, subsea tree/manifold and piping system, manifold/sealine termination and installation aids, protective structure (if relevant) and other relevant interfaces;

b) the subsea structures may be fixed/ locked to the wellhead system or they can be separate with no direct fixed connection to the wellhead. Hence, corresponding piping shall be connected by built-in flexibility in the wellhead modules and/or manifold module.

**5.5.8.3.2** Loads induced on the guide frame/bottom frame from the well system will depend upon the following:

a) soil conditions and axial stiffness of well system;

b) structural design and stiffness of bottom frame against vertical deflection;

c) structure/well interface design and flexibility tolerances (if any);

d) casing thermal expansion.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

Well-supporting structures shall provide guiding/landing/latch capability for the conductor housing and sufficient space for running and landing a BOP stack on the corresponding wellhead and adjacent to a neighbouring subsea tree.

The well-supporting structure/production guidebase design shall allow for individual thermal expansion of the conductor/wellhead housings.

A drill-cuttings disposal system may be considered. Alternatively, accumulation of cuttings within the structure is allowed as long as this does not interfere with planned operations.

The structure shall allow onshore assembly and testing of equipment supported by the structure.

The structure shall transfer all design loads from interfacing systems and equipment to the foundation system.

Consistent with the dropped-object philosophy, protective structures and/or operational procedures should protect the subsea equipment against damage from dropped objects, fishing gear and other relevant accidental loads. Structural design should also avoid snagging of ROV umbilicals and guide wires.

**5.5.8.3.3** The subsea template, structure and its equipment shall be designed as follows, in order to facilitate efficient intervention.

a) Suitable viewing positions shall be provided for observations during running, connection and operation of tools, modules and equipment;

b) suitable landing area and/or attachment points should be provided where manipulative tasks are required to be carried out;

c) sensitive components/items on the subsea structure which may be damaged by the intervention system shall be protected;

d) bucket(s) designed for easy replacement of acoustic transponder(s) may be provided. Acoustic shielding and potential snagging shall be avoided;

e) all locking mechanisms on protection hatches and lifting frames should be easily operated in accordance with the defined intervention strategy;

f) replaceable guideposts should utilize locking mechanisms operated by the selected intervention system;

g) all permanently installed guideposts which require guidewire attachment should be designed such that a new guidewire can be re-established upon broken wire or anchor overpull;

h) any special equipment or arrangements installed on the subsea structure which require torque to be applied during operation should be designed to use a dedicated torque tool and interface;

i) the design shall be such that location of anodes and other construction details do not represent any obstruction or snagging point for the selected intervention system;

j) tools, BOP, modules and all retrievable equipment shall have an adequate running clearance to any part of the structure, adjacent module or equipment, etc. to avoid any unintended impacts or clashes during installation and retrieval. Recommended clearances are

   1) minimum 1,0 m (3,28 ft) for monohull and 0,5 m (1,64 ft) for semisubmersible operations, respectively, at 0,8 m (2,62 ft) above guidepost top and upward when running on guidewires;

   2) minimum 0,2 m (0,66 ft) when running on guideposts.

   NOTE For guidelineless operations, positive restrictions, such as guide funnels or bumper beams, should be provided to avoid impact between adjacent equipment.

k) operational requirements for running intervention systems from vessels, necessitating offset angles on the guidelines, shall not restrict ROT access, reduce running clearances or otherwise deteriorate operational safety and reliability.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

#### 5.5.8.4 Foundation and levelling

Generally, subsea systems require the template to be reasonably level in its final position for proper interface and mating of the various components and subsystems. Typical levelling methods include one- and two-way slips between piles and pile guides, jacking systems at the template corners and the active suction method. A means for level indication should also be included.

In order to design the foundation and levelling system, the following shall be considered:

a) seabed slope, installation tolerances and effects from possible scouring;

b) suction loads due to repositioning or levelling;

c) intrusion of soil into pile sleeves shall be prevented;

d) a foundation system for well-supporting structures, based on support/anchoring on the well conductor housings may be used. The integrity of the foundation system shall be verified;

e) for foundation and skirt systems, arrangements shall be made for air escape during splash-zone transfer and water escape during seabed penetration. Lift stability and wash-out of soil shall be taken into account;

f) structures with skirt foundation should be designed for self-penetration;

g) skirt-system facilities for suction and pumping shall, where required, be included to allow for final penetration, levelling and breaking out prior to removal. The suction and pump systems shall be operated in accordance with the selected intervention strategy;

h) settlement of the structures (installation and lifetime) shall be accounted for;

i) impact of heat from produced hydrocarbons should be considered, particularly if gas hydrates are present.

#### 5.5.8.5 Manifold and piping

##### 5.5.8.5.1 Functional requirements

Manifold systems may provide some of the following functional requirements:

NOTE Some or all of these capabilities are required for every manifold system.

a) the manifold shall provide sufficient piping, valves and flow controls to safely gather produced fluids or distribute injected fluids such as gas, water or chemicals;

b) the manifold may provide for testing of individual wells;

c) the manifold should provide appropriate valving and line-bore dimensions to allow pigging of sealines and appropriate manifold headers;

d) if the system is designed for TFL capability, the manifold shall provide piping and well diverters to support that capability;

e) if wells are to be completed on the template, the corresponding manifold should provide for connection to the tree;

f) the manifold may provide for mounting and protecting equipment needed to control and monitor production/injection operations. The manifold system may include a distribution system for hydraulic and/or electrical supplies for the control system;

g) the manifold shall provide for connection of sealines. The manifold typically provides sufficient flexibility to make and break these connections.

Production manifolds and piping systems shall be designed in accordance with ANSI/ASME B31.8. For flanges, ISO 10423 shall be used.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

#### 5.5.8.5.2 Design

Design of manifolds and piping systems shall take into account the fluid characteristics. These fluids include produced hydrocarbons (liquids and gases), formation water, injected water and gases, and injected chemicals.

The general design characteristics for these fluids include

- pour point;
- pressure;
- temperature;
- chemical composition;
- viscosity;
- gas/oil/water ratio;
- sand/paraffins/hydrates;
- corrosivity.

#### 5.5.8.5.3 Manifold piping

The size (diameter, wall thickness, etc.) of production piping will be determined from anticipated well flowrates and well pressures for individual lines and/or combined streams. Consideration should be given to plans for water/gas injection, gas lift and TFL operation, see API RP 17C. Fluid velocities should be considered in sizing pipes to reduce pressure drops and control flow-induced erosion. An internal corrosion allowance should be considered in determining required wall thickness. Overall design and clamping of piping/valves shall consider load-effects from anticipated slug flow. External hydrostatic pressure can be taken into account when determining pressure ratings. Special consideration shall be given to piping downstream of chokes, due to possible high fluid velocities.

#### 5.5.8.5.4 Maintenance

Maintenance is a key factor in system design and the maintenance approach should be considered early in the design of a template/manifold system. Some factors to consider are:

- diver assist or remote maintenance methods;
- the need for components to be made retrievable;
- clear access space for divers, ROVs or other maintenance equipment;
- clear markings to allow similar components to be distinguished;
- height above seabed for adequate visibility;
- system safety with components removed;
- fault analysis capability to identify failed components.

#### 5.5.8.5.5 Number of wells

Where wells are incorporated into the template and manifold, the number will vary depending on the site-specific application and greatly influence template size and manifold design. The addition of spare well slots should be considered for contingencies such as changes in reservoir depletion plan, dry holes, drilling problems and other unforeseen production requirements.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

#### 5.5.8.5.6 Well spacing

Well spacing may be governed by the type and size of drilling and production equipment used, the functional requirements of the manifold and subsequent maintenance and inspection requirements.

Consideration should be given to providing space for such items as sealine and wellhead connections and their running tools and adjacent BOP and production tree clearances. Access shall also be provided for inspection and maintenance tools.

### 5.5.9 Production risers

#### 5.5.9.1 General

Production risers shall be designed according to recognized codes and standards. See for example [1], [2] and [3].

#### 5.5.9.2 Design considerations

Design of the production riser system requires definition of the production functions (flow paths), properties of fluids in the lines, environmental loadings that will be imposed on the riser, and motions of the equipment to which the riser will be connected. Resulting loads, forces, moments, and displacements can then be investigated and analysed for a given production riser system design and its components.

Similarities exist between the methods of analysis for drilling risers and rigid pipe production risers. However, unique functional differences do exist and shall be accounted for in the design and analysis of production risers. These differences include service life, fluid types, high pressure and opportunity for frequent inspection.

#### 5.5.9.3 Functional and operational considerations

Each line shall be designed to satisfy requirements for throughput rate, pressure, corrosion, erosion and temperature while maintaining structural integrity. Operational considerations include provision for riser-system handling during extreme storm conditions, mooring failures, marine fouling, interface loads between lines and riser protection against external loading. Long-term plans for inspection, maintenance and repair can influence the riser system design. Operational activities, such as pigging through the various flowlines and provisions for displacing hydrocarbons prior to riser disconnect, may also influence production riser design.

To achieve satisfactory operating performance, the riser design shall be coordinated with the design of the equipment to which it is connected, both at the hang-off of the FPU and at the seabed. Also, operating choices shall be made about whether the riser is to be designed to remain connected at extreme FPU offsets, disconnected and hung off, or disconnected and fully recovered. The riser size and complexity can be reduced by commingling production at the seabed, but this may result in added subsea equipment complexity.

#### 5.5.9.4 Production aspects

Design of the production riser requires not only definition of the loads that may occur on the system, but a clear definition of the number, size and service for each of the lines needed to meet the initial and projected system production requirements. Service requirements may include produced fluids, product export, injection fluids (water, gas, chemicals), well test, annulus monitor/control functions and TFL tools. Expected requirements for workover may be a major factor in design selection. Each riser design will also be influenced by the various upstream and downstream choices. For example, the riser flow path may be designed for full shut-in pressure of the wells. Alternatively, an isolation valve may be placed subsea, and the riser flow path protected against over-pressure with a relief valve at the surface. provided that no blockage can occur between the seabed isolation valve and the surface relief valve.

The functional life of the production riser is an important consideration, not only from the standpoint of assessing wear and fatigue, but also from the standpoint of corrosion (both internal and external) and the probability of extreme load occurrences. Early decision about these matters can simplify the interactive process required to arrive at a satisfactory production riser design.

#### 5.5.9.5 Inspection and maintenance

The level of inspection and maintenance required in the operation of a production riser shall be addressed at the preliminary design specification stage of the design process. Inspection method(s) may significantly impact the size

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

and configuration of the riser. Inspection philosophy should be coordinated with service life projection and regulatory requirements. Maintenance requirements may influence the riser spacing configuration and fastening assemblies, thereby influencing the riser system design.

#### 5.5.9.6 Handling and storage

For many components, handling and storage may impose the most severe loadings. Refer to [19] which is specifically for drilling risers, and could also give general guidance for other riser systems.

#### 5.5.9.7 Installation and retrieval

The riser system shall be analysed considering the loads due to installation and retrieval, as well as operational loads.

### 5.5.10 ROV/ROT intervention systems.

Intervention systems may be operated by diver, ROV or specific ROT. The design of ROV interfaces with the subsea production system shall be in accordance with recognized industrial standards.

### 5.5.11 Colours and marking

**WARNING — A commonality of abbreviation between subsea facilities and surface-operating equipment is essential.**

**To minimize confusion and enhance safety where the control units are designed for multiple applications, it is recommended that functions be identified both on the subsea packages and on their control units, using common abbreviations listed in this International Standard.**

**Where the valve arrangements are unique, the documentation should clearly define the abbreviation used in the marking of equipment.**

#### 5.5.11.1 General

All equipment on the subsea production systems that is designed for subsea intervention shall have a colour and marking system enabling easy and unique identification.

The colour and marking system shall act as a guidance map for the intervention operations by

a) identifying the structure and orientation;

b) identifying the equipment mounted on the structure and intervention interface;

c) identifying the position of any given part of the structure relative to the complete structure;

d) identifying the operational status of the equipment, e.g. connector lock/unlock and valve open/close.

The marking system shall enable positive verification of the end stop and/or locked position for retrievable components such as guideposts to lock-down clamps etc.

#### 5.5.11.2 Colour design

The main elements of the colour design are

- object colour;
- background colour;

— foreground colour;

— relative object size.

The colours should be clearly distinguishable at a minimum distance of 10 m (32,8 ft) in artificial lighting with adjustable intensity and the red part of the light spectrum with the highest intensity.

The darker colour should not be used on large structural parts. White colours on large structural elements should be avoided. Grating (which may be required to see through) should have darker colours, e.g. metallic grey (unpainted), to avoid light reflection. Furthermore, colours that may be misinterpreted (taken for shadows/bottom, etc.) should not be used. The foreground should appear less bright than the object and background.

Elements such as pad eyes, lifting systems, connectors, i.e. "active" parts during intervention, should be marked with orange colour.

The ROV operating spindles (valve spindle/spindle extension) should not be painted due to the tolerance between the spindle and the torque tool.

The colours recommended for use on the subsea production systems, with their equivalent RAL and Munsell codes, are:

| | | | RAL | Munsell |
|---|---|---|---|---|
| — | white | : | 9002 | 10Y 8.5/1 |
| — | yellow | : | 1004 | 1.25Y 7/12 |
| — | orange | : | 2004 | 1.25YR 6/14 |
| — | black | : | 9017 | N 0.5 |
| — | grey | : | 7038 | 5Y 7/1 |

Based on project requirements, layers of self-polishing, clear (transparent) antifouling may be applied in addition to the coating, to maintain long-term intervention capabilities.

A guide to colours that may be used for the different components and equipment is provided in annex B.

**5.5.11.3 Marking requirements**

The marking is divided into primary and secondary marking.

Primary marking is defined as marking of major structural members and systems that need to be identified for operational, installation and retrieval purpose. Recommended height for marking symbols is 170 mm (6,693 in) to 500 mm (19,685 in ) character size.

Secondary marking is defined as marking used within a major system or location to identify components such as valves, hydraulically operated components, local tapping points used for sensing equipment, probes, etc. Character size of 50 mm (1,969 in) to 150 mm (5,906 in) should be used. Smaller sizes may be used when the specified size is impractical.

The location of the identification marks should be such that they do not obstruct intervention work to be carried out on equipment and components, and such that the risk of damaging or tearing off the marks is minimal.

Antifouling marking signs should be used on permanently installed equipment.

The marks should be designed for mechanical attachments to the structure, equipment or component such that they remain in place and are not damaged during intervention.

Welding attachments to production piping should not be used. If bonding is used, this should be based on thoroughly tested and verified techniques.



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

The following areas shall be considered:

a) **visibility;**
All marks should be designed to be clearly visible in artificial light from a minimum distance of 5 m (16,4 ft) based upon the particle content of the water.

b) **design life;**
The marks should be protected against marine fouling for the design life of the subsea production system.

c) **language;**
All instructions written on the marks should be in the English language.

d) **cross-reference;**
All symbols, characters, figures, etc. on the marks should be easily identified and cross-referenced with the operational documentation.

e) **marking of structures;**
The structures should preferably be oriented such that rig headings and template headings are identical during rig operations. The following marking should be used:

1) Front side of the structure : FORE

2) Starboard side of the structure : STB

3) Port side of the structure : PORT

4) Back side of the structure : AFT

On the port and starboard sides of the upper structure, main identification marks should be fitted to enable a positive identification of the entire subsea production system. The main identification marks should as a minimum display the field name, block number(s) and name of installation.

FORE on the protection structure should be defined according to FORE on the rig (i.e. same as the rig heading). For template structures, the numbering of the slots (referring to wellslots) can start with slot number one in FORE-STB corner and continue the numbering clockwise. Numbering of other slots, not referring to wellslots, follows by starting with slots on FORE side and follows clockwise. It is recommended to use the same method for numbering of wellslots and guideposts as for the protection structures.

The marks on the sides should be fitted on both top and bottom of the structures, such that they are clearly visible from the outside of the structures. Inside, the structure marks should be fitted to the structural members to enable positive and easy orientation. This should be done by fitting the marks on the vertical members surrounding e.g. a well slot, with the symbols facing towards the centre of the slot.

The marks should be fitted at an elevation suitable for the foreseen work to be carried out in the respective areas.

f) **marking of guideposts;**
Guidepost numbering should suit the expected rig heading, and a rig guidewire numbering system based on the forward and starboard guidewire being wire No. 1 and so on, going clockwise. The posts should be marked with black rings located 200 mm (7,874 in) below the top and indicating the post number

Retrievable guideposts should be fitted with easily readable status indicators showing locked ("L") and unlocked ("U") positions of the locking mechanism.

g) **marking of manifold valves;**
A unique valve numbering system should be established ,providing an easy identification of each valve and its function. All manifold valves should be marked with an "XY"-number where "X" identifies to which slot the pipe is connected or which main line the valve is isolating. The "Y" number should then identify which number of valve from the slot (if several valves in line) and which function the line has.

The valves should be marked with a minimum of one mark near the valve body facing upwards. The mark can be fixed on a support plate attached to one of the valve interface flanges between the valve body and bonnet or the near structure.

h) **marking of piping system;**
As for the manifold valves, a unique numbering system for the piping system should be established. The piping system (inclusive production and injection lines) between the well slots and pull-in porches should be marked to identify each pipe based on the established numbering system.

The piping may in addition be marked with coloured strips of antifouling material at different locations, in order to facilitate inspection.

i) **marking of pull-in porches;**
The pull-in porches should be marked to reflect the type of lines.

The pull-in porches for the electric and hydraulic umbilicals should be marked with "E" or "H" on the upper side. If combined electric and hydraulic umbilicals are used, the porch should be marked with "E/H".

Pull-in porches for the flowlines and chemical injection/service lines should be marked as follows:

1) Production flowline : P

2) Water injection flowline: WI

3) Gas injection flowline : GI

4) Test line : T

5) Chemical injection : C

6) Methanol injection : M

In addition to these letters, a number should be added to each funnel reflecting the line or umbilical number.

j) **marking of pull-in ramps;**
The pull-in ramps, if fitted, should be marked with a line indicating the ideal centreline of the porch. In addition, a line on each side should be added to indicate the maximum angular misalignment allowed.

Transversal lines every meter from the pull-in funnel entry point should be included on the ramp. The distance should be marked at the side of the misalignment lines, enabling the ROV pilot to record the distance left during pull-in operations.

k) **marking of subsea tree system;**
All the subsea tree valves should be marked with minimum two letters, for easy ROV observation with tool in position, e.g. Production Master Valve (PM).

A number should be fitted on the ROV valve panel providing an unique identification for each subsea tree. Likewise, the subsea tree cap should be fitted with a unique identification number.

l) **status indicators;**
Status indicators shall be marked with clearly readable reference points. Symbols "U" = unlock, "L" = lock, "O" = Open, "S" = shut, "B" = bleed should be used to define the reference points.

The distance between the status indicator arrow or marker and the reference points in the viewing direction, should be made as short as possible to reduce the sensitivity and effect of ROV viewing position. Direction of operation should be indicated with an arrow.



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

m) **marking of control system components;**
The control system should be marked to provide positive identification of its respective components. The marks should be fitted at regular intervals to enable easy identification of all the control system components.

The control module should be marked with the identification number at a minimum of one location and be clearly visible by ROV when approaching the module. The minimum character size should be 100 mm (3,937 in).

All the electrical and hydraulic lines should be marked, to allow easy identification of each line. The following guidelines should be used.

1) Each individual line should be marked with a character for unique identification of the line and its function at a suitable location close to its respective connection point;

2) lines entering a valve panel should be marked on both panel sides.

n) **marking of retrievable ROT guideposts (if used).**
ROT guideposts should be marked with level indicator rings every meter, using the top of the guidepost receptacle as the reference level.

## 6 Materials and corrosion protection

### 6.1 Material evaluation

**6.1.1** This subclause applies to the materials used in the subsea structures, manifolds, piping, and other components having importance for the safety and operability of the subsea production system.

**6.1.2** The following key factors apply to materials selection:

a) primary consideration should be given to materials with good market availability and documented fabrication and service performance;

b) the number of different material types should be minimized, considering costs, interchangeability and availability of relevant spare parts;

c) design life;

d) operating conditions;

e) experience with materials and corrosion protection methods from conditions with similar corrosivity;

f) system availability requirements;

g) philosophy applied for maintenance and degree of system redundancy;

h) mass reduction;

i) inspection and corrosion-monitoring possibilities;

j) effect of external and internal environment, including compatibility of different materials;

k) evaluation of failure probabilities, failure modes, criticalities and consequences. Attention should be paid to any adverse effects the material selected may have on human health, environment, safety and material assets;

l) environmental issues related to corrosion inhibition and other chemical treatments.

**6.1.3** The materials to be used should normally fulfil the following requirements:

a) the material shall be listed by the relevant design code for use within the stated design requirements;

b) the material shall be standardized by recognized national and international standardization bodies;

c) the material shall be readily available on the market (and stocked);

d) the material shall be readily weldable, if welding is relevant;

e) the material preferably has a past experience record for the particular application, e.g. same type of component and dimensional range.

## 6.2 Metallic materials

### 6.2.1 Corrosivity evaluation in hydrocarbon systems

**6.2.1.1** Evaluation of corrosivity should as a minimum include:

— $CO_2$ content;

— $H_2S$ content;

— oxygen content and content of other oxidizing agents;

— operating temperature and pressure;

— acidity, pH;

— halogenide concentration/water chemistry;

— velocity flow regime.

**6.2.1.2** A gas system is defined as wet if part of the system operates below the water dew point.

**6.2.1.3** The evaluation of $CO_2$ corrosion should be based on an agreed corrosion-prediction model or previous experience from the same field.

**6.2.1.4** For flowlines, a corrosion inhibitor efficiency of 85 % should be used for design, including effect of glycol and/or methanol injection, unless a higher efficiency is documented.

**6.2.1.5** The actual inhibitor efficiency should be qualified and documented by corrosion tests unless relevant field or test data are available.

Such assessment of inhibitor performance should fully reflect the intended operating environment with respect to product composition, corrosivity and flow regime.

**6.2.1.6** In flowline systems carrying hydrocarbons with condensed water, the corrosivity may be reduced by application of inhibitors in combination with pH stabilizers as an alternative to inhibitors alone. The combined effect of inhibitors and pH stabilizers should be qualified and documented by corrosion tests unless relevant documentation exists.

**6.2.1.7** Risk for "sour" conditions during the lifetime should be evaluated.

**6.2.1.8** Carbon and low-alloy steels should comply with [4].

**6.2.1.9** Requirements to corrosion-resistant alloys in "sour" service should comply with [5] with amendments given in this part of ISO 13628.

**6.2.1.10** Drying or use of corrosion inhibitors should not relax the requirement to use "sour"-service-resistant materials if the conditions otherwise are categorized as "sour" by the above documents.

### 6.2.2 Corrosivity evaluation in water injection systems

**6.2.2.1** Water injection covers systems for injection of deaerated seawater, raw untreated seawater and produced water, including aquifer water.



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

**6.2.2.2** Corrosivity evaluations for deaerated injection seawater should, for conventional deaeration processes, be based on a maximum operating temperature that is appropriate for the geographical area, and the following Oxygen Equivalent levels:

(Oxygen Equivalent = $10^{12}$ oxygen + 0,3 × $10^{12}$ free chlorine)

Permissible levels of oxygen are 50 × $10^{12}$ for 90 % of operation time and 200 × $10^{12}$ for 10 % of operation time, non-continuous. Even if the specification for the deaeration equipment gives more strict requirements, the above should be the basis for the material selection. If the specified Oxygen Equivalent or temperature is above 50 × $10^{12}$ or 30 °C (86 °F), respectively for normal operation, the basis for material selection should be subject to special evaluation.

**6.2.2.3** For carbon steel submarine injection flowlines used for low corrosive services, the minimum corrosion allowance should be 3 mm (0,118 in).

**6.2.2.4** In injection water systems where alternating deaerated seawater and produced water and/or gas could flow through the systems, the material selection should take this into account. All components which may contact injection water should be resistant against well-treatment chemicals or well-stimulation chemicals if back-flow situations can occur. For carbon steel piping, maximum flow velocity should be evaluated considering the corrosivity and erosivity of the system.

#### 6.2.3 Design considerations

##### 6.2.3.1 Galvanic corrosion prevention

Wherever dissimilar metals are coupled together, a corrosivity evaluation should be made.

##### 6.2.3.2 Carbon steel welds

For pipe systems with corrosive service and injection water, the welds should be compatible with the base material in order to avoid local corrosion of weldment and heat-affected zone.

##### 6.2.3.3 Metal-to-metal seals

Metal-to-metal seals that may be exposed to seawater without cathodic protection should be made in corrosion-resistant alloys such as UNS R30035, R30003, N06625 and N10276. Generally, metal-to-metal sealing materials should be more noble than surrounding surfaces.

### 6.3 Non-metallic materials

**6.3.1** The selection of polymeric materials, including seals made of either thermoplastic or elastomeric materials, should be based on a thorough evaluation of the functional requirements for the specific applications. Dependent upon application, properties, to be documented and included in the evaluation, are

a) thermal stability and ageing resistance at the specified service temperature and environment;

b) physical and mechanical properties;

c) thermal expansion, cycling and dynamic movement;

d) swelling and shrinking by gas and by liquid absorption;

e) resistance against high-pressure extension or creep;

f) gas and liquid diffusion;

g) decompression resistance in high-pressure oil/gas systems;

h) chemical resistance;

i) control of manufacturing process.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

**6.3.2** Polymeric sealing materials used for pressure-containing applications should be thoroughly documented. The documentation should include the relevant materials from all suppliers used.

**6.3.3** The documentation should provide all important properties relevant for the design, area/type of application and design life. The documentation should include results from relevant and independently verified tests and/or confirmed successful experience in similar design, operational and environmental situations. The results from qualification testing should provide the basis for service-life extrapolation using methods such as Arrhenius plots.

**6.3.4** The polymers used should be from the same material manufacturers as the polymers used for material qualification or in confirmed successful experience, using the same manufacturing route and procedures. The testing should be performed on products from regular production or from test production made according to the normal production route and with regular production equipment. The materials should be tested in a stressed condition, compression or tension, whichever is relevant for the application.

## 6.4 Bolting materials for subsea applications

**6.4.1** The general bolting material used for piping systems and equipment should be carbon or low-alloy steel selected in accordance with Table 1. Bolts with a diameter < 10 mm (0,394 in) may be stainless steel type 316 for metal temperatures below 60 °C (140 °F).

Cathodic protection is necessary for these bolting materials.

**Table 1 — Bolting materials**

| Temperature range °C (°F) | Bolt | Nut | Size range mm (in) |
|---|---|---|---|
| Above 100 (212) | ASTM A320 Grade L7 | ASTM A194 Grade 4/S4 | < 50 (1,969) |
| | ASTM A320 Grade L43 | ASTM A194 Grade 7 | < 100 (3,937) |
| Above 46 (115) | ASTM A193 Grade B7 | ASTM A194 Grade 2H | All |
| – 196 to + 60 (– 320 to + 140) | ASTM A193 Grade B8M, Class 1 | ASTM A194 Grade 8MA | All |

**6.4.2** Bolting for structural applications should generally be carbon or low-alloy steels in accordance with the following:

The strength class shall not exceed property class 8.8 for bolts according to ISO 898-1 and property class 8 for nuts according to ISO 898-2, ASTM A320 Grade L7 and ASTM A193 Grade B7, with a maximum allowable hardness of HB 320.

**6.4.3** Bolts with a diameter above 25 mm (0,984 in) should be impact-tested to the same requirements as for the materials to be bolted. Alloy 625 should be used when corrosion-resistant bolts are required at ambient temperature, i.e. for conditions where the bolts are exposed to aerated seawater and cathodic protection cannot be ensured. It should be verified that the materials have acceptable mechanical properties at the actual design temperatures.

**6.4.4** Carbon steel or low-alloy bolting material should be galvanized or have similar corrosion protection. Where there is a risk that dissolution of a thick zinc layer, as obtained with hot-dip galvanizing, may cause loss of bolt pretension, electrolytic galvanizing or phosphating should be used. Electrolytic galvanizing should be followed by post-baking. Polytetrafluoroethylene (PTFE)-based coatings, as one alternative, can be used provided electrical continuity is verified by measurements. Cadmium plating should not be used.

**6.4.5** Bolts screwed into component bodies should be of a material that is compatible with the body with respect to galling and ability to disassemble the component for maintenance, if relevant. Risk for galvanic corrosion, thermal coefficient if relevant, and the effect of cathodic protection, should be considered.

## 6.5 External corrosion protection

**6.5.1** Cathodic protection should be used for all submerged, metallic materials, except for materials which are immune to seawater corrosion. Surface coating should in addition be used for components with complex geometry and where found to give cost-effective design.

This document was reproduced from an API authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

Cathodic design should be carried out in accordance with [6] or [7].

**6.5.2** The design should ensure reliable electrical continuity to each individual element for the defined design life, including continuity through the sealine termination (if relevant).

**6.5.3** Welded anode connections are recommended for subsea applications. Flanged and screwed connections should be avoided where possible. The electrical continuity to the cathodic protection system should be verified by actual measurements for all components and parts not having a welded connection to an anode.

**6.5.4** Any components permanently exposed to ambient seawater and for which efficient cathodic protection cannot be ensured, should be fabricated from seawater-resistant materials. Exceptions are components where corrosion can be tolerated, i.e. pressure containment or structural integrity will not be compromised.

**6.5.5** Material selection should take into account probability for, and consequence of, component failure.

**6.5.6** The following materials are regarded as corrosion-resistant when submerged in seawater at ambient temperature:

a) alloy 625 and other nickel alloys with equal or higher PRE value [PRE = % Cr + (3,3 × % Mo) + (16 × % Ni)];

b) titanium alloys. Suitable performance under cathodic protection shall be documented for the relevant operating conditions;

c) GRP;

d) other materials, provided adequately documented.

**6.5.7** Stainless steels type 6Mo and type 25 Cr duplex are borderline cases and not considered as fully seawater-resistant in this respect for temperatures above 15 °C (59 °F). These materials should not be used for threaded connectors without cathodic protection.

**6.5.8** Location and number of cathodic-protection inspection points for intervention should be defined and prepared.

## 6.6 Design limitations for materials

### 6.6.1 General

General recommendations for all steel types (including bolts):

a) for carbon and low-alloy steels: The yield : tensile strength ratio (actual values) should not exceed 0,9;

b) for materials intended for welding: SMYS should not exceed 560 MPa (81 160 psi);

c) for submerged parts exposed to cathodic protection, the following should apply: For carbon and low-alloy steels, SMYS should not exceed 700 MPa (101 450 psi) [725 MPa (105 072 psi) for bolts]. The actual yield strength should not exceed 950 MPa (137 680 psi). For carbon steel welds, a maximum limit of 350 HV10 applies. For stainless steels and non-ferrous materials, resistance against hydrogen embrittlement should be controlled by specifying that the actual hardness of the material should be in accordance with ANSI/NACE MR0175, unless otherwise documented.

### 6.6.2 Flexible pipe

**6.6.2.1** Generally the recommendations of recognized standards should be satisfied, e.g. [8] and ISO 13628-2.

**6.6.2.2** Due consideration should be made to evaluate the possibility of failure due to corrosion and/or corrosion-fatigue of the steel reinforcement caused by the internal and/or the external environment. If "sour" conditions apply, the effect of $H_2S$ on steel reinforcement should be considered. The gas diffusing through the polymeric sheets should be considered wet. If welding is performed on reinforcement wires, the resulting reduction in strength should be taken into consideration in the design.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

**6.6.2.3** Measures to avoid internal galvanic corrosion by proper material selection and/or electrical isolation should be ensured at all interfaces to neighbouring systems, such as at subsea production manifold piping and flowlines.

**6.6.2.4** The material for the inner metallic layer of nonbonded pipe can be stainless steel type 316 (not to be used for raw seawater), provided pitting corrosion and local erosion penetrating the liner do not deteriorate the functional performance and reliability of the flexible pipes. The choice of inner material should take into account the possibility of exposure to seawater during installation and commissioning.

**6.6.2.5** The following should be documented:

a) Material properties, verifying consistency between the design requirements and the fabricated quality.

b) Documentation, in accordance with 6.3, demonstrating that polymeric materials will be resistant to the internal and external environments and maintain adequate mechanical and physical properties throughout the design life of the system.

### 6.6.3 Control systems

**6.6.3.1** For polymer-based hoses, material selection should be based upon a detailed evaluation of all fluids to be handled, but it should not be used for pure methanol service (with less than 5 % water), see API Spec 17E and API RP 17I[5].

**6.6.3.2** The annulus bleed system will be exposed to a mixture of fluids, such as production fluid, methanol, completion fluid and pressure-compensating fluid.

**6.6.3.3** A hose qualification programme should be carried out, including testing of candidate materials in stressed condition representative of actual working pressure, unless relevant documentation exists. The results from qualification testing should provide the basis for service-life extrapolation using methods such as Arrhenius plots.

**6.6.3.4** For umbilicals, the electric cable insulation material should also be qualified for all relevant fluids. The materials selected for the electrical termination should be of similar type, in order to ensure good bonding between different layers. The material selection for metals and polymers in electrical cables in the outer protection (distribution harness) and in connectors in distribution systems should have qualified compatibility with respect to dielectric fluid/pressure-compensation fluid and seawater. The functionality in seawater of the individual barriers (to prevent seawater ingress) relative to the service life shall be documented.

**6.6.3.5** The different parts of the components in hydraulic and chemical distribution systems should have documented compatibility with relevant process fluids, dielectric fluid and seawater.

### 6.6.4 Workover risers

**6.6.4.1** The maximum permissible service life under defined operating conditions should be defined, see API RP 17G.

**6.6.4.2** Material selection should take into account if the part will be welded or not. If the part is to be welded, weldability should be assessed. All welded parts to be post-weld heat-treated.

**6.6.4.3** The strength should be limited to enhance ductility and toughness. The specified minimum yield strength should be limited to maximum 640 MPa (92 754 psi) for unwelded parts (ISO 11960 Grade C90) and 560 MPa (81 160 psi) for welded parts (maximum ISO 11960 Grade L80).

**6.6.4.4** Resistance against possible sour conditions shall be evaluated for parts of the workover risers which may be exposed to reservoir fluids during drilling and testing. Compliance with "sour" service requirements as given in 6.2.1.9 should be met, unless less stringent requirements are justified.

---

[5] For the purposes of this part of ISO 13628, API Spec 17E and API RP 17I will be replaced by ISO 13628-5 when the latter becomes publicly available.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

**6.6.4.5** For workover risers manufactured from carbon steel, reduction in wall thickness due to corrosion should be evaluated. Effects of corrosion should be accounted for by a minimum corrosion allowance of 1,0 mm (0,039 in) unless it can be demonstrated through routine maintenance that a corrosion allowance can be eliminated.

Titanium may be evaluated as an alternative to carbon steel. Seawater-operating temperature limits for titanium Gr. 2 if crevices are present: unchlorinated 95 °C (203 °F), chlorinated 85 °C (185 °F), brine 80 °C (178 °F). Titanium shall not be used in exposure to hydrofluoric acid or pure methanol (> 95 %) or exposure to mercury or mercury-based chemicals. Titanium shall not be used for submerged applications involving exposure to seawater with cathodic protection unless suitable performance for this service is documented for the relevant operating temperature range.

# 7 Manufacturing and testing

## 7.1 Manufacturing and testing

**7.1.1** Individual components and items of equipment shall meet the specified requirements and be verified by FAT and systems integration testing. The subsea production system

a) shall be manufactured and tested in accordance with predefined quality procedures and quality plans;

b) should where practicable be manufactured using field proven and qualified materials, components and processes;

c) shall be subject to dimensional control to verify conformance with design drawings. Acceptable deviations shall be recorded;

d) shall be subjected to testing to simulate actual field conditions where practical;

e) shall be subject to FAT prior to delivery;

f) shall be preserved and packed as required prior to delivery.

**7.1.2** A comprehensive acceptance test programme shall be undertaken at the fabrication site to ensure that components have been manufactured in accordance with specified requirements and that system performance is met. Any failure occurring shall be repaired and analysed to find reason for the failure and/or result in a review of the calculated reliability of the system to determine if the deviation can be accepted.

The testing shall cover the range from subsystems to testing of the completed assemblies prior to transportation out of the fabrication site.

Modifications and changes to the equipment during manufacture shall be documented.

The cleanliness of hydraulic systems shall be achieved through clean assembly and flushing. The hydraulic system should include flushing/vent ports at convenient locations.

Electronic components shall be subjected to "Factory acceptance testing" testing to detect early-infancy failure components.

## 7.2 Test procedures

### 7.2.1 Test procedure format

**7.2.1.1** A typical format for a subsea equipment integration testing procedure could include the following: Purpose/objective, scope, requirements for fixtures/set-ups, facilities, equipment, environment and personnel, performance data, changes, acceptance criteria, and certification and reference information.

**7.2.1.2** The procedures for the different test activities should be structured in a manner similar to applicable integration test and commissioning procedures. Outline commissioning procedures should be developed prior to establishment of the test procedures. Hence the end-user requirements should be defined prior to developing the actual test procedures. The idea behind this requirement is to maximize applicable experience from one phase to

This document was reproduced from an API authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

the next. Hence experience gained during FAT is applicable for test activities during Integration testing and commissioning.

**7.2.1.3** Key parameters requiring consideration are the simulation of all loads, pressures, environmental and operating conditions to which the system will be subjected during all phases of installation and operation.

### 7.2.2 Test types

#### 7.2.2.1 General

Depending on the production system, many types of check can be performed. If possible, it is best to perform the test utilizing the actual subsea equipment and tools. If the possibility to perform full-scale testing does not exist, system performance should be demonstrated by verification analysis.

#### 7.2.2.2 Assembly, fit and function

All components, including spares, should be tested for ease of assembly, handling and interchangeability. Interface checks should be made under static and dynamic conditions.

Jigs and dummies may be used where testing of actual interface components is not practical. It is, however, recommended that the actual equipment be used where feasible. For large orders with identical equipment items, testing should as a minimum be carried out on the initially produced equipment.

Fit tests should be performed in such a way as to prove the guidance and orientation features of the system. In certain cases it is necessary to perform wet-simulation testing in order to prove correct functioning of components and systems underwater.

Certain areas would require cycle testing and make-break testing to prove repeatability of function for new or unqualified designs. Prime-targets for this type of testing would be valve functions, data transfer functions, hydraulic and chemical connector interfaces and tooling functions.

Misalignment checks should consider stack-up tolerance, stack-up elevation, horizontal plane, orientation, and angular alignment. Equipment with self-alignment features should intentionally be misaligned to verify its alignment capability.

Functional checks should include make-up, normal emergency release, reversibility, repeatability and pressure integrity. The sequence and items to be tested would normally be individual components, running tools, subsystems, and the total system assembly.

#### 7.2.2.3 Simulations

Tests should include simulations of actual field and environmental conditions for all phases or operations, from installation through maintenance. Special tests maybe needed for handling and transport, dynamic loading, and backup systems. Performance tests may be appropriate and can supply data on response-time measurements, operating pressures, fluid volumes, and fault-finding and operation of shut-down systems.

## 7.3 Integration testing

**7.3.1** The different tests performed during integration testing should be used to check reliability, and shall be used to demonstrate tolerance requirements and the correct functioning of the complete system. Detailed procedures for the integration tests shall be prepared prior to starting the tests.

During integration testing, the subsea production system shall be subject to the following activities:

a) a documented integrated function test of components and subsystems prior to loadout;

b) a final documented function tes, including bore testing and leak testing;

c) a final documented function test of all electrical and hydraulic control interfaces;

d) documented orientation and guidance fit tests of all interfacing components and modules;

e) simulated installation, intervention and production mode operations as practical in order to verify and optimize relevant procedures and specifications;

f) operation under specified conditions, including extreme tolerance conditions, as practical, in order to reveal any deficiencies in system, tools and procedures;

g) operation under relevant conditions as practical to obtain system data such as response times for shut-down actions etc.;

h) testing to demonstrate that equipment can be assembled as planned (wet conditions as necessary) and satisfactorily perform its functions as an integrated system;

i) filling with correct fluids and lubricated, cleaned, preserved and packed as specified;

j) a final inspection in order to verify correctness of the as-built documentation.

**7.3.2** Training of personnel, including familiarization with equipment and procedures, is an important factor during all integration test activities. This aspect is particularly important in order to promote competence, safety and efficiency during installation and operation activities.

**7.3.3** A reduction of the scope for testing may be considered for repetitive deliveries of an earlier qualified design.

**7.3.4** A typical example of an integration test programme is provided in annex C.

## 8 Operations

The purpose of this clause is to provide general requirements and recommendations for operation of subsea production systems.

The following operations are outlined:

— transportation and handling;

— installation;

— drilling and completion;

— hook-up and commissioning;

— intervention;

— maintenance;

— decommissioning.

### 8.1 Transportation and handling

**8.1.1** The subsea production system shall

a) be equipped with lifting points, and primary loadbearing structures shall be certified in accordance with statutory requirements;

b) be equipped with transportation skids as relevant;

c) be designed for transportation in a safe manner;

d) be equipped with facilities to enable attachment of sea-fastenings certified in accordance with statutory requirements.



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

**8.1.2** The subsea production system should

a) allow lifting with rig crane (when relevant);

b) require a minimum of special transportation requirements;

c) be marked with a unique number, dry mass and lift-point capacities.

Due consideration should be given to offshore vessel-lifting capabilities when designing equipment for offshore handling.

## 8.2 Installation

### 8.2.1 Requirements during installation

During installation the subsea production system shall

a) not rely on hydraulic pressure to retain the necessary locking force in (module-to-module) connectors;

b) allow cessation of operations without compromising safety;

c) allow testing/verification of interface connections subsequent to connection;

d) allow for quick, easy and reliable make-up of modules;

e) have facilities for testing prior to deployment by the use of test skids if applicable;

f) minimize entry of water or contamination into hydraulic circuits during connections (which can jeopardize system functionality);

g) facilitate orientation and guidance during installation;

h) provide means (temporary or otherwise) of gauge pigging of sealines;

i) be tolerant of small amounts of seabed debris between the interface connections or allow flushing prior to the make-up ration;

j) avoid loss of harmful fluids during installation and operation;

k) minimize impact of equipment malfunction leading to discharge of hydrocarbons;

l) facilitate periodic testing to verify that the system is fully functional;

m) no activities other than those related to re-establishment of two barriers shall take place if one barrier fails. One barrier is acceptable where it is evident that the reservoir cannot produce to the environment by means of natural flow.

### 8.2.2 Installation method and equipment

**8.2.2.1** The installation method and equipment selected for the subsea structure and piping system shall ensure safe and reliable operation in accordance with the selected intervention strategy. The subsea production system shall fulfil the following requirements:

a) the installation equipment (temporary and permanent), shall not cause obstructions and restrict intervention access;

b) disconnection of lifting slings, lifting beams/frames/arrangements used during installation shall be according to the selected intervention strategy. A back-up system may be provided;

c) the installation system shall not represent any hazard to the permanent works during installation, release, reconnection and removal;

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

d) lifting/installation arrangements should be designed to minimize lifting height;

e) an installation lifting frame (optional) should include a sling laydown area and attachment for tugger lines, and if required, platforms and support for installation instrumentation, temporary access ladders, and inspection platforms.

**8.2.2.2** The subsea system should

a) be video-recorded during installation operations;

b) use installation tools with a fail-safe design;

c) allow flushing of hydraulic circuits subsequent to connection of interfaces;

d) where possible, not be dependent on unique installation vessels;

e) have position indicators on all interface connections;

f) be installable utilizing a minimum number of installation vessels;

g) require installation within a defined practical weather-window that is consistent with the specific type of installation equipment and vessel to be used;

h) require a minimum number of special installation tools;

i) facilitate fully reversible sequential installation techniques/operations.

#### 8.2.3 Vessel considerations

A benefit analysis, comparing the use of one multipurpose vessel for performing several installation tasks such as survey, installation of structures and subsea tie-in against the use of several specialized vessels, should be considered.

Installation analysis to be performed and procedures should be outlined in the engineering phase. Final procedures should be established when installation vessels have been selected.

### 8.3 Drilling and completion

**8.3.1** It is important from operational and safety reasons that the subsea system meet the requirements of the various rig interfaces and operations that are relevant during drilling and completion phases.

These drilling-related requirements should be defined early in the project in order to ensure that they are properly implemented during the design of the subsea system.

**8.3.2** The subsea drilling and completion system shall

— enable closure at LRP and disconnection of EDP (if applicable) in the event of an emergency situation. Response time based on hazard analysis shall be given;

— enable closure of BOP rams and disconnection of drilling riser LMRP in the event of an emergency drift-off situation. The required response time shall be established by risk analysis.

**8.3.3** The subsea system should

— have standardized interfaces toward well-intervention systems;

— facilitate injection of chemicals, if required for hydrate/wax/compensation control etc. during start-up, for well testing/clean-up.

**8.3.4** In addition, the subsea system may

— facilitate simultaneous operations, e.g. drilling/completion/flowline tie-in/module replacement;

— facilitate the removal or disposal of drill cuttings.

## 8.4 Hook-up and commissioning

This subclause defines recommendations for precommissioning/commissioning of subsea production systems. It covers the activities taking place from the platform/topside vessel.

The main purpose of precommissioning/commissioning is to

— verify that the total subsea production system is working satisfactory as an integrated system;

— verify all interfaces to platform systems;

— demonstrate that the subsea production system is ready for start-up.

Precommissioning/commissioning can be subdivided in the following activities:

— verification of topside-located subsea production control equipment;

— verification of topside-located equipment which can be defined as utility systems for the subsea production system;

— verification of flowlines and flowline isolation valves;

— verification of subsea production system.

### 8.4.1 Detailed requirements

Prior to installation, all equipment shall have been subjected to a comprehensive integration test programme. The pre-commissioning/commissioning procedures should be based on the integration test procedures and operating procedures. The precommissioning/ commissioning activities described in 8.4.2 to 8.4.5 may be relevant.

### 8.4.2 Verification of topside-located subsea production control equipment

The purpose of the test is to verify proper functioning of topside-located subsea production control equipment, and to verify the interface to other topside systems. Verification of the ESD functions, including response-time monitoring, should be part of the test.

Topside-located subsea production control equipment can be subdivided into the following components:

— topside-located subsea control unit. This unit contains the application programme for subsea control. It may contain topside modems and supplies electrical power to subsea electronic modules;

— HPU (This unit supplies hydraulic power to the subsea production system);

— UPS (This unit supplies critical components with electrical power). The UPS may be part of the platform-common UPS.

The test sequence is successfully completed when the following verifications have been made:

— functional test of UPS;

— the platform-installed control unit can direct commands from the SAS system to the subsea control module(s) and direct proper responses to the SAS system for VDU display;

— functional test of shutdown sequences initiated from the subsea production control system;

— functional test of HPU;



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

— verification of proper commands being initiated from the platform-installed control unit due to input from the platform PSD/ESD system.

During these tests a subsea control module and a control module test stand could be required on the platform.

**8.4.3 Verification of topside-located equipment which can be defined as utility systems for the subsea production system**

The purpose of the test is to verify proper functioning of equipment which can be defined as utility systems for the subsea production system. Typical systems are

— methanol injection system;

— annulus bleed system;

— corrosion inhibitor system;

— scale inhibitor system.

The test sequence is successfully completed when the following verifications have been made:

— pressure test/leak test;

— operation of all valves;

— system function test. The function test should include verification of the capability of pressure control and/or flow control when applicable.

Performance of these tests should be planned for prior to "subsea tests" requiring these systems ready for operation.

**8.4.4 Verification of flowlines and flowline isolation valves**

The precommissioning/commissioning activities related to flowlines and flowline isolation valves can be subdivided into the following activities:

— pressure test of flowline;

— dewatering of flowline;

— leak test of subsea manifold valves;

— leak test of topside isolation valves;

— function test of subsea manifold valves;

— function test of topside isolation valves;

— function test of platform choke;

— verification of shutdown system related to platform isolation valves.

**8.4.4.1 Pressure test of flowline**

The purpose of the test is to verify the integrity of the flowline. This test sequence is successfully completed when the following verifications have been made:

No leak is detected for the required test period (normally between 8 h and 24 h) or, depending on local regulations, after a proper stabilizing time. Acceptance criteria should be developed for the test.



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

#### 8.4.4.2 Dewatering of flowline

The purpose of dewatering the flowline is to prepare for start-up. The flowline can be filled with diesel, crude, nitrogen or natural gas.

#### 8.4.4.3 Leak test of system valves

The purpose of the test is to verify that the leakage rate of the applicable valves is within the acceptance criteria. In case of a gas-field development, nitrogen leak tests should be considered.

#### 8.4.4.4 Function test of subsea manifold valves

The purpose of the test is to verify proper operation of subsea manifold valves. These valves can be remotely controlled or ROV operated.

This test sequence is successfully completed when the following verifications have been made:

— operation of the remotely controlled valves using the production control system. Verification of correct operation of the position indication system should be part of the test;

— operation of the ROV-operated valves. Verification of interface between torque tool and valve, operation of the valve and indication system are performed during the integration test.

#### 8.4.4.5 Function test of topside isolation valves

The purpose of the test is to verify proper operation of the topside isolation valves.

This test sequence is successfully completed when the following verifications have been made:

— operation of the valves locally, and remotely if applicable;

— local position-indication system is correct;

— correct indication of valve position from the SAS system (if applicable).

#### 8.4.4.6 Function test of topside-located choke

The purpose of the test is to verify proper operation of the choke valve. This test sequence is successfully completed when the following verifications have been made:

— operation of the choke (0 % to 100 %) from the SAS system (field verification is required);

— correct indication of choke position from SAS system;

— verify time required from fully open to closed.

#### 8.4.4.7 Verification of shutdown system related to platform isolation valves

The purpose of the test is to verify that all applicable isolation valves are shut when a relevant PSD/ESD situation occurs.

This test sequence is successfully completed when the applicable isolation valves shut upon activation of all situations defined to cause such an action. The actions are defined in the PSD/ESD cause-and-effect matrix.

### 8.4.5 Verification of subsea production system

The precommissioning/commissioning activities related to the subsea production system can be subdivided into the following activities:

— test of insulation resistance and continuity of electrical distribution system;

— verification of communication with control module;

— functional test of external sensor systems;

— leak test of hydraulic distribution system;

— leak test of distribution system for chemical injection and annulus bleed;

— functional test of subsea tree and manifold valves;

— leak test of subsea tree valves;

— verification test of annulus, production bore manifold and downhole monitoring sensors.

**8.4.5.1 Test of insulation resistance and continuity of electrical distribution system**

The purpose of the test is to verify the integrity of the electrical distribution system. The test sequences should follow a strategy of verifying any subsystem prior to a subsea connection operation. The final test will then verify full integrity, from platform to control module.

**8.4.5.2 Verification of communication with control module**

The purpose of the test is to establish and verify communication between the platform-installed control unit (or a test PC) and the applicable subsea control module. Verification of correct internal status of the control module should be part of the test.

To perform this test the following systems have to be verified:

— electrical distribution system;

— platform-installed subsea control unit or test topside controller.

This test sequence is successfully completed when the following verifications are made:

— establish communication in accordance with specifications between topside controller and SEM;

— internal data (housekeeping) from SEM displayed topside and within acceptance criteria;

— verification of reasonable data values from internal control module sensors.

**8.4.5.3 Functional test of subsea external sensor(s)**

The purpose of the test is to verify that external sensors (pressure/temperature sensor, gas leak detector, etc.) give proper values to the topside controller.

This test sequence is successfully completed when all applicable sensors give acceptable values to topside controller.

**8.4.5.4 Leak test of hydraulic distribution system**

The purpose of the test is to verify that there is no leakage in the hydraulic distribution system. The test sequence should follow a strategy of verifying any subsystem prior to a subsea connection operation. The final test will then verify full integrity from platform to control module.

To perform this test, the HPU or test unit has to be verified.

This test sequence is successfully completed when no significant pressure drop occurs during the specified hold period. Acceptance criteria should be developed for each test.

The control valves in the subsea control module have a certain leak rate. This shall be considered when acceptance criteria are developed.



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

#### 8.4.5.5 Leak test of distribution system for chemical injection and annulus bleed

The purpose of the test is to verify that there is no leakage in the distribution system for chemical injection and annulus bleed. The test sequence should follow a strategy of verifying any subsystem prior to a subsea connection operation. The final test will then verify full integrity from platform to subsea tree.

To perform this test, the chemical injection systems or test units shall be verified.

This test sequence is successfully completed when no significant pressure drop occurs during the specified hold period. Acceptance criteria should be developed for each test.

#### 8.4.5.6 Functional test of subsea tree valves:

The purpose of the test is to demonstrate the operation of the subsea-tree valve functions in the production mode.

To perform the test, the following systems shall be verified:

— subsea tree, verified from rig;

— distribution system;

— control module (communication verification);

— HPU or test unit;

— platform-installed subsea control unit;

— methanol injection system or adequate test system;

— annulus bleed system.

This test sequence is successfully completed when the following verifications have been made:

— open and close commands have been executed from the platform-installed control unit for all subsea tree valves controlled from the production control system;

— the platform-installed control unit has verified that the actual valves have opened and closed by the valve position indication system.

In case of a redundant system, the operation of the subsea tree valves should be done for both control paths separately.

When performing this test, only one subsea tree valve should be opened at a time due to safety considerations. Special attention is required when opening the PMV if the LMV is closed (applicable if dual master valves are implemented). In this case, a significant pressure build-up can occur since the volume between PWV and LMV is limited.

Pressure equalization over the valves should be considered when writing the detailed procedure for performing this test.

#### 8.4.5.7 Leak test of subsea tree valves

The purpose of the test is to verify that the leakage rates of the applicable subsea tree valves are within the acceptance criteria. It is only required if leak test has not been performed from the rig, or the well has been left for a period after completion.

To perform this test, the following systems shall be verified:

— subsea tree, verified from rig;

— control distribution system;

— control pod (communication verification);

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

— HPU;

— platform installed control unit;

— chemical injection system;

— annulus bleed system.

This test sequence is successfully completed when the following verifications have been made:

— the pressure should be recorded for a period of approximately 4 min for the valves to be tested. Acceptance criteria should be developed. The acceptance criteria should be based on ISO 13628-4. Typical differential pressure across a valve during test is 5 MPa (725 psi) to 9 MPa (1 304 psi).

Caution should be taken to operate valves with minimum differential pressure.

When operating tree valves, maximum differential pressure is typically 3 MPa (435 psi).

Some typical commissioning activities are described in annex D.

### 8.5 Well Intervention

**8.5.1** Well maintenance may be conducted by entering the well vertically or by through-flowline hydraulic pumpdown methods via flowlines connected to a production station.

**8.5.1.1** Vertical access may be gained through the subsea tree or through a BOP installed after the tree has been removed. For horizontal tree application, well intervention is normally performed through the tree. A riser system with pressure-containing flow conduits and control circuits is required to link the subsea tree or BOP to the surface vessel. Appropriate subsea or surface BOP equipment should be employed that satisfies the required service conditions and conforms with accepted industry practices and applicable regulations.

**8.5.1.2** Subsea wells should be safely secured prior to commencing any well intervention involving potential exposure to live well fluids. A minimum of two upstream pressure-containing barriers (pressure-tested if practical) should be established before breaking any pressure connection. The barriers could be effected by closing a tree valve or SCSSV, installing tubing plugs, permitting an annulus sleeve check valve to close, or displacing the well with kill fluid. The best procedure is situation-dependent and should be left to the operator's discretion.

**8.5.1.3** Extreme care should be taken when lowering and landing tools which connect to the subsea tree and/or wellhead, to minimize potential damage to installed components. If possible, the rig or surface vessel should be displaced to a position offset from the centre of the well when handling and running packages in order to reduce the risk of dropping objects or debris onto the well or adjacent components.

**8.5.1.4** After completition of the well intervention, downhole and tree components should be reinstalled and tested in accordance with original installation procedures.

TFL methods can be used to carry out downhole remedial operations from a remote production station by pumping TFL tools into the well through the flowlines. Typical TFL maintenance tasks may include change-out of instruments and replacement of e.g. the SCSSV:

**8.5.2** In order to accommodate well intervention, the subsea production system shall be designed to

a) facilitate orientation and guidance of intervention tooling, if applicable (i.e. ROV, ROT, WO riser);

b) provide access points for vertical well intervention, or alternatively by TFL;

c) enable safe shut-down and disconnect of risers within pre-defined time;

d) facilitate establishment of two independent reservoir barriers in the event of any critical situation;

e) retrieve critical components;

f) allow well intervention with rig offset within specified limits.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

**8.5.3** The well control during a well intervention shall only be possible via the workover control system. It shall be possible to initiate a shutdown of associated neighbouring wells from the well intervention vessel by e.g. reliable communication with the host facility.

**8.5.4** It should be possible to operate the intervention system from a range of suitable intervention vessels.

**8.5.5** All valves that may prevent downhole access in the event of hydraulic failure should be equipped with a mechanical override feature.

**8.5.6** Component/module ease of retrievability should be evaluated against reliability.

## 8.6 Maintenance

### 8.6.1 General

There are three general categories of maintenance for subsea wells and associated facilities: well maintenance, seabed equipment maintenance, and surface equipment maintenance.

### 8.6.2 Planning

**8.6.2.1** Planning for maintenance should begin during the design of subsea systems and hardware. Potential maintenance tasks should be identified, optional approaches evaluated, and selections made for maintenance provisions to be incorporated into subsea systems and hardware. In some cases, simple and basic maintenance methods (i.e. wet divers with hand tools) may be warranted, while in other applications remote diverless tools may be necessary.

**8.6.2.2** Special maintenance tools and procedures should be thoroughly tested and evaluated during onshore testing programmes. Outline procedures should be developed and if practical, full-scale tests performed. Detailed photo and/or video documentation of subsea hardware and maintenance tools is recommended.

**8.6.2.3** Detailed procedures should be prepared prior to initiating any subsea maintenance operation. The procedure should indicate planned work and define how the maintenance operation is to be coordinated with other concurrent field activities. The procedure should list materials, equipment and services required for the particular maintenance operation.

**8.6.2.4** The organization responsible for operating the subsea installation should assist with coordination of maintenance work. This will help ensure that all maintenance work and other activities are carried out in a safe and efficient manner.

**8.6.2.5** Completed maintenance work should be thoroughly documented.

### 8.6.3 Seabed equipment maintenance

**8.6.3.1** Maintenance of equipment located on or near the seabed (i.e. wellheads, trees, control modules, valves, manifold, templates, sealines, sealine connectors, riser bases and risers) can be carried out by modular replacement or *in situ* repairs. Modular or component replacement involves packaging repair/maintenance-prone items into composite units that may be removed to the surface for replacement or repair. Modules may be removed and replaced using tools deployed on pipework strings, wirelines and ROV, or manned intervention methods involving wet divers, one-atmosphere habitats and manned vehicles.

**8.6.3.2** *In situ* repairs are those made without recovery of the equipment to the surface and may be accomplished by ROTs, ROVs or by mono- or hyperbaric diving.

**8.6.3.3** An effort should be made to diagnose and define a problem prior to initiating a maintenance operation. The affected well(s) should be shut in and the subsea system should be put into a safe condition for removal/repair of the component requiring maintenance. For manifolded systems, it may be possible to isolate the affected well(s) and continue normal operations. Steps should then be taken, such as a permit-to-work system, to preclude the possibility of operations personnel inadvertently operating the subject or related equipment after it has been put into a safe condition.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

**8.6.3.4** Live wells should be isolated by a minimum of two pressure-containing barriers, as described in 8.5, if maintenance involves possible exposure to well fluids.

**8.6.3.5** Pressure-containing conduits should be bled down to ambient pressure. If possible, hydrocarbons and other potentially contaminating fluids should be displaced from flow circuits.

**8.6.3.6** Electrical circuits should be de-energized if they pose a hazard for divers and other maintenance systems.

**8.6.3.7** Lowering and recovering of tools and modules on drillstrings or cables should be executed with care to minimize risks of damage to seafloor equipment by dropped objects or by impact during positioning or landing.

**8.6.3.8** After maintenance operations on subsea equipment are completed, the subsea system should be thoroughly tested before being put back into service. Comprehensive records of all maintenance work should be maintained.

#### 8.6.4 Surface equipment maintenance

**8.6.4.1** Maintenance of surface equipment (i.e. upper riser equipment, production control and handling facilities, utilities, TFL equipment, etc.) would be similar to that required for other typical surface facilities, although special requirements may be necessary to meet unique subsea system needs, e.g. adhering to strict hydraulic-fluid cleanliness specifications. Preventive maintenance as well as necessary repairs should be performed.

### 8.7 Decommissioning

#### 8.7.1 General

The variable-cost elements related to decommissioning are the plugging and abandonment of wells, any necessary removal of seabed equipment, seabed clean-up and final survey. It may be permissible to abandon part or all of the system on site.

The effect on the operating environment, e.g. discharge of hydrocarbons during abandonment/decommissioning, should be minimized. Flowlines and manifolds shall be pigged clean, flushed, flooded with water and capped if left in place.

The subsea production system should include elements/features that ease decommissioning, such as attachment points for lifting equipment.

The subsea production system shall at decommissioning

a) allow abortion of operations without compromising safety;

b) allow production products to be flushed from flowlines, storage tanks, manifolds, etc. prior to flooding with seawater;

c) allow any hydrocarbon-containing equipment to be removed or, if left in place, it shall be flushed clean. The flushed fluid should be recovered at the surface to avoid pollution.

#### 8.7.2 Design

The subsea production system should be designed to

a) facilitate easy abandonment;

b) allow refurbishment and reuse of equipment (if applicable).

#### 8.7.3 Abandonment operation

After the abandonment operation, the site shall be surveyed and mapped for remaining equipment if any.

### 8.7.4 Well plug and abandonment

Various aspects and options for plugging and abandoning platform wells are discussed in API RP 57. The discussion of the downhole operations is applicable to subsea wells and is referenced for detailed consideration. Additional considerations are present in the permanent abandonment of subsea template wells as compared to satellite wells. As with other operations on multiwell templates, the hazards and effects of well abandonment on adjacent wells and equipment should be analysed.

### 8.7.5 Manifolds/template

#### 8.7.5.1 General

When the decision has been made to abandon a subsea template, the method should be reviewed in light of changes to the template and removal technology. In certain situations, the manifold/template may be left in place. If it is to be removed, it is recommended that a subsea survey be conducted to ascertain the manifold/template physical condition.

The integrity of the lifting points and ballasting system, if fitted, is critical. After collecting the desired information, a detailed plan of removal should be developed.

#### 8.7.5.2 Manifolds

Manifolds that are integrated into the template would be abandoned with the template. Packaged manifolds designed to be installed and removed by a drilling rig could be abandoned in conjunction with well abandonment. A separate manifold system, such as part of a riser base, would require its own abandonment analysis.

#### 8.7.5.3 Templates

General guidelines for template removal are as follows:

Disconnect all risers, pipelines, flowlines, control and power lines. Piles, like well casing, should be cut off at the required distance below mudline. The cut-off pile sections may require pulling to reduce suction effects and lift loads when the template is removed. If so, the template/pile connection should be broken so as not to damage the template structural integrity.

Removing the template will require a well-planned approach. Activities that may need detailed planning are lifting analysis, removal of cuttings and cement, jetting to reduce bottom suction, addition of flotation devices, and lifting equipment. The crane barge or lifting vessel should have adequate capacity to handle higher-than-expected loads. It is recommended that visual surface monitoring of the rigging up and lifting be carried out using diver-held or ROV-mounted subsea video cameras. After the template is lifted and secured to a cargo barge, it can be transported to the chosen disposal site.

### 8.7.6 Sealines

Abandonment of subsea sealines is accomplished by either abandonment in place or complete removal. Each line abandoned in place should be flushed clean and filled with seawater or other inert material. The ends of the line should be disconnected and sealed from all hydrocarbon sources and should not extend above mudline in a snagging position.

Abandonment of control umbilicals, either attached to or separate from the flowline, should follow the same general procedure.



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

# 9 Documentation

## 9.1 General

Documentation should be provided for design, safety, operational maintenance and other relevant needs.

## 9.2 Engineering and manufacturing

The engineering and manufacturing documentation shall include

— assembly drawings and P&ID's (including as-built);

— application software flow diagram;

— HAZOP and SAFOP reports;

— test procedures and records;

— specifications and data sheets, as relevant;

— quality plan;

— operating and maintenance manuals.

## 9.3 Operating and maintenance

The operating/maintenance manuals should include

— storing and preservation procedures;

— planned normal operating modes;

— running procedures;

— spare part lists;

— drawings and illustrations;

— loadout procedures;

— weight-control reports, as relevant;

— commissioning/hook-up procedures, if relevant;

— decommissioning procedures, as relevant;

— a format for recording any changes made to the system during its operating life.

A guideline for documentation for operation is given in annex E.

## 9.4 As-built/as-installed documentation

The as-built/as-installed documentation should include

— sealine as-installed reports;

— testing reports and records;

— as-built or as-installed survey reports.

# Annex A
(informative)

# Description of subsea production system

## A.1 Descriptions and interfaces

The objective of this annex is to describe the systems and define the subsystem interfaces.

## A.2 Subsea wellhead system

### A.2.1 Subsea wellhead system description

**A.2.1.1** The subsea wellhead performs the same general functions as a conventional surface wellhead. It supports and seals casing strings, as well as supporting the BOP stack during drilling and the tree after completion. The functional requirements are similar to comparable surface equipment but the design is very different because it is necessary to perform casing landing, sealing and completion operations remotely from the surface.

**A.2.1.2** A typical subsea wellhead system (see Figure A.1 and Figure A.2) includes

a) a temporary guidebase with facilities for attachment of guidelines to the drilling vessel allowing subsea re-entry to the well and providing guidance and support for subsequent components. (The temporary guidebase is most applicable to exploration wells. In completion of production wells this base may be part of the subsea template structure);

b) a conductor housing attached to the conductor casing which provides the installation point for the permanent guidebase as well as a landing area for the wellhead housing;

c) a permanent guidebase which provides guidance for installation of the BOP stack during drilling and for the subsea tree during completion;

d) a wellhead housing which provides a landing area for all subsequent casing strings and tubing hangers and an external profile for attachment of the BOP stack or subsea tree;

e) casing hangers with seal assemblies for suspension of casing strings and sealing of the annulus.

### A.2.2 Guidance

The guidance of equipment to the ocean bottom from a floating vessel can be accomplished by two methods, the use of wire rope guidelines or guidelineless re-entry techniques.

#### A.2.2.1 Guideline method

The guideline method uses tensioned wires and equipment-mounted guide sleeves to orient and guide the equipment from the vessel to the seafloor.

#### A.2.2.2 Guidelineless method

The guidelineless method typically uses a dynamic position reference system to indicate relative position between the landing point and subsea equipment. The subsea equipment is manoeuvred, normally by moving the surface vessel, until the equipment is positioned over the landing point. Then the equipment is lowered to the landing point and brought into final position by mechanical guidance.



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.




**Key**

| | | | |
|---|---|---|---|
| 1 | Temporary guidebase running tool | 13 | 508,0 mm × 339,7 mm (20 in × 13 3/8 in) annulus assembly |
| 2 | 762 mm (30 in) housing running tool | 14 | 339,7 mm (13 3/8 in) casing hanger |
| 3 | High-pressure housing running tool | 15 | Housing bore protector |
| 4 | Casing hanger running tool (drillpipe or fullbore) | 16 | High-pressure wellhead housing |
| 5 | Test tool | 17 | Casing [normally 508,0 mm (20 in)] |
| 6 | 177,8 mm (7 in) wear bushing | 18 | Low-pressure conductor housing [normally 762,0 mm (30 in)] |
| 7 | 244,5 mm × 177,8 mm (9 5/8 in × 7 in) annulus seal assembly | 19 | PGB |
| 8 | 177,8 mm (7 in) casing hanger | 20 | Temporary guidebase |
| 9 | 244,5 mm (9 5/8 in) wear bushing | 21 | 762,0 mm (30 in) conductor casing |
| 10 | 339,7 mm × 244,5 mm (13 3/8 in × 9 5/8 in) annulus seal assembly | 22 | Sea floor |
| 11 | 244,5 mm (9 5/8 in) casing hanger | 23 | Guidelines |
| 12 | 339,7 mm (13 3/8 in) wear bushing | | |

NOTE 273,1 mm (10 3/4 in) casing is often substituted in place of 244,5 mm (9 5/8 in) casing.

**Figure A.1 — Subsea wellhead system**



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.




**Key**

1 476,3 mm (18 3/4 in) wellhead
2 273,1 mm (10 3/4 in) wear bushing
3 Packoff assembly
4 273,1 mm (10 3/4 in) casing hanger
5 Packoff assembly
6 Retrievable guidebase
7 762,0 mm (30 in) casing
8 508,0 mm (20 in) casing
9 339,7 mm (13 3/8 in) casing
10 273,1 mm (10 3/4 in) casing

**Figure A.2 — Typical subsea wellhead**



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

#### A.2.2.3 Temporary guidebase

The temporary guidebase provides a guide template for drilling of the conductor hole, and stabbing of the conductor pipe. It provides a support for the permanent guidebase and the conductor. The interface between the temporary and permanent guidebases is through a gimbal arrangement, allowing angular misalignment between the bases.

#### A.2.2.4 Permanent guidebase (PGB)

The PGB provides guidance for entry into the well prior to BOP installation and also for running of the subsea BOP or the tree. Optionally, it may include provisions for retrieval and to react to flowline loads.

#### A.2.2.5 Dimensions

Standard PGB dimensions for a guideline system are shown in Figure A.3 (see ISO 13628-4, Figure 9, for actual dimensions). PGBs are frequently installed such that the top of the wellhead is up to 2 m (6,56 ft) to 3 m (9,84 ft) above the ocean bottom. This height allows drilling spoil and cement returns to be disposed onto the ocean floor without interfering with the guidance and installation of subsea equipment.




**Figure A.3 — PGB dimensions**



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

## A.2.3 Housings

### A.2.3.1 Conductor housing

The conductor housing attaches to the top of the conductor casing to form the basic foundation of a subsea well. Extensions of suitable length and wall section may be used below the conductor housing. The housing typically has a means of attachment to the PGB which prevents rotation of the PGB with respect to the housing.

### A.2.3.2 Conductor housing profile

A typical conductor housing profile is shown in Figure A.4. The internal profile of the conductor housing includes a landing shoulder for support of the wellhead housing and the loads imposed during the drilling operation, and preparations for attachment of a running tool. Cement-return passageways may be incorporated in the conductor housing/PGB assembly to allow cement and mud returns to be directed below the PGB.




**Key**

1 Wellhead lockdown
2 Landing shoulder for wellhead
3 PGB attachment
4 Running tool and tieback connector preparation
5 Cement port (optional)
6 PGB
7 Landing shoulder
8 Centreline
9 Conductor casing

**Figure A.4 — Conductor housing**

### A.2.3.3 Wellhead housing

The wellhead housing lands inside the conductor housing. It provides pressure integrity for the well, suspends the surface and subsequent casing strings and reacts to external loads. The BOP stack or tree attaches to the top of the wellhead housing using a compatible wellhead connector. A typical wellhead housing is shown in Figure A.5.




**Key**

| | | | |
|---|---|---|---|
| 1 | Connector profile | 8 | Hanger landing shoulder |
| 2 | Housing lockdown | 9 | Min. bore |
| 3 | Landing shoulder | 10 | Connector profile |
| 4 | Gasket profile | 11 | Housing lockdown |
| 5 | Running tool preparation | 12 | Landing shoulder |
| 6 | Casing hanger/packoff seal area | 13 | Mandrel type |
| 7 | Hanger lockdown profile | 14 | Hub type |

**Figure A.5 — Wellhead housing profile**

## A.2.4 Casing hangers and annulus seal assemblies

### A.2.4.1 General

As shown in Figure A.1, a subsea casing hanger is installed on top of each casing string, supporting the string when landed in the wellhead housing. Annulus seal assemblies provide isolation between each casing hanger and the wellhead housing.

### A.2.4.2 Casing hangers

Subsea casing hangers are configured to run through the drilling riser and subsea BOP stack, land in the subsea wellhead, and support the required casing load. They have provision for an annulus seal assembly, support loads generated by BOP test pressures above the hanger and receive the next casing string. Subsea casing hangers have a profile to accommodate a running tool and will meet or exceed the drift diameter of the casing being suspended. An external landing shoulder is included to transfer casing load and test pressure load to the wellhead housing.



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

#### A.2.4.3 Lockdown mechanism

A lockdown mechanism is recommended to prevent movement of the casing hanger due to thermal expansion or annulus pressure when the well is put into production. An external flowby area allows for returns to flow past the hanger during cementing operations and is designed to minimize pressure drop, while passing as large a particle size as possible. The bottom of the casing hanger constitutes a threaded box casing connection. A pup joint of casing is normally installed on the hanger to reduce the risk of damage during field handling.

#### A.2.4.4 Annulus seal assemblies

Annulus seal assemblies are designed to seal pressure from above and below. They may be run together with the subsea casing hanger, or on separate string. Annulus seal assemblies are actuated by torque load (rotation), gravity load or hydraulic pressure.

#### A.2.4.5 Running and retrieving tools

Casing hanger and annulus seal assembly running and retrieving tools are used to lower the subsea casing hanger and/or seal assembly into the subsea wellhead housing.

For running casing, they provide a sealed conduit to displace cement down the running string and pass returns through the subsea hanger, then back up the annulus. When running seals, the tools energize the annulus seal assembly between the casing hanger and the wellhead housing, and allow for testing the seal to full rated working pressure.

### A.2.5 Bore protectors and wear bushings

A bore protector protects all annular sealing surfaces inside the wellhead housing before casing hangers are installed. After a casing hanger is run, a corresponding-size wear bushing is installed to protect the remaining annular sealing surfaces and the previously installed annular seal assemblies and casing hangers, see Figure A.1. Bore protectors and wear bushings are capable of being restrained or locked in place. They are generally not pressure-containing devices and do not have a pressure rating. However, wear bushings may be designed to react to BOP stack-pressure test loading.

### A.2.6 Subsea BOP test tools

A subsea BOP test tool is required to periodically verify pressure integrity of the BOP stack.

### A.2.7 Protective caps

These caps usually are non-pressure-containing and lock into the external profile of the wellhead housing. If a pressure-containing cap is utilized, provision is normally made for sensing and relieving pressure. The cap is installed just prior to temporary abandonment of a well.

## A.3 Subsea tubing hanger/tree system

### A.3.1 Subsea tubing hanger/tree system description

The equipment required to complete a subsea well for production or injection purposes includes a tubing hanger system and a tree. The subsea tubing hanger system supports the tubing inside the wellhead and seals off the tubing/production casing annulus. The tree consists of an arrangement of remotely controlled valves to interrupt or direct flow when necessary for operational or safety reasons. It performs much the same functions as a surface tree but shall be designed for remote control and underwater service. Subsea tree design used in subsea applications are basically of two generic designs, conventional and horizontal trees. The conventional subsea tree consists of several types, i.e. monobore (concentric tubing hanger), dual bore and triple bore.

### A.3.2 Tubing hanger

The tubing hanger provides structural support for the tubing and assures pressure integrity between the tubing and the tree. Ports for control lines to downhole safety valves and other wellbore sensors are included. If vertical access to the annulus is needed, or the completion has multiple tubing strings, the tubing hanger will have multiple pipe

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

bores, and it is properly oriented to match the tree. For single completions, where vertical annulus access is not required, a concentric tubing hanger may be used without orientation. A typical installation is shown in Figure A.6.




**Key**

1 Subsea BOP stack (shown elevated for clarity)
2 Tubing installation and tieback riser
3 Tubing hanger running tool
4 Tubing hanger
5 Tubing
6 High-pressure welhead housing
7 Subsea wellhead system

**Figure A.6 — Typical tubing hanger installation**

### A.3.3 Tubing hanger spool

A tubing hanger spool may be used to provide a wellhead profile and tubing hanger receptable if no space exists in the wellhead housing for landing a tubing hanger, or if the bore is damaged. This assembly connects to the wellhead housing and restores or converts an existing system to one suitable for subsea completion. The tubing hanger spool may also be utilized to convert from one wellhead size and/or type to another.

### A.3.4 Tree components

#### A.3.4.1 General

A conventional subsea tree, as illustrated in Figure A.7, is installed on the wellhead housing. In this concept the tubing and tubing hanger is run prior to installing the tree. The tubing hanger is landed and locked inside the wellhead housing. A similar tree designed for TFL service is shown in Figure A.8. A horizontal tree, shown in Figure A.9, is installed on the wellhead housing prior to running the tubing string. The tubing hanger is thus landed and locked inside the horizontal tree.




**Key**

1 Wing valve
2 Tree cap
3 Swab valve
4 Master valve block
5 Flow loop
6 Crossover valve
7 Tree connector
8 Tree guide frame
9 Annulus wing valve
10 Manifold/sealine interface

**Figure A.7 — Typical subsea tree**



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.




**Key**

1 Tree cap assembly
2 Wing valve
3 Annulus loop
4 TFL Flow loop
5 Swab valves
6 Wye spool 8 diverter
7 Annulus wing valve
8 Master valve block
9 Flowline connector
10 Tree guide frame
11 Tree connector
12 Wellhead guidebase

**Figure A.8 — Typical TFL tree**



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.




| | | | |
|---|---|---|---|
| HP | high pressure | AWV | annulus wing valve |
| LP | low pressure | SIV | Service injection valve |
| ACV | annulus crossover valve | PTT | pressure and temperature transmitter |
| AMV | annulus master valve | XOV | cross over valve |
| AVV | annulus vent valve | PWV | production wing valve |

**Figure A.9 — Typical horizontal tree**

### A.3.4.2 Tree connector

The tree connector provides mechanical and pressure connection between the tree assembly and the wellhead for a conventional tree system. The connector shall be compatible with the mating profile and seal preparation on the wellhead. There are basically two connector configurations: hydraulic and mechanical. They can be used for either diverless or diver-assisted installations.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

**A.3.4.3 Tree bore extension subs**

Extension subs make a connection between the tubing hanger and the tree. They provide communication for the tubing and annulus bores, downhole safety valve control lines, and downhole monitoring devices.

**A.3.4.4 Tree valves**

The tree consists of master valves, wing valves, swab valves, possible crossover valves and chemical injection valves for both the tubing and annulus bores. The arrangement of these valves depends on the actual application. The valves may have flanged, clamp-hub, or welded end connections, or they may be built in a single valve block. See ISO 10423 and ISO 13628-4 for general background and terminology.

**A.3.4.5 Wye spool**

The Wye spool, used on TFL trees, provides a transitional path between the flowlines and the tree bores for through-flowline tools. It is located between the master valves and the swab and wing valves. Diverters within the Wye spool may be manually installed while the installation/workover riser is in place, hydraulically or electrically operated, or detented to the last position used to enter the wellbore.

**A.3.4.6 Seal subs**

Seal subs are used where applicable to isolate individual bores within tree assembly connections.

**A.3.4.7 Tree loops**

These loops provide fluid paths between the bores of the tree and the flowline connection point. When used for TFL applications, they shall be built with a large radius to accommodate pumpdown tools, see API RP 17C.

**A.3.4.8 Upper tree termination**

The top of the tree should be provided with a connection to allow vertical access through the tree and handling during running operations. Individual seal areas should be provided for isolation of the bores. The upper tree connection shall withstand installation, well service or workover loads from a workover riser and wireline BOP. This component may contain an area for pressure-retaining devices, such as plugs, and interface connections for hydraulic control lines.

**A.3.4.9 Tree caps**

A tree cap prevents marine growth on the upper tree connection area and sealing bores, and may be either pressure-containing or non-pressure-containing.

Pressure-containing caps provide an additional environmental seal above the swab valves and/or wireline plugs, and should contain a provision for monitoring and for relieving trapped pressure before removal. The tree cap may be combined with the control components to form an integral part of the tree control system.

**A.3.4.10 Production control system**

This typically consists of hydraulic or electrohydraulic links to the tree. These are used to operate valve, actuators and monitor the condition of the well. Commonly used control systems are described in A.7.

**A.3.4.11 Guidance equipment**

Guideline or guidelineless methods may be used for subsea trees as described in A.2.2. Some systems may require more precise alignment than that given by guidelines. Secondary mechanical means may be used in these cases.

**A.3.4.12 Tree-running tool**

The tree-running tool shall withstand all installation loads. The tool is a hydraulic or mechanical device that is attached to the top of the tree. It forms the lower part of the completion or workover riser or drill pipe which acts as the handling string for the tree. Usually the running tool includes a means of hydraulic communication with the control functions of the tree wellhead connector, valves, and flowline connector.

In some system solutions, an EDP is included in the workover/completion riser system. This package usually interfaces with the top mandrel of the tree-running tool.

The EDP constitutes in this case the lower part of the riser. The EDP is often used in combination with an LRP capable of cutting, gripping and sealing coiled tubing and wire.

In some system solutions, the production control system facilities may be used during workover situations.

The workover control system is covered by API Spec 16D and RP 17G.

### A.3.5 Interfaces

**A.3.5.1** The wellhead and subsea tree have several interface points which are both functionally and mechanically integral with other systems, such as manifold/sealine, control system, intervention, etc. Some of these are described below.

**A.3.5.2** It is recommended that the interface point relative to the manifold/flowline be at the wing connection point of the subsea tree. The standard regime for the subsea tree is stopped at this point, and standards for piping are recommended as relevant from this point and downstream.

**A.3.5.3** For the horizontal tree, the interface is the BOP and marine riser. A subsea safety tree, as part of the riser tubing string, may be required.

**A.3.5.4** The physical interfaces to the control system for a subsea tree-mounted control module are recommended to be the attachment point of a control module base, connections to the actuators and sensors on the subsea tree and downhole functions. The functional interfaces between the subsea tree and the control system will be the actuated functions and sensors. A subsea tree-mounted control module is sometimes used for actuated manifold functions, and will then necessarily have functional interfaces with the manifold. Actual location of the control module is dependent of the design of the subsea facility.

## A.4 Completion/workover riser systems

**A.4.1** A completion riser is generally used to run the tubing hanger and tubing through the drilling riser and BOP into the wellbore. The completion riser may also be designed to run the tree. A workover riser is typically used in place of a drilling riser to re-enter the well through the tree, and may also be used to install the tree.

**A.4.2** Either type of riser provides communication between the wellbore and surface equipment. Both resist mass and pressure loads and accommodate wireline tools for necessary operations. The workover riser is exposed to external loading such as hydrodynamic forces from vessel motion, wave action and currents.

**A.4.3** A completion riser system typically includes the following major components and features:

a) tubing hanger running tool;

b) orientation device;

c) means of sealing off against the riser inside the BOP stack for pressure testing (for both subsea and surface stacks;

d) intermediate riser joints;

e) means of tensioning;

f) a surface tree.

**A.4.4** A workover riser system may include the following major components:

a) tree-running tool;

b) subsea wireline BOP or cutting valve, sized and configured as required for vertical re-entry;



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

c) emergency disconnect package;

d) stress-joint or other stress-relieving bottom component;

e) intermediate riser joints;

f) tensioner ring and tensioning system;

g) surface tree.

**A.4.5** Each type of riser will have as many conduits as there are tubing strings, plus additional paths for annulus access, downhole safety valve control, and control lines for running tool and tree operations. Control functions are sometimes supplied via an umbilical strapped to the riser.

Typical riser arrangement for conventional and horizontal tree systems are shown in Figure A.10 and Figure A.11.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.




**Key**

1 Swivel (optional)
2 Marine riser
3 Flex joint
4 EDP
5 Cutter valve
6 Tubing hanger running tool
7 Tubing hanger
8 Drill floor
9 Lubricator valve
10 Landing string
11 BOP annular bag
12 Subsea safety tree rams
13 Tree
14 Tubing hanger
15 Wellhead
16 Workover riser
17 Riser stress joint
18 EDP/LRP

**Figure A.10 — Typical subsea tree and riser systems**



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.




**Key**

1 HPU Mineral oil
2 HPU Control panel water-based
3 Swivel (optional)
4 Surface tree
5 Local control panel
6 Drill floor
7 Lubricator valve
8 Retainer valve
9 EDP
10 Cutter valve
11 Tubing hanger running tool
12 Tubing hanger

**Figure A.11 — Typical horizontal tree workover system**

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

**A.4.6** Either type of riser may be configured as integral or non-integral. Non-integral risers include the required conduits as individual strings (drill pipe, tubing, control hose, etc.). Integral risers provide all the conduits in a single assembly or joint. The joints are then made up end-to-end for the required depth.

Typically the riser system contains a facility for orientation of the tubing hanger.

**A.4.7** The surface tree or terminal head on the upper end of either riser type will include valves (typically master, swab and wing) and manifold connections for flow testing, circulation or injection. Connections are provided at the top for wireline, coiled tubing assemblies. Necessary work platform and handling provisions are also incorporated in the termination.

## A.5 Auxiliary equipment

In addition to the tools listed in the individual subclauses above, several auxiliary tools may be required depending on the design configuration of the tree. The following subclauses briefly describe the function of the more common tools:

### A.5.1 Recall buoy

The recall buoy is used to re-establish physical contact with the subsea tree for workover or maintenance operations. The system provides a buoy which can bring a messenger line to the surface after receiving a signal via the subsea control system.

### A.5.2 ROV/ROT guideline installation/retrieval

These tools are used to attach guidelines to any of the guide posts of a permanent guidebase.

### A.5.3 Universal or utility guide frames

These guide frames are intended to orient various tools and equipment using at least two of the primary guidelines/posts for orientation and alignment.

### A.5.4 Test stump

A test stump is normally provided to properly test the integrity of the subsea tree prior to installation. The stump simulates the wellhead, complete with the tubing hanger, and allows the tree to be landed and locked for the purpose of pressure testing. The configuration of the test stump is such that the fit and orientation of the subsea tree may also be verified. The stump also provides a convenient means of storage for the tree prior to installation.

### A.5.5 Tree-handling equipment

Suitable lifting means (padeyes, shackles and slings) are normally provided to allow proper handling of the subsea tree prior to installation. Usually the transportation of the tree to the field entails several transfers. If adequate lifting systems are provided at each point of transfer, there is more assurance that no damage will occur prior to installation. Special consideration may also be given to larger trees which may require partial disassembly or shipment in a horizontal position.

### A.5.6 Other tools

Various other tools may be required to run or retrieve auxiliary items such as tree caps or control pods.

## A.6 Mudline casing suspension system description

### A.6.1 General

Mudline casing suspension systems are designed to be used with bottom-supported drilling rigs (jack-ups). The systems provide a suspension point near the mudline to support the mass of casing strings within the wellbore.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

Each of the individual conductor and casing strings with their respective annuli are tied back to the surface, where they are terminated in conventional wellhead equipment with a surface BOP.

Wells drilled with mudline casing suspension systems can be completed with a subsea tree, provided proper adaptation for subsea completion is made. The conventional tieback and wellhead at surface shall be removed from the mudline casing suspension system. Isolation of the annuli is accomplished, and mechanisms for load transfer are incorporated to transfer loads to the conductor or surface casing. An adapter is provided to give a profile for the tubing hanger and an attachment point for the subsequent tree installation (see Figure A.12).




**Key**

1 Tubing hanger profile
2 Annulus outlet
3 Structural support ring (optional)
4 Casing hanger tieback adaptor
5 Connector profile
6 Wellhead adaptor
7 Guideline structure
8 762 mm (30 in) conductor casing
9 Mudline
10 508 mm (20 in) casing hanger
11 762 mm (30 in) landing ring
12 339,7 mm (13 3/8 in) casing hanger
13 244,5 mm (9 5/8 in) casing hanger

**Figure A.12 — Typical mudline system with wellhead adaptor for casing adaptors installed**

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

### A.6.2 System components

#### A.6.2.1 Conductor

The conductor pipe provides primary guidance and centralization for casing strings, and provides structural support for BOP loads and external forces. The conductor landing ring provides the primary load shoulder for all subsequent suspended casing hangers, and establishes a reference location point for the mudline system. It centralizes the first mudline casing hanger and provides a mud and cement bypass area. The conductor connections provide a means to connect or disconnect risers during drilling and completion operations;

#### A.6.2.2 Mudline casing hangers

Mudline casing hangers support the casing mass for the string that they are a part of and all subsequent hangers that are run. They shall provide bit access for the drilling of the wellbore for the next casing string. Typically an internal profile (either flush bore or upset) is provided for landing the next casing hanger. The outside profile of the hanger should provide annulus access. The hanger profile should include a method from attachment of running and tieback tools, corrosion caps, and adapters for completion. The hanger may have flush ports (see running tools) that permit washing cement for the casing hanger back to the surface, thus allowing later riser-string disconnection;

#### A.6.2.3 Casing hanger running/tieback tools

The running tools suspend the mass of each casing string while running the string into the wellbore. They provide a pressure seal between the riser string and the casing hanger for subsequent cementing and drilling operations. The running tool may have flush ports (see casing hangers) that permit washing cement from the running tool/hanger interface, thus allowing later riser-string disconnection.

Tieback tools provide a method for reconnection of the riser string to a previously installed casing hanger for wellbore pressure containment.

Running tools and tieback tools may be one and the same;

#### A.6.2.4 Protective caps

Caps may be installed at temporary abandonment of the well, or during interruption in a completion programme. They protect the mudline casing hanger system from contamination by debris, marine growth and corrosion. Protective caps are normally not pressure-containing. Temporary abandonment caps are pressure-containing caps which may be used to seal individual casing strings at the mudline suspension hanger;

#### A.6.2.5 Drilling riser/BOP

A mudline system drilling riser consists of concentric casing strings that tie into the mudline casing hangers via running or tieback tools and provide a connection point at the surface for the BOP stack.

### A.6.3 Adapter components

#### A.6.3.1 Subsea guidance system

The function of the guidance system is to provide alignment and orientation for installing the subsea tieback components, wellhead adapter, subsea tree, running tools, and re-entry equipment.

#### A.6.3.2 Wellhead adapter

The wellhead adapter typically provides a receptacle for the subsea tubing hanger and a lockdown profile for the subsea tree. If a tubing hanger spool is used, then the spool is attached to the wellhead adapter. The adapter may also provide the guidance system attachment point. It supplies annulus sealing surfaces for the tieback adapters, and provides structural support for the completion.

#### A.6.3.3 Casing hanger tieback adapter

The function of casing hanger tieback adapters is to provide structural and sealing interfaces between adjacent mudline casing hangers and the wellhead adapter. This component may be integral with the wellhead adapter.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

#### A.6.3.4 Annulus seal assembly

An annulus seal assembly installed during a subsea completion isolates the casing annulus.

#### A.6.3.5 Casing hanger lockdown assembly

A locking mechanism prevents casing movement due to annulus pressure or thermal expansion during production.

### A.6.4 Completion components

After the wellhead adapter is installed on the mudline drilling system, wellbore re-entry is generally established with a high-pressure riser to a surface BOP system. Casing hanger tieback adapters are installed and annulus seal assemblies are run and tested. The tubing hanger can then be installed in the subsea wellhead adapter or tubing hanger spool. Plugs are set in the tubing hanger, the BOP and riser are removed, and the subsea tree is installed on the wellhead adapter or tubing hanger spool.

#### A.6.4.1 Riser

The high-pressure riser establishes a connection between the wellhead adapter at the mudline, and the surface wellhead/BOP stack. It provides pressure integrity for completion operations at the mudline and for the surface BOP stack. It also gives structural support, establishes a guide for re-entering the well, and provides orientation for the tubing hanger.

#### A.6.4.2 Surface tree

The surface tree establishes vertical entry into the tubing bores, terminates the tubing riser and provides flow control during well testing. It may also provide control access to operate and functionally test the tubing hanger.

#### A.6.4.3 Tubing hanger spool

A tubing hanger spool may be included to house the tubing hanger and possibly provide annulus access.

#### A.6.4.4 Tubing hanger/tree

The tubing hanger/tree system used in a mudline completion has the same functional requirements it would have for a subsea wellhead system.

### A.6.5 Mudline system

Certain mudline systems allow for a drill-through completion where the production casing is run with a subsea-type hanger. The main advantage is to avoid the use of casing hanger tieback adapters during completion.

## A.7 Production control system

### A.7.1 Description

A production control system provides the means to control and monitor operation of a subsea production or injection facility from a remote location on the surface.

The production control system consists of both surface and subsea equipment, see Figure A.13.

Depending on system design and field-specific requirements, the design of the surface equipment may range from simple hydraulic power-packs with integrated control panels, through more advanced systems including signal multiplexing and with the operator interface integral with the control system for the surface-processing equipment. Subsea interface may be the actuated function and/or sensors or a subsea control module. The subsea control module(s) may be configured to operate/monitor functions on each or several subsea XTs, downhole functions and/or manifold functions.




**Key**

1 Hydraulic control line(s)
2 Electrical control line(s)
3 Sealevel
4 Electrical and hydraulic control lines may be combined into a single umbilical
5 Tree cap
6 Electrical control line termination
7 Hydraulic control line termination
8 Subsea tree
9 Control pod
10 Control pod baseplate

**Figure A.13 — Schematic diagram of typical satellite well production control system**

### A.7.2 Production control system

The production control system typically includes the following functions:

a) open/close downhole, tree, manifold and flowline valves during normal operation;

b) shift position of TFL tool diverters;

c) control subsea chokes;

d) shut in production due to abnormal flow conditions (e.g. high/low pressures);

e) operate miscellaneous utility functions;

f) monitor subsea parameters.



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

Production control systems are seldom provided with means of controlling installation functions such as latching subsea hydraulic connectors or operating vertical access valves and pressure test ports.

A subsea control module, if used, is normally mounted directly on the facility to be controlled, such as a subsea tree. Whether the pod is located on a tree cap or on a special base depends upon the design of the subsea facility.

### A.7.3 Types of control system

Several types of control system are used for production operations. General characteristics of the most common systems are shown in Table A.1. Because of the large number of variables and the high degree of operator preference in choosing control systems, only relative comparisons of systems are possible. Important features of each system are described in the following subclauses. Common to each is the requirement to provide high-pressure hydraulic fluid to subsea-controlled functions. This is accomplished by an HPU that is generally located on the surface, but may also be located subsea.

**Table A.1 — Characteristics of different types of control systems**

| **Features** | **Complexity** | **Response rate** | | **Discrete control of subsea functions** | **Data readback** | **Umbilical(s)** | | |
|---|---|---|---|---|---|---|---|---|
| Systems | | Signal | Actuation | | | Type | Size | Length |
| Direct hydraulic | Low | Slow | Slow | Yes | Separate if desired | Hydraulic | Large | Short |
| Discrete piloted hydraulic | Moderately low | Slow | Fast | Yes | Separate if desired | Hydraulic | Moderately large | Moderate |
| Sequential piloted hydraulic | Moderate | Slow | Fast | No | Separate if desired | Hydraulic | Small | Moderate |
| Direct electrohydraulic | Moderate | Very fast | Fast | Yes | Separate if desired | Hydraulic and electric or composite | Moderate | Long |
| Multiplexed electrohydraulic | High | Very fast | Fast | Yes | Integral | Hydraulic and electric or composite | Small | Long |

#### A.7.3.1 Open control system

An example of a system in which used control fluid is exhausted subsea is given in Figures A.14, A.15 and A.16.




**Key**

1 Surface
2 Subsea
3 High-pressure supply
4 Subsea hose
5 Dump valve
6 Control valve
7 Tree valve actuator

**Figure A.14 — Typical open direct hydraulic control with subsea dump valve**




**Key**

1 Surface
2 Subsea
3 High-pressure supply
4 Pressure regulator
5 Valve set to shift at 6,89 mPa (1 000 psi)
6 Valve set to shift at 10,34 mPa (1 500 psi)
7 Valve set to shift at 13,79 mPa (2 000 psi)
8 Pilot hose
9 Subsea accumulator
10 Pressure pilot valve (typical)
11 Supply hose
12 Tree valve actuators

NOTE Other versions use a single, multiposition pilot valve rather than several discrete valves or a single line for pilot signal and fluid supply.

**Figure A.15 — Typical sequential piloted hydraulic control**



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.




**Key**

1 Surface
2 Subsea
3 Multiwire cable with wire pairs for each control and data channel
4 Subsea accumulator
5 Common high-pressure supply
6 Subsea solenoid valve
7 Tree valve actuator

NOTE Exhausted hydraulic fluid may be returned to the surface rather than vented subsea.

**Figure A.16 — Typical direct electrohydraulic control**

### A.7.3.2 Closed control system

For an example of a system in which used control fluid is returned to a reservoir, located subsea or on the surface and is subsequently reused, see Figures A.17, A.18, A.19 and A.20.




**Key**

1 Surface
2 Subsea
3 High-pressure supply
4 Subsea hose
5 Control valve
6 Tree valve actuator

**Figure A.17 — Typical closed direct hydraulic control**




**Key**

1 Surface
2 Subsea
3 Pilot supply
4 Pilot hose
5 Control valve
6 Subsea accumulator
7 Subsea pilot valve
8 Common high-pressure supply
9 Common return
10 Tree valve actuator

NOTE Exhausted hydraulic fluid may be vented subsea.

**Figure A.18 — Typical discrete piloted hydraulic control**

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.




**Key**

1 Surface
2 Subsea
3 Single wire pair regardless of number of controlled functions or data signals
4 MPX logic
5 Electric power
6 Subsea solenoid valve
7 Common high-pressure supply
8 Common return
9 Tree valve actuator

NOTE Exhausted hydraulic fluid may vent subsea.

**Figure A.19 — Typical electrohydraulic multiplex control**

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.




**Key**

1 Surface
2 Subsea
3 Single wire pair regardless of number of controlled functions or data signals
4 Controller
5 Electric power
6 Low pressure fluid makeup connection
7 Subsea hydraulic power unit
8 High-pressure supply
9 Return
10 Subsea solenoid valve
11 Tree valve actuator

**Figure A.20 — Typical electrohydraulic multiplex control with subsea hydraulic power unit**

### A.7.3.3 Direct hydraulic

A closed direct hydraulic control system (see Figure A.17) utilizes a single line between a surface control valve and a subsea function or group of ganged functions.

This system can provide individual control over each subsea function or group of functions and inferred feedback concerning subsea operations from pressure switches on the control line and by metering fluid supply and return.

An open direct hydraulic system (see Figure A.14) utilizes a dump valve subsea. This system improves valve operating time by eliminating the need to flow control fluid back to the surface facility and renews control fluid with each operation.

### A.7.3.4 Discrete piloted hydraulic

Discrete piloted control (see Figure A.18) utilizes a hydraulic line between a surface control valve and a subsea pilot control valve for each subsea function or group of ganged functions. A common hydraulic supply provides power for operating the process valve(s). This system provides discrete control over each subsea function.

### A.7.3.5 Sequential piloted hydraulic

Sequential control (see Figure A.15) utilizes subsea pilot valves that switch position at signal pressures applied from the surface. Subsea pilot valves are interconnected so that high-pressure hydraulic fluid supply is applied to subsea actuators in a predetermined sequence in response to present changes in signal pressure. Independent, discrete

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

function control is not possible with this system, and there is no ready means of confirming device operations other than by observing fluid flow or pressure build-up. Operating sequences shall be determined in advance.

#### A.7.3.6 Direct electrohydraulic

Direct electrohydraulic control (see Figure A.16) utilizes a single separate electric circuit in a subsea electrical cable to control a solenoid pilot valve for each function or group of ganged functions. A high-pressure hydraulic line normally supplies control fluid subsea.

#### A.7.3.7 Electrohydraulic multiplex

This system is the most commonly used form of electrohydraulic control. It utilizes dedicated or common conductors to supply control signals (usually multiplexed digital data) and power for the operation of all subsea functions. Electronic encoding and decoding logic is required at the surface and subsea. This approach reduces electrical cable and subsea electrical connection complexity, see Figure A.19. Figure A.20 shows a schematic of an electrohydraulic multiplex control system that uses a subsea hydraulic power unit.

Alternatively, signal transmission can be by acoustic methods or fibre optics.

### A.7.4 Control system monitoring/data acquisition

The need for data acquisition is normally dictated by the complexity of subsea operations and/or operator preference. Typical data include

- valve, choke or diverter position;
- well/production stream temperatures and pressures;
- differential pressures across chokes;
- control-system variables, such as pressures and hydraulic fluid usage;
- pig or TFL tool location;
- corrosion monitoring;
- hydrocarbon leaks;
- sand detection;
- downhole temperature- and pressure-monitoring;
- system housekeeping data.

Subsea monitoring is easily implemented as an integral part of a multiplexed electrohydraulic control system, or it can be an independent feature of an all-hydraulic control system. Common data acquisition system transmission modes are electrical hardwire or multiplexed, acoustic or by fibre optics.

### A.7.5 Test stands and test equipment

Test stands and equipment are used to ensure that the control system equipment is functioning in accordance with all operational specifications prior to installation.

### A.7.6 Subsea systems

#### A.7.6.1 Control module

When used, a control-pod module is the interface between control lines supplying hydraulic and/or electric power and signals from a surface facility and the subsea facility to be controlled. It is generally mounted on a base from which it can be removed for maintenance or replacement. The control module contains pilot valves that may be

powered by hydraulic fluid, electric power or both, that is supplied from a surface facility. If specified, the pod can also contain electric or electronic components that are used for control, communications or data gathering.

#### A.7.6.2 Control umbilicals

**A.7.6.2.1** Hydraulic control lines conduct hydraulic fluid supply and return, and hydraulic signals between a surface facility and subsea control systems. Individual hoses or tubes making up the control line may be manufactured from carbon steel, corrosion-resistant steels, thermoplastic materials or flexible pipe.

**A.7.6.2.2** An electrical control line or cable generally contains both power and signal conductors, and can be either deployed as a separate control cable or combined in a common umbilical with hydraulic control lines.

#### A.7.6.3 Control fluids

Pressurized control fluids are used to actuate subsea functions; they are designed to lubricate and to provide corrosion protection to wetted parts. Both biodegradable water-based, petroleum and synthetic mineral fluids are used. Biodegradable water-based fluids may be used in open systems in which spent fluid is exhausted subsea. Petroleum-based fluids should only be used in closed systems in which exhausted fluid is returned to a reservoir for repumping. See also ISO 13628-6 .

## A.8 Sealine systems

### A.8.1 General

This subclause describes subsea sealines and end connections used in a subsea production system and covers the unique factors of subsea systems, which are high-pressure multiphase flow, multiple lines, subsea connections and TFLs.

### A.8.2 Type of sealine

Sealines may be dedicated to a number of special purposes,and are described in the following.

#### A.8.2.1 Flowline

The term flowline is generally applied to sealines from/to single wells upstream of processing facilities. It is used for both production and injection purposes.

#### A.8.2.2 Gathering line

Used for transportation of produced fluid from two or more subsea facilities or a manifold centre to a central point.

#### A.8.2.3 Injection line

Used for injection of water, gas, methanol, or other chemicals to a subsea facility. Smaller injection lines are sometimes combined with the control umbilical.

#### A.8.2.4 Service line

Includes injection lines, circulation lines and test lines, annulus access/monitoring lines and kill lines. The service line may be either separate or incorporated into an umbilical.

### A.8.3 Sealine components

Components found in a sealine system may include, but are not limited to, the following:

— **connector:** device used to provide a leak-free structural connection between two segments of pipe. Connectors include bolted flanges, clamped hubs and proprietary connectors. They may be designed for diver-assisted make-up or for remote diverless operation. Connection may be by welding or swaging techniques.



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

— **spool:** short piping segment commonly used in connecting pipelines. A spool typically includes a connector at each end but may also be connected by welding.

— **safety joint (weak links):** device designed to fail at a predetermined structural load. Safety joints may be used in cases where damage to a subsea facility, platform or other installation could result from an overload applied through the pipelines.

### A.8.4 Special tools

Purpose-built tools are often used for making sealine connections, particularly in water depths requiring diverless operations. Such tools may include the following:

— **pull-in tool:** device used to pull in and align the end of a pipeline or bundle of lines at a subsea facility, the base of a platform, or another point in preparation for the connection operation;

— **connection tool:** device used to complete the connection of two piping segments by actuating a clamp, proprietary connector or other device;

— **combination pull-in/connection tool:** device designed to perform the function of both a pull-in tool and a connector tool.

The tools may be controlled from the surface by the workover control system or a dedicated intervention system, or subsea by ROV or diver.

### A.8.5 End connection

#### A.8.5.1 Sealine end alignment

##### A.8.5.1.1 General

After placing a sealine on the seabed, it may be necessary to re-position the sealine ends, modify them (by adding extensions), or both, so that a connection can be made without further gross adjustment. If TFL is specified, then the bends, welds, etc. of the sealine configuration should comply with API RP 17C.

Methods of sealine end alignment include the following:

##### A.8.5.1.2 Spool-piece method

This method (see Figure A.21) uses a spool-piece assembly to bridge the distance (gap) between the end of the sealine and its connection point. Spool pieces can consist of:

a) a rigid pipe fabricated into a specific configuration at the work site or on shore;

b) an articulated spool piece made up of rigid pipe connected to ball joints, telescoping joints, etc. which allow the spool piece to conform to the gap configuration;

c) a flexible pipe-jumper or rigid pipe loop with adequate flexibility, where its inherent flexibility makes it adjustable over a range of gap length.



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.




**Key**

1 Subsea facility
2 Spool piece
3 Pipeline

**a) General arrangement**




**Key**

1 Pipeline
2 Rigid pipe spool
3 Subsea structure

**b) Rigid pipe spool**




**Key**

1 Pipeline
2 Flexible pipe
3 Subsea structure

**c) Flexible pipe spool**

**Figure A.21 — Spool piece alignment method**

### A.8.5.1.3 Pull-in method

This method (see Figure A.22) aligns the pipeline by pulling it toward its connection point using a wire rope(s) fastened to the pipeline end (pull-in head). Final alignment and positioning may require special tools or alignment frames. Temporary buoyancy or flexible pipe jumpers may be used to reduce pull-in forces and moments. In diverless situations, the pull-in is conducted through the use of remotely controlled special tools. These tools are designed with enough power to pull, lift, bend and rotate the sealine into its final position at the connection point. The tool may also assist in locking the pipeline to the connection point;



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.




**Key**

1 Pull-in line
2 Pull-in head
3 Pull-in head
4 Pipeline
5 Pull-in line
6 Pull-in special tool
7 Subsea structure
8 Subsea structure

**a) General arrangement**




**Key**

1 Additional come-alongs for pipe support and angular alignment
2 Alignment frame
3 Pull-in come-along

**b) Alignment frame assist**

**Figure A.22 — Pull-in methods**

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

#### A.8.5.1.4 Stab-in and hinge-over method

This method (see Figure A.23) involves vertically lowering the sealine end to the seabed and locking it to a subsea structure. The lay vessel then moves off location, laying the line to its installed configuration. If installing rigid pipe, the lay vessel may need to be equipped with motion compensation devices to reduce the chances for buckling or over-tensioning the pipeline once it is locked to the subsea structure;




**Key**

1 Heave compensation required
2 Trunion assembly
3 Pipeline lowered and locked to subsea structure

**Figure A.23 — Stab-in and hinge-over method**

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.



### A.8.5.1.5 Direct lay-away method

With this method (see Figure A.24) the sealine is attached to the tree prior to deployment. Coordination between tree-installation vessel and line-installation vessel is required;




**Key**

1 Lay vessel
2 Flexible flowline
3 Completion riser
4 Tree

**Figure A.24 — Lay-away method**

#### A.8.5.1.6 Deflect-to-connect method

This method (see Figure A.25) is normally used for a second end tie-in, where the lay vessel pre-installs buoyancy and chains at pre-defined locations along the sealine. After the line head is installed inside the predefined target area, the tie-in vessel will release the chain and survey the line to ensure suitable buoyancy. The line will then be deflected so that the line head is placed in front of the pull-in porch of the structure. The pull-in and connection tool(s) may now be launched to complete the tie-in, normally along the same principles as for a normal pull-in. As the line is normally deflected in an empty condition, waterflooding will be performed prior to the connection operation;




**Key**

1 Temporary buoyancy and chain
2 Pull-in line

**a) Pull-in operations**




**Key**

1 Pull-in head

**b) Situation prior to pull-in**

**Figure A.25 — Deflect-to-connect method**



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

#### A.8.5.1.7 Direct vertical connection method

In this method (see Figure A.26) the flowline terminates in a connector that is landed directly onto a vertical hub resident at the subsea structure. All operations are conducted by the flowline lay vessel itself. After being landed, the connector is locked to the hub by either an ROV tool or a hydraulic hot-line from the surface.




a) First end connection

b) Second end connection

**Key**

1 Lay vessel
2 Flexible flowline
3 Cable

**Figure A.26 — Direct vertical connection method**

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

### A.8.6 Interfaces

A sealine system begins with both halves of the connector used at the subsea facility and ends with one of the following:

a) both halves of a connector used at another subsea facility;

b) the sealine side of a surface connection or weld at the top of a platform riser;

c) the point at which riser design begins in the case of a flexible production riser whose design does not include a riser base.

The interface to the flexible pipe is typically at the flanges on the end fitting.

## A.9 Subsea template and manifold systems

### A.9.1 General

This description includes all template and manifold systems on the seabed which may incorporate and physically support wellheads, drilling and production risers, pipeline connections, trees, manifolds, control system components and protective framing. Template and protective framing is often built as one integrated structure.

Production/injection from/to the templates may flow to a floating production platform or other remote facility.

### A.9.2 Template

#### A.9.2.1 General

A template is a seabed structure that provides guidance and support for drilling and/or other equipment. A template is typically used to group several subsea wells at a single seabed location. Templates may be of a unitised or modular design. Several types of templates are discussed below. Actual templates may combine features of more than one of these types.

A template is the structural framework supporting other equipment, such as manifolds, risers, wellheads, drilling and completion equipment, and pipeline pull-in and connection equipment.

The structure should be designed to withstand any loads from thermal expansion of the wellheads and snag loads on the pipelines.

#### A.9.2.2 Multiwell/manifold template

A template with multiple wells drilled and completed through it, and incorporating a manifold system. This type of template is illustrated in Figure A.27.

#### A.9.2.3 Well spacer/tieback template

A multiwell template used as a drilling guide to predrill wells prior to installing a surface facility (see Figure A.28). The wells are typically tied back to the surface facility during completion. The wells could also be completed subsea with individual risers back to the surface.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.




**Key**

1 Tree guide post receptacle (typical, if required)
2 Tree
3 Manifold header and valves
4 Pipeline connection bay

**Figure A.27 — Manifold/multi-well template**




**Key**

1 Tree guide post receptacle (typical, if required)

**Figure A.28 — Well spacer/support template**

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

### A.9.2.4 Manifold template/centre

A template used to support a manifold for produced or injected fluids. There are no wells on this template. This template would be similar to the one in Figure A.27 with the well-drilling guides omitted.

### A.9.2.5 Riser-support template

A template which supports a marine production riser or loading terminal, and which serves to react to loads on the riser throughout its service life (see Figure A.29). This type of template may also include a pipeline connection capability. Figure A.30 shows a combination template with wells, manifold and production riser support.

### A.9.2.6 Modular template

A template installed as one unit or as modules assembled around a base structure (often the first well). If installed as one unit, the template will be of a cantilevered design.



**Figure A.29 — Riser-support template**




**Key**

1 Guide post (if required)

2 Production riser base

**Figure A.30 — Manifold/multi-well template with production riser**

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

### A.9.3 Manifold

A system of headers and branched piping used to gather produced fluids or to distribute injected fluids. A manifold system may also provide for well testing and well servicing if TFL capability is included along with annulus monitoring and bleed capability. The associated equipment may include valves, connectors for pipeline and tree interfaces, chokes for flow control and TFL diverters. The manifold system may also include control system equipment, such as a distribution system for hydraulic and electrical functions, as well as providing interface connections to control modules. All or part of the manifold may be integral with the template or may be installed separately at a later date if desired. Figure A.31 gives a schematic of a typical manifold. Other headers could include chemical injection, gas lift and well control lines.




**Key**

1 To sealine or riser system
2 Oil production line
3 Water injection line
4 Well test line
5 To water injection tree
6 To oil production tree
7 To oil production tree
8 Possible pigging valve

**Figure A.31 — Schematic of typical manifold**

## A.10 Production risers

The portion of a pipeline extending from the seafloor to the surface is a platform riser. Examples include

a) conventional riser, consisting of rigid piping attached to the platform structure and serving as the pipeline;

b) J-tube riser for rigid pipe and J-tube or I-tube riser for flexible pipe, which permits installation of the pipeline without connections on the seafloor and consists of rigid conduit attached to the platform through which the pipelines are pulled;

c) flexible pipe riser, consisting of flexible pipe attached to a platform (in a manner similar to a conventional riser) or suspended from a floating facility;

d) risers from a subsea template.

The function of a subsea production riser is to provide conduit(s) for the conveying of hydrocarbons or injection fluids between the seafloor equipment and the production platform.

The risers and support structures may also provide support for auxiliary lines and control umbilicals.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

### A.10.1 Production-riser design types

Production risers fall into three broad design types: rigid-pipe riser, flexible-pipe riser and combinations of rigid and flexible pipe.

#### A.10.1.1 Rigid-pipe riser

A rigid-pipe riser is made of individual pipe sections assembled to obtain the desired number of lines and length of riser. Rigid-pipe risers require tension to prevent buckling and resist lateral loads. Rigid-pipe risers may be integral or non-integral in construction, with the lines arranged internal or external to the primary structural member, see Figure A.32.

#### A.10.1.2 Rigid-pipe integral riser

The lines of an integral riser cannot be retrieved separately. An integral riser with external lines includes a central structural member which may carry fluids or perform other functions in addition to providing structural support to the flowlines by means of external brackets. An integral riser with internal lines may support these lines at intermediate points along the joint to prevent line buckling.

On either integral riser type, the ends of the structural member are fitted with couplings. A section of the production riser, consisting of the structural member, lines and coupling, is collectively called a "riser joint". When two joints of integral riser are connected, the coupling causes the simultaneous connection of the flowlines with full design-pressure capacity. Integral risers are compact and simple to run; however, they require system shut-in and retrieval for repair.

#### A.10.1.3 Rigid-pipe non-integral riser

Flowlines of a non-integral riser may be run and retrieved separately from each other and from the main structural member. A non-integral riser includes a tensioned central structural member which may carry fluids or perform other functions besides providing structural support and guidance to lines. The structural member is fitted with support/guidance devices to locate and laterally guide individual lines.

The two ends of the structural member are fitted with the two halves of a coupling. A section of the structural member including the coupling and guidance devices is called a "joint": the associated sections of lines are also called joints. The two ends of each line joint are fitted with mechanical/pressure couplings, typically threaded box and pin, independent of the central pipe coupling. Other lines are installed individually after the structural member is installed and tensioned. They are retrieved individually before the structural member is retrieved.

The design has the advantages of simplicity and of permitting the retrieval of a single line (e.g. for repair) without requiring the shut-in and retrieval of the whole system. It has the disadvantage of being slow to run or retrieve.

#### A.10.1.4 Flexible-pipe riser

Flexible pipe is characterized by a composite construction with layers of different materials which allows large amplitude deflections without adverse effects on the pipe. This product may be delivered in one continuous length or joined together with connectors.

Flexible risers accommodate differential motion by an added length of pipe between the two points to be linked. The added length can be utilized in different patterns depending on the environmental conditions, loads to which it is subjected and the relative motion and position of the floating production platform with respect to the seabed connection point.




**Key**

1 Coupling
2 Guidance device
3 Fluid line
4 Centralizer
5 Stabilizing structure

**Figure A.32 — Rigid-pipe risers**

The major flexible-riser configurations currently in use are shown in Figure A.33. The "free-hanging" riser runs in a catenary from the floating production unit to the seabed. The "Lazy S" riser runs in a double catenary configuration from the floating production unit to the seabed over a mid-water pipe tray supported by a subsurface buoy. The subsurface buoy is kept in position by a chain or cable attached to a dead-weight anchor positioned on the seabed. The "Steep S" riser is similar to the "Lazy S" except that the lower section of the flexible pipe between the buoy and the riser base is used as a tension member. The riser base replaces the dead-weight anchor. The "Lazy wave" and



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

"Steep wave" riser designs use an appropriate distribution of small buoyancy modules along a section of the riser to replace the pipe tray and subsurface buoy.

As with the rigid-riser assemblies, flexible-pipe risers installed in any of the above-described configurations may be individual or multiple, in similar or different sizes and arrangements, and may be integral (also called multibore) or non-integral (bundled).




**Figure A.33 — Flexible-pipe risers**



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

#### A.10.1.5 Individual flexible-pipe riser

An individual flexible pipe is not connected to any other line, though it may have attachment points common with other risers at the floating facility and at the seabed. It may be retrieved individually.

#### A.10.1.6 Integral flexible-pipe riser (multibore flexible riser)

An integral flexible-pipe riser is an assembly of individual flexible-pipe lines, and may include other components such as electric or hydraulic control lines. The outer jacket may contain the lines in either a compact helically wound arrangement or a flat ribbon-type assembly. Individual lines may not be retrieved separately.

#### A.10.1.7 Non-integral flexible-pipe riser (bundled flexible-pipe riser)

A non-integral flexible pipe riser is an assembly of individual flexible lines constrained together at one or more intermediate points along the riser's length. These constraints can be a pipe tray, a common flotation device or spacer bars. Depending on the design of the common attachment points, individual lines may or may not be retrieved separately.

### A.10.2 Rigid-flexible combination riser

A third type of production riser utilizes rigid-pipe technology for part of the riser and flexible pipe for the remainder. The design usually has a lower section made of rigid pipe and an upper section made of flexible pipe. The lower rigid-pipe section is tensioned by a subsurface buoy and the flexible-pipe sections run in a catenary from the subsurface buoy to the FPU. Design variations discussed under the two types above are applicable for this type of riser.

### A.10.3 Production-riser interfaces

#### A.10.3.1 Top interface

The primary factors affecting the riser top interface include riser type, tensioning requirements, riser handling equipment, type of FPU, and FPU motions relative to the riser. Equipment arrangement at the top interface should receive careful attention to enable access for inspection, maintenance and repair.

The FPU moonpool space requirements are largest for the non-integral rigid-riser configuration, followed by the integral rigid-riser configuration, and the flexible-riser configuration. Flexible risers may not require access to a moonpool because tensioning equipment is not normally needed.

Typically, multiple flexible jumpers are used to bridge between the riser and the deck of the FPU.

The handling system for a rigid-pipe riser is used to install the riser, recover the riser and assist with riser hang-off if necessary. Typically, rigid-riser handling equipment is similar to pipe handling equipment for a drilling rig.

#### A.10.3.2 Bottom interface

The interface design of the riser bottom connector and the seafloor equipment will depend on several factors, such as type of seafloor equipment, water depth, riser size, and whether the riser pipe is rigid or flexible. The operator's decision about seafloor manifolding or active components, such as valves, may influence the bottom interface. Subsea valves may be integrated into the riser bottom connector, allowing recovery of the active components for maintenance and repair. The loads imparted to the seafloor equipment by a rigid riser are a major interfacing factor.

The type of seafloor equipment that the riser may be connected to can range from simple, single-purpose riser base structures to very large, multiwell subsea well template structures. For the single-purpose riser base structure, the interface consists of straight forward landing, orienting, locking, and sealing between the riser system and the seafloor structure. Generally this operation will be quite similar to landing the lower marine riser package onto a subsea BOP stack assembly.

#### A.10.3.3 Intermediate depth interfaces

Rigid-pipe risers and rigid-flexible combination risers can be designed to disconnect at an intermediate point between the top and bottom interfaces. Additional interface design considerations include: disconnect and reconnect means for fluid lines, structural members and auxiliary lines, self-tensioning for the seabed-connected

This document was reproduced from an API authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

portion of the riser, relative motion between upper and lower sections during reconnect, and fluid isolation valves for lines.

### A.10.4 Production riser components

#### A.10.4.1 Introduction

This subclause briefly describes the various components that comprise the riser system.

#### A.10.4.2 Rigid-pipe riser components

##### A.10.4.2.1 Tensioning and motion-compensating systems

Tensioner and motion-compensating systems provide near-constant axial tension to support and stabilize the riser while the FPU moves vertically and/or laterally with wind, waves and current. Typically, pneumatic and hydro-pneumatic tensioner units utilize multiple piston and cylinder arrangements operated in conjunction with controlled gas pressure accumulators. Other aspects to be considered in selecting the tensioning and motion-compensation equipment are related to the capacity and placement of the equipment, friction losses and system dynamics.

##### A.10.4.2.2 Riser couplings

Riser couplings connect fluid lines and structural elements at the interface between riser joints. Typical coupling mechanisms include threads and bolted flanges. Riser joint couplings normally have a strength equal to or greater than that of the elements they connect.

##### A.10.4.2.3 Moment-controlling devices

A moment-controlling device is used to minimize bending stress or to control curvature. Devices such as ball joints and elastomeric flexjoints reduce bending stresses induced by relative angular movements along the riser. When curvature control is necessary, tapered joints are typically used.

##### A.10.4.2.4 Connectors

Connectors are used to latch the riser into a subsea termination and provide structural continuity and pressure integrity.

Connectors consist of a passive half, generally a male hub or mandrel, and an active half, generally a female connector mechanism. The active element is generally attached to the riser so that it can be retrieved. Connectors can be actuated hydraulically or mechanically, but should not require pressurized hydraulics to remain locked.

##### A.10.4.2.5 Stabilizing structures and guidance equipment

Stabilizing structures laterally restrain individual flowlines and should be designed to accommodate static and dynamic loads. Their effect should be included in the riser-response analysis. Guidance equipment is used to direct and orient risers to the seafloor equipment.

##### A.10.4.2.6 Buoyancy devices

Buoyancy, in the form of foam modules or air cans, may be added to risers to reduce externally applied top-tension. It can also act as an insulator to reduce the heat loss from production lines.

##### A.10.4.2.7 Instrumentation

Riser instrumentation may be desirable as an operations aid or in gathering data for confirmation of design analysis methods. The instrumentation may include measurement of top and bottom angles, stresses, motions, and internal and external pressures. These instruments may be packaged in a specially prepared "pup" joint called an IRJ, or may be clamped to a riser joint. Other information, including environmental and vessel motion data, may be desirable to complement the riser measurements.

#### A.10.4.2.8 Piping interface transitions

The lower end of the production riser includes means to direct the flow paths through or around the riser structural connector and into piping on the template.

The upper end connections are generally flexible "jumper lines" linking the riser to deck-mounted facilities. Flexible pipes are generally attached to a rigid "gooseneck" piece which turns the upper end of the lines downward at the top of the riser.

### A.10.4.3 Flexible-pipe riser components

#### A.10.4.3.1 Flexible-pipe end fittings

Each end of a flexible-pipe segment is terminated with end fittings. The pressure integrity and load-bearing capacity of the fittings should be greater than that of the pipe. The end fitting is itself terminated by a flange, hub, mandrel or other coupling system.

#### A.10.4.3.2 Bend stiffener

Bend stiffeners are tapered elements installed over the flexible pipe to maintain curvature within the recommended limits.

#### A.10.4.3.3 Bend limiter

A bend limiter is usually intended to protect the riser from installation/static loads rather than the continuous motions imposed by the FPU. It consists of external devices which limit the radius of curvature of the flexible pipe. Two systems currently in use are a bell-mouth and a vertebrae-type device made of a series of interacting annular elements.

#### A.10.4.3.4 Buoyancy devices

Buoyancy is added to the flexible-riser system in order to reduce topside loads and allow greater excursions of the FPU. Buoyancy force is either transmitted to the riser through a pipe tray or by distribution of discrete buoyancy modules clamped directly to the riser.

#### A.10.4.3.5 Pipe tray

The pipe tray provides intermediate support for the flexible pipe between the seabed and the FPU, and may also restrict pipe curvature. The riser is clamped to the pipe tray to prevent slippage.

#### A.10.4.3.6 Riser base

The riser base anchors the flexible pipe or its supporting buoy at the seabed to control movement. The riser base may be either a dead-weight or a piled structure. The flexible-pipe riser may connect to a subsea facility at the riser base or continue to another location.

#### A.10.4.3.7 Emergency disconnect system

Emergency disconnect systems can be used to link the riser system to the FPU. Both halves of the disconnect system may be equipped with spill-prevention devices which should be activated before disconnecting. Such disconnects are usually hydraulically operated.

## A.11 Intervention systems

### A.11.1 System description

Remotely operated intervention systems fall into two principal categories: swimming vehicles and surface-run tooling.



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

#### A.11.1.1 ROV

ROV are near-neutrally buoyant submersible vehicles that may be used to perform tasks such as valve operations, hydraulic stab and general manipulator tasks. They can also carry tooling packages to undertake specific tasks, such as pull-in and connection of flexible flowlines and umbilicals, and component replacement.

#### A.11.1.2 ROT

ROT are dedicated tools that are usually deployed on lift wires or umbilicals. Lateral guidance may be by guide wires, dedicated thrusters or ROV assistance. Generally, ROT intervention systems are used for installation or component replacement tasks that require surface lift capacity beyond the ROV capability.

### A.11.2 Intervention philosophy

It is essential that, at the conceptual design phase of any subsea field development, the intervention philosophy both for installation and through life-cycle is determined. Intervention should be accomplished in a reliable manner that minimizes potential damage to the subsea equipment, the intervention tooling, operating personnel and the environment. A secondary requirement is that the equipment be effectively designed for the intended purpose and the environmental operating conditions in which it is to work.

### A.11.3 Design considerations

The general considerations to be reviewed for any subsea field development appertaining to installation and intervention are:

— structure orientation, particularly in areas of high currents (for ROV station keeping whilst in operating mode);

— water depth (can affect choice of ROV or ROT);

— high currents through the water column (can affect the umbilical of an ROV);

— access considerations (important to enable manœuvring and non-fouling of the ROV);

— interfaces between the subsea equipment and the intervention tooling;

— fail-to-free: the equipment shall be designed that in the event of a power failure to the ROV/ROT or intervention equipment, all devices that could attach the ROV/ROT to the subsea equipment are required to be released in a reliable manner, allowing retrieval to the surface;

— damage-free: intervention equipment shall be designed to minimize potential damage to the subsea equipment during positioning, docking and/or operations. The retrievable portion of the intervention interfaces, the part attached to the ROV/ROT, shall be designed to yield before damage occurs to the portion fixed to their subsea equipment;

— load reaction: the loads imposed on the structure and the intervention equipment by the interface shall be considered in the design. Generally, interfaces at which the load reacts locally are preferred to a design requiring complex load paths through the intervention equipment structure.

In-well interventions are covered in 4.4 and by API RP 17G.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

# Annex B
(informative)

## Marking colours

Table B.1 specifies the colours that may be used on the different components and equipment on the subsea production system:

**Table B.1 — Marking colours**

| | Black | Orange | Yellow | Unpainted | White | Grey |
|---|---|---|---|---|---|---|
| **a) Structures** | | | | | | |
| Protective structure | | | x | | | |
| Base structure | | | x | | | |
| Guide posts | | | | | | x |
| Pull-in porches/pull-in ramps | | | x (ramps) | | x (porches) | |
| Grating (natural colour from electrolytic zinc treatment) | | | | x | | |
| Pad eyes, hinges, ROV attachment/intervention points, etc. | | x | | | | |
| **b) Process manifold** | | | | | | |
| Manifold structure | | | x | | | |
| Piping | | | | | x [a] | |
| Manifold valves | | | | | x | |
| Valve reaction points, ROV attachment/intervention points, etc. | | x | | | | |
| Valve spindle | | | | x | | |
| Valve status | x (text) | | x (background) | | | |
| Termination hubs | | | | | | x |
| Termination hub clamps, protection caps, etc. | | x | | | | |
| **c) Control system** | | | | | | |
| Control-pod body | | x | | | | |
| Control-pod ROT hub | | | | x | | |
| Control-module connector clamp | | | | x | | |
| Panels for ROV operation | | | x | | | |
| ROV-operated valve handles, ROV attachment/intervention points, etc. | | x | | | | |
| Control distribution system structure | | | x | | | |

**Table B.1** (*continued*)

| | Black | Orange | Yellow | Unpainted | White | Grey |
|---|---|---|---|---|---|---|
| **d) Subsea tree system** | | | | | | |
| Wellhead connector skirt | | | x | | | |
| Piping connectors | | | x | | | |
| Piping bends for ROV intervention, wall thickness measurement, etc. | | x | | | | |
| Subsea tree valve block (body) | | | | | x | |
| Subsea tree valve actuators | | x | | | | |
| Tree cap with connector | | | x | | | |
| Override release rods | | | | x | | |
| Panel for ROV operations | | | x | | | |
| Valve reaction points, ROV attachment/intervention points, etc. | | | x | | | |
| Valve spindle for ROV torque tool | | | | x | | |
| Valve status indicators on panels | x (text, indicator) | | x (background) | | | |
| Protection frame | | | x | | | |
| **e) ROT-and replacement frame system** | | | | | | |
| Steel structures | | | x | | | |
| ROV operated handles, ROV attachment/intervention points, etc. | | x | | | | |

[a] White or uncoated, depending on project requirements.



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

# Annex C
(informative)

# Integration testing of subsea production equipment

## C.1 General

A schedule for the activities of integration testing of subsea production equipment should be developed prior to start of the integration test. Equipment logistics should be part of the schedule. The operation and maintenance manuals should be used as guidelines for establishing the test procedures. Test procedures should be signed off step by step during each test operation.

A daily log should be written for each test activity. Test findings should be briefly described in the log. A query system to handle all test findings should be developed, including procedures to rectify the findings. Contractor should arrange frequent status meetings with company during the integration test phase.

Company personnel should have access to all test facilities during testing. The company may monitor or witness all tests and should have free access to the test results. Emphasis should be put on the special need for company offshore nominated personnel for complete insight into system functions, system operation and debugging methodology.

Contractors should develop and establish procedures and check lists necessary in order to verify that the requirements of the contract are met. The integration test procedures should be developed in such a manner that operational conditions can be simulated. All procedures for integration tests should be reviewed and agreed by the company prior to start of integration testing. The test procedures should include defined acceptance criteria.

Photographic records can be of considerable value in future diagnostic work when the equipment is subsea. Comprehensive still photography and video records are recommended.

It is recommended to split the integration test into the following activities, when applicable:

— site-received check;

— land test;

— shallow-water test;

— deep-water test.

## C.2 Site-received test

The purpose of the site-received test is to verify that the applicable subsystem is not damaged and is working satisfactory after transport from the subcontractor. The intention is not to repeat a full FAT programme through the site-received check.

The site-received test programme should include an index of the test procedures and equipment handling procedures, and should further identify facilities, equipment, materials and other items required for the site-received programme.

The site-received tests should include e.g.:

— unpacking, assembling and checking the equipment and systems;

— checking the cleanliness of the hydraulic fluid;

— test of all mechanical and hydraulic functions. However, for the control pods, all applicable commands should be sent from a test PC and proper answers and actions should be verified if relevant.

Site-received testing is applicable for all equipment, including rental equipment, arriving at the integration test site or any alternative test site.

## C.3 Land test

The land test should be divided into the following activities:

— subsystem test;

— system test;

— interchangeability test.

## C.4 Subsystem test

The purpose of the subsystem test is to break the total subsea production system into subsystems which can be tested simultaneously. The subdivision will also make debugging easier.

Subsystem tests should be used to expose relevant equipment to abnormal situations which can occur during operation, such as low hydraulic supply pressure, low voltage supply, etc. The purpose is to reveal "system margins".

The subsystem test should be divided in the following activities:

a) test of tree using production control system;

The purpose of this test is to verify operability of the production control system and the tree as one integrated system. The tree should be placed on a test jig capable of performing both wellbore and annulus pressurizations, TRSCSSV connection and connection of downhole monitoring sensor if applicable. A test PC and a test HPU can be used for this test.

b) test of tree/LRP/XTRT using workover control system;

This test should be performed similarly to the test using production control system.

c) production control system test;

The purpose of this test is to verify the production control system's interface to the platform PCDA and shutdown systems and the system's capability of controlling and monitoring all foreseen wells. A combination of control pod simulators may be used during the test.

d) intervention system test;

The purpose of the intervention system test is to function test the different elements (e.g. ROT system) of the intervention system, including ROV tooling.

The subsystem tests should be regarded as a natural step between the FATs of the various subsystems and the test of the total subsea production system. Hence the actual project has to decide to what extent subsystem tests should be used.



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

## C.5 System test

The purpose of this test is to simulate all operations which should be done offshore, to the extent practical on land, and verify all equipment/systems related to the permanent seabed installations. All maintenance-related areas are taken into consideration.

The following tests should be carried out:

a) running and retrieving of tubing hanger;

b) running and retrieving of tree, with all combinations of stack-up (tree cap, lower riser package and running tools, etc.);

c) making up connections should be verified for the full operation envelope, e.g. between tree and manifold;

d) functional test of tree using workover control system;

e) running and retrieving of control pods, XT-choke and insert valves, etc.;

f) pull-in and connection of umbilical (hydraulic/chemical lines and electrical connections) and flowline;

g) tolerance check of manifold system after reinstallation (if applicable);

h) functional test of tree with production control system;

i) intervention tests;

j) verification of dummy structures (if applicable).

It is important to functionally test all manual-override functions in connection with the above tests. The purpose of the intervention test is to verify the interfaces and the functions of the ROT system, ROV systems and tooling. In addition, hatch operation, guidepost/minipost replacement and mechanical override of connectors, as well as tests using any company-provided items should be performed to verify interfaces and functions.

The purpose of performing a verification of the possible dummy structures is to verify that the dummy structures are in compliance with the real structures.

## C.6 Interchangeability test

The interchangeability test is applicable for all delivered systems (i.e. tree systems, control pods, etc.). The purpose of this test is to verify the interchangeability of the trees on the well slots, tree caps on trees, control pods on XTs, manifold system and other equipment if applicable. Since testing of all combinations is impractical, a master system should be established. A specially built test jig simulating the template well slot may be used to verify tree interchangeability.

## C.7 Shallow water test

During the subsea installation, well completion and production testing phases, reliable rig handling systems and trained personnel are of vital importance to the overall success of the project. An important aim for the shallow-water test is to contribute to the success by optimizing installation procedures and familiarize offshore nominated personnel with equipment and equipment handling to promote efficiency and safety in installation and operation of subsea production wells.

The optional shallow-water test may be performed using a dummy structure.



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

The following tests should be done:

a) running and retrieving of tubing hanger;

b) running and retrieving of tree with all combinations of stack-up;

c) making up connections between tree and manifold;

d) running and retrieving of control pod, XT-choke and insert valves, etc.;

e) pull-in and connection of umbilical and flowline;

f) functional test of tree using workover control system;

g) functional test of tree using production control system;

h) running of ROT system;

i) interface, accessibility and functional tests by use of ROV, including installation work for which the ROV is intended to be used;

j) verification of ability of workover riser connections to maintain the nut prestress during handling and dynamic loading.

From an operational point of view, it is also imperative in this phase of testing to test all back-up systems, such as manual overrides, in order to obtain operational experience from this mode. It is sufficient to run only one system through the shallow-water test.

## C.8 Deep water test

A deep-water test should be considered for certain subsystems if new equipment development is part of the applicable subsystem.

## C.9 Post-integration test

Following the integration test and prior to installation, all equipment should undergo the following activities:

a) maintenance procedures (check for relevance and quality);

b) modification and repetition of necessary test activities as applicable;

c) refurbishment;

d) preservation;

e) updating of all documentation to "as-tested" status;

f) preparation for transport and delivery.

## C.10 Test facilities

The following are minimum requirements for the facilities on the integration test site:

a) test facilities with crane capacity for handling and stack-up of XTs and associated equipment (XT, LRP, XTRT, tree cap, test frame, running tools, etc.);

b) the test facility should be clean and not disturbed by other activities. The test facility should be suitable for performing flushing operations. Any activity generating particles, including grinding etc., shall not take place in this facility;

c) the test facility should be suitable for performing system tests of the production control system involving sensitive computer equipment;

d) adequate indoor facilities for storage of equipment;

e) if available, a flat seabed area suitable for installing a dummy template during the shallow-water test. This area should be near the on-shore facilities to minimize shallow-water test umbilical length;

f) the required water depth for the shallow-water test site should be dictated by actual equipment and operations in order to perform the test satisfactorily;

g) the seabed area should be suitable for performing flowline and umbilical pull-in;

h) a suitable vessel or arrangement, equipped to perform activities which simulate rig operations during the shallow-water test, should be provided;

i) office facilities.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

# Annex D
(informative)

# Typical procedures for commissioning

## D.1 Commissioning activities

### D.1.1 Examples of some typical commissioning activities

#### D.1.1.1 EXAMPLE 1 — Typical procedure for start-up of a subsea well (values are typical)

Initial status: all remotely controlled valves are closed. Wellbore pressure monitored by production control system is 17 MPa (2 464 psi). Methanol injection line pressurized to 7 MPa (1 014 psi). Pressure between PMV and SCSSV approximately 18 MPa (2 609 psi). Shut-in pressure 18 MPa (2 609 psi). Flow line pressurized to 18 MPa (2 609 psi).

a) Start up the methanol injection pump and adjust the set point to 7 MPa (1 014 psi). Open the topside isolation valve to direct methanol into the methanol line.

b) Adjust methanol supply pressure to 17 MPa (2 464 psi) to minimize differential pressure across the MIV.

c) Open MIV.

d) Adjust methanol supply pressure to 18 MPa (2 609 psi) to minimize the differential pressure across the PMV.

e) Open PMV.

f) Adjust methanol supply pressure to 20 MPa (2 898 psi) to inject methanol into the reservoir. Monitor pressure build-up in wellbore. When pressure build-up stops, methanol is injected into the reservoir through the SCSSV.

g) Open SCSSV.

h) Inject the required amount of methanol into the well.

i) Verify that the flowline is pressurized to 18 MPa (2 609 psi) to minimize the differential pressure across PWV.

j) Open PWV.

k) Open platform isolation valves.

l) Open platform choke. Follow the choke "bean up procedure".

m) Adjust methanol flowrate to production rate.

n) Verify temperature build-up in well.

o) Stop methanol injection (close MIV) when temperature on received-hydrocarbons upstream platform choke is above hydrate temperature.

The procedures should be signed off after completion of a successful test sequence.



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

#### D.1.1.2 EXAMPLE 2 Typical procedure for performing leak test of PMV

Initial status: all remotely controlled valves are closed, and LMV is open. Wellbore pressure monitored by production control system is 17 MPa (2 464 psi). Methanol injection line pressurized to 7 MPa (1 014 psi). Pressure between PMV and SCSSV 10 MPa (1 450 psi). Shut-in pressure 18 MPa (2 609 psi).

a) Start up the methanol injection pump and adjust the set point to 7 MPa (1 014 psi). Open the topside isolation valve to direct methanol into the methanol line.

b) Adjust the methanol supply pressure to 17 MPa (2 464 psi) to minimize differential pressure across the MIV.

c) Open MIV.

d) Isolate the methanol pump and bleed off methanol from methanol line to 10 MPa (1 450 psi) to minimize differential pressure across PMV.

e) Open PMV.

f) Adjust the methanol supply pressure to 10 MPa (1 450 psi) and open topside isolation valve.

g) Adjust the methanol supply pressure to 20 MPa (2 898 psi) and monitor the pressure build-up in the wellbore. When pressure build-up stops 18 MPa (2 609 psi) methanol is injected into the reservoir through the SCSSV. Stop injection when pressure build-up stops.

h) Close PMV.

i) Bleed off the methanol line to 13 MPa (1 884 psi) to get a differential pressure across PMV to 5 MPa (725 psi) [5 MPa (725 psi) is used as an example].

j) Close MIV and monitor the pressure build-up in the well for 4 min.

### D.1.2 Verification of annulus, production bore and downhole monitoring sensors

The purpose of the test is to verify that correct data for wellbore and annulus pressures and downhole pressures/temperatures are transmitted to the platform-installed subsea control unit.

To perform the test, the following systems shall be verified:

— subsea tree;

— distribution system;

— control pod;

— HPU;

— platform-installed subsea control unit;

— methanol injection system;

— annulus bleed system.

This test sequence is successfully completed when the following verifications have been made:

— at least three different pressure rates (low, medium and high) are read from the platform-installed subsea control unit and compared with actual supply pressure for both the wellbore and the annulus pressures;

— the downhole data have been compared with "expected" values.

### D.1.3 Start-up activities

The start-up activities related to the subsea production system can be subdivided into the following activities:

— leak test of SCSSV;

— function test of SCSSV;

— well start-up.

These activities should be carried out in one operation.

### D.1.4 Leak test and function test of SCSSV

The purpose of the test is to verify that the leakage rate of the SCSSV is within the acceptance criteria. In addition, proper operation (open/close) of the SCSSV should be verified.

EXAMPLE Typical procedure for performing leak test and function test of SCSSV:

Initial status: all remotely controlled valves are closed. Wellbore pressure monitored by production control system is 17 MPa (2 464 psi). Methanol injection line pressurized to 7 MPa (1 014 psi). Pressure between PMV and SCSSV approximately 18 MPa (2 609 psi). Shut-in pressure 18 MPa (2 609 psi).

a) Start up the methanol injection pump and adjust the set point to 7 MPa (1 014 psi). Open the topside isolation valve to direct methanol into the methanol line.

b) Adjust methanol supply pressure to 17 MPa (2 464 psi) to minimize differential pressure across the MIV.

c) Open MIV.

d) Adjust methanol supply pressure to 18 MPa (2 609 psi) to minimize the differential pressure across the PMV.

e) Open PMV.

f) Adjust methanol supply pressure to 20 MPa (2 898 psi) to inject methanol into the reservoir. When pressure build-up in the well stops, reduce the methanol flowrate to a minimum (150 l/h).

g) Open SCSSV (function test). Verify correct response from production control system.

h) Close SCSSV (function test). Verify correct response from production control system.

i) Bleed off the methanol line to 11 MPa (1 594 psi) to get a differential pressure across the SCSSV of 7 MPa (1 014 psi) [7 MPa (1 014 psi) is used as an example].

j) Close MIV and monitor the pressure build-up in the well for 30 min.

k) Close PMV or continue with start-up activities.

## D.2 Documentation

A daily log should be written during the precommissioning/commissioning phase. Findings should be described in the log.

Project-specific outline procedures based on this part of ISO 13628 should be worked out at an early phase of a project (prior to signing a contract with a vendor). Test procedures for integration test and FAT's should be based on the commissioning outline procedures. This will ensure consistent procedures throughout the project life, and people will to a large extent gain experience with "the next activities" through participation in the previous activities. This concept will make updating of precommissioning/ commissioning procedures easier, based on experience from FAT and integration tests.



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

# Annex E
(informative)

# Documentation for operation

## E.1 Scope

This annex defines the extent of technical information which should be available for use in the operational phase. The main objectives are to ensure that only relevant and required information is kept and maintained in order to facilitate the safe, effective and rational operation and maintenance of the installation.

All information should be updated to "as-built" status and should be available in electronic form.

## E.2 Document index

The following information should be included in a document index:

— document number;

— originator code;

— file reference;

— file format;

— originator's document number;

— document title;

— document format;

— revision code;

— revision date;

— status code;

— area code;

— discipline code;

— reference to tag codes;

— reference to components and bulk components;

— location of document storage.

## E.3 Design and fabrication specifications

Design and fabrication specifications are specially produced for the development project (standard project specifications are not included).



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

## E.4 Project design criteria, philosophies, etc.

This documentation is only related to design criteria, philosophies and requirements specially produced for the development project.

## E.5 System design reports and system user manuals

System design reports and system user manuals should give sufficient details to argue the reason for choice of the design related to system parameters. Typical content will be

- system description, with reference to drawings;
- operational data and limitations;
- composition of medium;
- materials choice;
- corrosion evaluations;
- bases for choice and use of corrosion inhibitors;
- location of injection points;
- location of sampling points for analyses;
- location of areas for corrosion-control equipment;
- piping areas and spools with high stresses and need for additional inspection. Reference should be made to relevant calculations and stress isometrics;

The document may be split into design report and system user manual.

## E.6 User manual (equipment)

The supplier's standard user manual should preferably be used. If the supplier does not have a standard user manual, a user manual should be specially prepared for the equipment supplied.

## E.7 Fabrication and verifying documentation

### E.7.1 General

By fabrication and verifying documentation is meant construction, manufacturing, testing, reporting and certification documentation required to demonstrate that constructions, equipment, materials and fabricated systems and units comply with the statutory regulations and specified requirements.

Such documentation should be prepared as specified in this annex to fulfil user requirements for the operational phase.

### E.7.2 Certificate of conformance

One document should cover the complete contract/purchase order. The contractor/supplier should confirm that the requirements in the contract/purchase order for design, calculations, fabrication and testing have been met.

All nonconformances should be stated on the same certificate.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

### E.7.3 Material traceability, weld and NDE documentation

Documentation for operation should contain typical certificates or reference to a material datasheet for applied materials. These should be grouped on article number for each material type and dimension. Thereby components can be traced from document (drawing) to relevant group of certificates.

NOTE Traceability for welding and NDE should be maintained in accordance with the contractor's/supplier's own internal system, and is not required as part of DFO.

### E.7.4 List of certificates

A list of certificates should be made with reference to model/type/manufacturer and the name of the test institution. The following types of certificate should be listed:

— lifting certificates;

— calibration certificates;

— PSV certificates;

— Ex-certificates;

— type approval certificates;

— pressure-test certificates.

Certificates should be available upon user request during the guarantee period.

### E.7.5 Third-party verification and certificates

Third-party verifications and certification should be included when required by authority or operator regulations.

## E.8 DFI resume

DFI resume is a regulatory requirement in some regions. It should provide a brief description of the installation, based on documentation from the design fabrication and installation phase.

All information required for inspection and maintenance planning throughout the lifetime of the installation should be included in the DFI resume.

The document should give an account of the assumptions on which the acceptance criteria have been based and a description of the installation when it is put into operation.

## E.9 Tag index

A tag index should be provided, containing information of all tagged bulk components/components installed, irrespective of type. The following information should be included:

a) tag code;

b) tag description, function related;

c) area location code;

d) discipline ("owner" of the tag);

Items a) to d) are referenced to:

1) Manufacturer;

2) Model/type;

3) Serial number for components;

4) Part list with parts identification codes;

5) Registration of spare terminals and wires;

6) Fire area classification.

To facilitate efficient traceability and updating of related information, documents describing the design should be cross-referenced against all relevant tagged functional locations.

The following information should be included:

— document — tag cross-reference;

— document number according to a coding system;

— tag code.

## E.10 Health, environment and safety

Health, environment and safety data should be delivered according to statutory regulations. A safety data sheet index for the complete installation should be provided.

## E.11 Mass data

Mass information should be supplied according to local requirements and specification for weighing of major assemblies, specification for mass data from suppliers and weighing of bulk and equipment.

## E.12 Photographic record of equipment

### E.12.1 Introduction

The purpose is to obtain photo/video documentation of the complete subsea production system which can be used as reference and as an aid for planning and performing subsea installation and intervention operations.

While performing the photo survey, the construction work, marking and painting should be completed and scaffolding, covers, tapes, etc. removed.

Minor modifications may subsequently be allowed, provided these are well explained in the text/photo survey. Photographs of details may be taken during earlier construction phases, provided the required details are clearly shown and will not be altered during further construction work.

All documentation of the survey should be available in connection with the commissioning and start-up of the system, as well as later in the production phase.

### E.12.2 Photo survey

#### E.12.2.1 Disciplines/components

The photosurvey, which should comprise the complete subsea production system, apart from the flowlines and umbilicals, should as a minimum include the following elements:

— template and manifold system;



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

— subsea production control system;

— XT system;

— termination equipment (clamp connectors, termination heads).

**E.12.2.2 General requirements**

The photosurvey should in general focus on providing an aid for planning and execution of intervention operations. The survey should therefore particularly reflect equipment subject to ROV activities.

The photosurvey should include general layout/arrangement photos of each structure/manifold from various positions/angles.

In addition, components within modules should be covered, with special attention to details such as couplings, flanges, connectors, fittings, and intervention features such as valve-ROV interfaces.

Modules installed separately should be included both separately and after being terminated to related modules.

Removable grating/protection hatches, etc. should on a selection of pictures be removed or opened to allow a good view of items such as piping, pipe supports and isolation valves.

### E.12.3 Video survey

The video survey should be used as a complement to the photo survey for planning and execution of intervention operations, with emphasis on training of ROV personnel. The video survey should focus on illustrating intervention principles by showing operation method and intervention (ROV/ROT) interface areas.

In order to provide flexibility for future use, the video survey should be delivered as "raw material", i.e. no editing should be performed. Future editing should be facilitated by including a time-code signal in the video recordings.

The video survey should, in addition, be used as an aid for planning and performing inspection work, by simulating ROV movements relative to corresponding module workfaces.

The video survey should typically cover the following intervention operations and intervention activities:

— operation and replacement/installation of roof hatches;

— pull-in connection;

— operation of hot stabs, torque tools, valve overrides;

— manifold areas with ROV tool interfaces;

— ROV access route for inspection of manifold piping, structures, etc.;

— ROV access route for inspection of XTs, etc.;

— cable trays for installation of electrical back-up cables.

These operations should be demonstrated without requiring the use of a real ROV.

## E.13 Storage of documents

An agreement shall be made as to where the documents shall be stored (operator or supplier) and for how long.



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

# Annex F
(informative)

# Data sheets

This annex presents examples of typical subsea data sheets, for the convenience of users of this part of ISO 13628, as listed below.

**Subsea data sheet F1 General field data**

**Subsea data sheet F2 Production requirements/Reservoir management**

**Subsea data sheet F3 Operating envelopes**

**Subsea data sheet F4 Subsea structures**

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

| SUBSEA DATA SHEET | F1 |
|---|---|
| FIELD: | Page 1 of 2 |
| TITLE: General field data | |

| | | | |
|---|---|---|---|
| Location (Block/UTM): | | Number of wells: | |
| Water depth: | | Production: | |
| Design life: | | Injection: | |
| | | Removal requ. | |

DESIGN CAPACITIES

**Field:**

| | | |
|---|---|---|
| Oil production | $Sm^3$/SD (bbl/SD) | |
| Water production | $Sm^3$/SD (bbl/SD) | |
| Total liquid production | $Sm^3$/SD (bbl/SD) | |
| Water injection | $Sm^3$/SD (bbl/SD) | |
| Gas production | $10^6$ $Sm^3$/SD (Scuf/SD) | |
| Gas injection | $10^6$ $Sm^3$/SD (Scuf/SD) | |
| Receiving pressure infrastructure | MPa (psi) | |
| **Individual wells:** | | |
| Production wells | $Sm^3$/SD (bbl/SD) | |
| Water injection wells | $Sm^3$/SD (bbl/SD) | |
| Gas injection wells | $Sm^3$/SD (Scuf/SD) | |
| Max. flowing wellhead temp production | °C (°F) | |
| Max. flowing wellhead temp injection | °C (°F) | |
| Max. WHP well kill | MPa (psi) | |
| Max. WHP injection | MPa (psi) | |
| Max. WHP during production | MPa (psi) | |
| Min. WHP during production | MPa (psi) | |
| Max. wellhead shut-in pressure | MPa (psi) | |

Protection requirements:

Dropped objects

Field schematic: See Figure



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

| SUBSEA DATA SHEET | F1 |
|---|---|
| FIELD: | Page 2 of 2 |
| TITLE: General field data | |

RESERVOIR/FLUID CHARACTERISTICS

| | |
|---|---|
| Reservoir temperature, °C (°F) | |
| Reservoir pressure, MPa (psi) | |
| Gas/oil ratio, $Sm^3/Sm^3$ (Scuf/bbl) | |
| Hydrogen sulfide, mol % in liberated gas at bubble point | |
| Carbon dioxide, mol % in liberated gas at bubble point | |
| Water cut, % | |
| Other | |

FORMATION WATER COMPOSITION

| Cations, mg/l | |
|---|---|
| Barium, Ba | |
| Calcium, Ca | |
| Iron, Fe | |
| Potassium, K | |
| Magnesium, Mg | |
| Sodium, Na | |
| Strontium, Sr | |
| Zinc, Zn | |
| Mercury, Hg | |

| Anions, mg/l | |
|---|---|
| Chloride, $Cl^-$ | |
| Sulfate, $SO_4^{2-}$ | |
| Carbonate, $CO_3^{2-}$ | |
| Bicarbonate, $HCO_3^-$ | |

| Other properties | |
|---|---|
| pH at 20 °C (68 °F) and 101,3 kPa 14,7 psi | |
| pH at reservoir conditions | |
| Specific density at 20 °C (68 °F) | |



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

| | |
|---|---|
| SUBSEA DATA SHEET | F2 |
| FIELD: | Page 1 of 1 |
| TITLE: Production requirements/Reservoir management | |

Chemical injection system design data:

| Chemical | Rate | Injection lines | Injection points | Design pressure MPa (psi) | Reference |
|---|---|---|---|---|---|
| Methanol | | | | | |
| Corrosion inhibitor | | | | | |
| Scale inhibitor | | | | | |
| Wax inhibitor | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Data acquisition and well test/requirements:

| Sensors | Producers | Injectors | Parameter accuracy | Remarks | |
|---|---|---|---|---|---|
| Wellhead pressure | | | | | |
| Wellhead temperature | | | | | |
| Downhole pressure | | | | | |
| Downhole temperature | | | | | |
| Hydrocarbon leak detection | | | | | |
| Sand sensor | | | | | |
| 3-phase meter | | | | | |
| Other | | | | | |
| | | | | | |

| | |
|---|---|
| Adjustable chokes | |
| Well testing | |
| Wellstream sampling | |
| Production logging freq. | |
| Cased hole logging freq. | |
| Logging cable size | |
| Wireline req./wire size | |
| Coiled tubing req./size | |
| Coring | |
| | |



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

| SUBSEA DATA SHEET | F3 |
|---|---|
| FIELD: | Page 1 of 1 |
| TITLE: Operating envelopes | |

Transportation requirements/methods/limitations (maximum mass/maximum envelope):

| | | | |
|---|---|---|---|
| Storm return period: | Years | | |

| Installation, removal: | | | Reference |
|---|---|---|---|
| Significant waveheight | m (ft) | | |
| Spectral peak period range | s | | |
| Current velocity (mean over draft) | m/s (ft/s) | | |
| Wind speed, 1 h mean, 10 m (32,8 ft) above sea level | MPa (psi) | | |

| Operation: | | | |
|---|---|---|---|
| Significant waveheight | m (ft) | | |
| Spectral peak period range | s | | |
| Current velocity (at seabed) | m/s (ft/s) | | |
| Current velocity (operation of hatches) | m/s (ft/s) | | |

Light intervention:

Soil conditions:



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

| SUBSEA DATA SHEET | F4 |
|---|---|
| FIELD: | Page 1 of 1 |
| TITLE: Subsea structures | |

Load matrix defining applicable loads

| | |
|---|---|
| **Fabrication** | |
| Storage | |
| Testing | |
| Loadout | |
| **Installation** | |
| Transportation | |
| Inshore lift | |
| Offshore lift in air | |
| Offshore lift submerged | |
| Offshore lift landing | |
| Offshore lift repositioning | |
| Penetration/levelling | |
| Piling | |
| Pull-in and connection sealines | |
| Testing and commissioning | |
| **Operation** | |
| Drilling | |
| Intervention work loads | |
| Connection loads-wells | |
| Mud slide loads | |
| Environmental loads | |
| Seismic loads | |
| Settling loads | |
| Loads from fishing gear | |
| Dropped objects | |
| Removal | |



This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

# Bibliography


[1] API RP 17B, *Flexible Pipes.*

[2] Det Norske Veritas, *Rules for pipelines.*

[3] Det Norske Veritas TNA 503, *Technical note.*

[4] EFC Publication No. 16, Working Party, *Report on Guidelines on Material Requirements for Carbon and Low-Alloy Steels for $H_2S$-Containing Environments in Oil and Gas Production.*

[5] ANSI/NACE MR 0175, *Sulfide Stress Cracking Resistant Metallic Materials for Oilfield Equipment.*

[6] Det Norske Veritas RPB 401, *Cathodic Protection Design.*

[7] ANSI/NACE RP 0176, *Cathodic protection of steel fixed offshore structures.*

[8] Det Norske Veritas, 1987, *Guidelines for Flexible Pipes.*

[9] ISO 11960, *Petroleum and natural gas industries — Steel pipes for use as casing or tubing for wells.*

[10] ISO 13623, *Petroleum and natural gas industries — Pipeline transportation systems.*

[11] ISO 13628-2, *Petroleum and natural gas industries — Design and operation of subsea production systems — Part 2: Flexible pipe systems for subsea and marine applications.*

[12] ISO 13628-5, *Petroleum and natural gas industries — Design and operation of subsea production systems — Part 5: Umbilicals.*

[13] ISO 13628-7, *Petroleum and natural gas industries — Design and operation of subsea production systems — Part 7: Completion/workover riser systems.*

[14] ISO 13628-8, *Petroleum and natural gas industries — Design and operation of subsea production systems — Part 8: Remotely operated vehicle (ROV) interfaces.*

[15] ISO 13628-9, *Petroleum and natural gas industries — Design and operation of subsea production systems — Part 9: Remotely operated tool (ROT) intervention systems.*

[16] ANSI/ASME B16.5, *Pipe Flanges and Flanged Fittings.*

[17] API RP 17A, *Design and Operation of Subsea Production Systems.*

[18] API RP 17I, *Installation of Subsea Umbilicals.*

[19] API RP 16Q, *Design, Selection, Operation and Maintenance of Analysis of Marine Drilling Riser Systems.*

[20] API RP 57, *Offshore Well Completion, Servicing, Workover, and Plug and Abandonment Operations.*

[21] API Spec 16D, *Control Systems for Drilling Well Control Equipment.*

[22] API Spec 17E, *Subsea Production Control Umbilicals.*

[23] ASTM A 194, *Specification for Carbon and Alloy Steel Nuts for Bolts for High-pressure and High-Temperature Service.*

# 2002 Publications Order Form

API
**American Petroleum Institute**

Available through Global Engineering Documents.

Effective January 1, 2002.

**Phone Orders:** **1-800-854-7179** (Toll-free in the U.S. and Canada)
**303-397-7956** (Local and International)
**Fax Orders:** **303-397-2740**
**Online Orders:** **www.global.ihs.com**

**Date:** ________________ ☐ **API Member** *(Check if Yes)*

**Invoice To** (☐ Check here if same as "Ship To")
Name:
Title:
Company:
Department:
Address:

City: State/Province:
Zip/Postal Code: Country:
Telephone:
Fax:
E-Mail:

**Ship To** (UPS will not deliver to a P.O. Box)
Name:
Title:
Company:
Department:
Address:

City: State/Province:
Zip/Postal Code: Country:
Telephone:
Fax:
E-Mail:

| Quantity | Product Number | Title | SO★ | Unit Price | Total |
|---|---|---|---|---|---|
| | G17B02 | RP 17B, Flexible Pipe | | $ 119.00 | |
| | G17C02 | RP 17C/ISO 13628-3, TFL (Through Flowline) Systems | | $ 91.00 | |
| | G07265 | RP 17D, Subsea Wellhead and Christmas Tree Equipment | | $ 97.00 | |
| | G17E02 | RP 17E, Subsea Production Control Umbilicals | | $ 97.00 | |
| | G17G01 | RP 17G. Design and Operation of Completion/Workover Riser Systems | | $ 80.00 | |
| | G17I01 | RP 17I, Installation of Subsea Umbilicals | | $ 63.00 | |
| | G17J01 | RP 17J, Unbonded Flexible Pipe | | $ 75.00 | |
| | G17K01 | RP 17K, Specification for Bonded Flexible Pipe | | $ 75.00 | |

☐ **Payment Enclosed** ☐ **P.O. No.** (Enclose Copy) ________

☐ **Charge My Global Account No.** ________

☐ **VISA** ☐ **MasterCard** ☐ **American Express** ☐ **Diners Club** ☐ **Discover**

Credit Card No.:

Print Name (As It Appears on Card):

Expiration Date:

Signature:

**Subtotal**
**Applicable Sales Tax** *(see below)*
**Rush Shipping Fee** *(see below)*
**Shipping and Handling** *(see below)*
**Total** *(in U.S. Dollars)*

★ *To be placed on Standing Order for future editions of this publication, place a check mark in the SO column and sign here:*

***Pricing and availability subject to change without notice.***

**Mail Orders** – Payment by check or money order in U.S. dollars is required except for established accounts. State and local taxes, $10 processing fee*, and 5% shipping must be added. Send mail orders to: **API Publications, Global Engineering Documents, 15 Inverness Way East, M/S C303B, Englewood, CO 80112-5776, USA.**
**Purchase Orders** – Purchase orders are accepted from established accounts. Invoice will include actual freight cost, a $10 processing fee*, plus state and local taxes.
**Telephone Orders** – If ordering by telephone, a $10 processing fee* and actual freight costs will be added to the order.
**Sales Tax** – All U.S. purchases must include applicable state and local sales tax. Customers claiming tax-exempt status must provide Global with a copy of their exemption certificate.
**Shipping** (U.S. Orders) – Orders shipped within the U.S. are sent via traceable means. Most orders are shipped the same day. Subscription updates are sent by First-Class Mail. Other options, including next-day service, air service, and fax transmission are available at additional cost. Call 1-800-854-7179 for more information.
**Shipping** (International Orders) – Standard international shipping is by air express courier service. Subscription updates are sent by World Mail. Normal delivery is 3-4 days from shipping date.
**Rush Shipping Fee** – Next Day Delivery orders charge is $20 in addition to the carrier charges. Next Day Delivery orders must be placed by 2:00 p.m. MST to ensure overnight delivery.
**Returns** – All returns must be pre-approved by calling Global's Customer Service Department at 1-800-624-3974 for information and assistance. There may be a 15% restocking fee. Special order items, electronic documents, and age-dated materials are non-returnable.
***Minimum Order** – There is a $50 minimum for all orders containing hardcopy documents. The $50 minimum applies to the order subtotal including the $10 processing fee, excluding any applicable taxes and freight charges. If the total cost of the documents on the order plus the $10 processing fee is less than $50, the processing fee will be increased to bring the order amount up to the $50 minimum. This processing fee will be applied before any applicable deposit account, quantity or member discounts have been applied. There is no minimum for orders containing only electronically delivered documents.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

# There's more where this came from.

The American Petroleum Institute provides additional resources and programs to the oil and natural gas industry which are based on API Standards. For more information, contact:

| | | |
|---|---|---|
| • Monogram Licensing Program | Phone: | 202-962-4791 |
| | Fax: | 202-682-8070 |
| • American Petroleum Institute Quality Registrar (APIQR) | Phone: | 202-962-4791 |
| | Fax: | 202-682-8070 |
| • API Spec Q1 Registration | Phone: | 202-962-4791 |
| | Fax: | 202-682-8070 |
| • Perforator System Registration | Phone: | 202-962-4791 |
| | Fax: | 202-682-8070 |
| • Inspector Certification Programs | Phone: | 202-682-8161 |
| | Fax: | 202-962-4739 |
| • Engine Oil Licensing and Certification System (EOLCS) | Phone: | 202-682-8233 |
| | Fax: | 202-962-4739 |
| • Training/Workshops | Phone: | 202-682-8490 |
| | Fax: | 202-962-4797 |

Check out the API Publications, Programs, and Services Catalog online at www.api.org.

API
American Petroleum Institute Helping You Get The Job Done Right.℠

01.01.02

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy
for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

09/02

This document was reproduced from an authorized download of an API standard on 27-May-2011. The authorized user is permitted to print one single copy for personal reference use only. No further reproduction is permitted. For additional copies or licensing options, contact Techstreet, Inc. at www.techstreet.com or (734) 780-8000.

Additional copies are available through Techstreet, Inc.
at 800-699-9277 or www.techstreet.com

Information about API Publications, Programs and Services is available on the World Wide Web at: http://www.api.org

American
Petroleum
Institute

1220 L Street, Northwest
Washington, D.C. 20005-4070
202-682-8000

Product No. G17A03