IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, EX REL. KENNETH W. ABBOTT, ET AL., | § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:09-cv-01193 |
| v. | § § | Jury Trial Requested |
| BP EXPLORATION AND PRODUCTION INC., ET AL., | § § § | |
| Defendants. | § § | |

**ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' REPLY**

On this date came to be heard the Plaintiffs' Motion to Strike Defendants' Reply or, In the Alternative, for Leave to File Sur-Reply in Opposition to Defendants' Emergency Motion for Modification of the Court's June 21 Order ("Motion"), requesting that this Court strike Defendants' Reply to Plaintiffs' Response to Defendants' Motion for Reconsideration, [Doc. 135] or in the alternative, grant Plaintiffs leave to file a Sur-reply.

Having considered the Motion, the Court is of the opinion that the Defendants' Reply should be stricken from the record. The Motion, therefore, should be GRANTED.

It is therefore ORDERED that Plaintiffs' Motion is GRANTED;

It is further ORDERED that the Defendants' Reply to Plaintiffs' Response to Defendants' Motion for Reconsideration, [Doc. 135], is stricken from the record of this case.

SIGNED this ___6th___ day of _____July_____, 2011.

_____
Kenneth M. Hoyt
United States District Judge