UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENNETH W ABBOTT, *et al.*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. H-09-1193 |
| BP EXPLORATION AND PRODUCTION INC., *et al.*, | § § § § | |
| Defendants. | § | |

**ORDER DENYING DEFENDANTS' MOTION TO STRIKE THE REPORT AND TESTIMONY OF PLAINTIFFS' PROPOSED EXPERT MARC STEINBERG**

On this date came to be heard the Defendants' Motion to Strike the Report and Testimony of Plaintiffs' Proposed Expert Marc Steinberg ("Motion").

Having considered the Motion, and the Response of Plaintiffs to the Motion, the Court is of the opinion that the Motion should be DENIED.

It is therefore ORDERED that Defendants' Motion is DENIED.

SIGNED at Houston, Texas this 2nd day of December, 2011.

_____
Kenneth M. Hoyt
United States District Judge