IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> EX REL. KENNETH W. ABBOTT, ET AL. § <br> § <br> v. § <br> § <br> BP EXPLORATION AND PRODUCTION § <br> INC., ET AL. § | C.A. No. 4:09-cv-01193 <br><br> JURY DEMANDED |

## PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW COUNSEL

The Court should grant Plaintiffs' motion to withdraw Mark Guerrero as counsel of record for Plaintiffs and should remove Mark Guerrero from the official service list in this case.

1. Mark Guerrero has taken other employment and no longer represents Plaintiffs in this action.

2. Plaintiffs will continue to be represented by Perry & Haas, Watts Guerra Craft, LLP, Mallett, Saper, Berg LLP, Hogan & Hogan, and Mary M. Whittle.

3. The withdrawal of Mark Guerrero as counsel for Plaintiffs will not delay the proceedings in this matter.

4. BP does not oppose the relief sought in this motion.

## CONCLUSION

For these reasons, the Court should grant Plaintiffs' motion to withdraw Mark Guerrero as counsel of record for Plaintiffs.

Date: September 19, 2012

1

2

        Respectfully submitted,

By:  */s/ Mikal C. Watts*
     Mikal C. Watts
     State Bar No. 20981820
     Federal Bar No. 12419
     Four Dominion Drive,
     Bldg. 3, Suite 100
     San Antonio, Texas 78257
     Telephone: (210) 447-0500
     Facsimile: (210) 447-0501
     MCWatts@wgclawfirm.com

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

**OF COUNSEL:**

**WATTS GUERRA CRAFT LLP**
J. Hunter Craft
State Bar No. 24012466
Federal Bar No. 24377
HCraft@wgclawfirm.com
Christopher V. Goodpastor
State Bar No. 00791991
Federal Bar No. 18505
CGoodpastor@wgclawfirm.com
Francisco Guerra IV
State Bar No. 00797784
Federal Bar No. 22568
fguerra@wgclawfirm.com
Edward W. Allred
State Bar No. 50511764
Federal Bar No. 22973
eallred@wgclawfirm.com
Emily C. Jeffcott
State Bar No. 24069993
Federal Bar No. 1069933
EJeffcott@wgclawfirm.com
811 Barton Springs Road
Suite 725
Austin, Texas 78704
Telephone: (512) 381-1964
Facsimile:  (512) 479-0502

**PERRY & HAAS**
David L. Perry
State Bar No. 15800000
Federal Bar No. 5685
dlperry-business@perryhaas.com
René Haas
State Bar No. 21406800
Federal Bar No. 5680
RHaas@perryhaas.com
P.O. Box 1500
Corpus Christi, Texas 78403
Telephone: (361) 880-7500
Facsimile:  (361) 887-9507

**Mary M. Whittle**
Attorney at Law
TX State Bar No. 24033336
PA State Bar No. 313316
7 Atwater Rd.
Chadds Ford, PA 19317
Telephone:  (202) 320-1612
mmwhittle@mac.com

**MALLETT SAPER BERG, LLP**
Edward A. Mallett
State Bar No. 1283000
Federal Bar No. 442
Edward@mgscounsel.com
JPMorgan Chase Tower
600 Travis St., Suite 1900
Houston, Texas 77002
Telephone: (713) 236-1900
Facsimile:  (713) 228-0321

**HOGAN & HOGAN**
Richard P. Hogan, Jr.
State Bar No. 09802010
Federal Bar No. 8026
rhogan@hoganfirm.com
Jennifer Bruch Hogan
State Bar No. 03239100
Federal Bar No. 7187
jhogan@hoganfirm.com
909 Fannin, Suite 2700
Houston, Texas 77010
Telephone: (713) 222-8800
Facsimile:  (713) 222-8810

## **CERTIFICATE OF CONFERENCE**

      I hereby certify that, pursuant to Rule 7.1D of the Local Rules of the U.S. District Court for the Southern District of Texas, counsel for Plaintiffs, Emily C. Jeffcott, conferred with counsel for Defendants, Anne Rodgers, and Defendants did not oppose the relief requested in this motion.

                                              */s/ Emily C. Jeffcott*
                                               Emily C. Jeffcott

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 19th day of September 2012, a true and correct copy of the foregoing document was filed with the Court's ECF system and was served via electronic means through transmission facilities from the Court upon those parties authorized to participate and access the Electronic Filing System for the Southern District of Texas.

                                                    /s/ *Mikal C. Watts*
                                                    Mikal C. Watts