| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Kenneth W. Abbott, et al., §
　　　　　　　　　　　　　§
　　　　　Plaintiffs, §
　　　　　　　　　　　　　§
versus　　　　　　　　　　§　　Civil Action H-09-1193
　　　　　　　　　　　　　§
BP Exploration and Production Inc., et al., §
　　　　　　　　　　　　　§
　　　　　Defendants. §

## Order to Report

1. By April 3, 2013, the parties must each report on the status of the case or file papers notifying the court of settlement.

2. The court will take a party's failure to respond as abandonment of their claims.

Signed on March 25, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge