IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Kenneth W. Abbott, *et al.*, | § § § | |
| Plaintiffs, | § § | Civil Action H-09-cv-01193 |
| *versus* | § § | Jury Demanded |
| BP Exploration and Production Inc., *et al.*, | § § | |
| Defendants. | § § | |

## ABBOTT AND FWW STATUS REPORT

Plaintiffs United States of America *ex rel.* Kenneth W. Abbott, Kenneth W. Abbott, individually, and Food & Water Watch, Inc., submit this Status Report in response to the Court's March 25, 2013 Order, Doc. 420.

Kenneth Abbott filed his original complaint against BP for violations of the False Claims Act in April 2009, approximately one year before the explosion on the Deepwater Horizon; Abbott's allegations pertain to a different BP facility—the Atlantis.

**1.   Ready for Trial**

Subject to the Court's ruling on pending dispositive motions, Abbott and FWW are ready for trial and estimate that presentation of plaintiffs' direct case on all claims would require four days. This estimate does not include time required for pre-trial arguments on objections to evidence, *Daubert* motions, or similar procedural or evidentiary disputes. The parties need four weeks before trial begins to (1) notify, subpoena, and schedule trial witnesses; (2) confer with BP regarding required pre-trial materials; and (3) exchange witness lists, exhibit lists, and exhibits.

**2.   Settlement Efforts**

Abbott and FWW sent a settlement demand to BP on January 5, 2012. BP has never responded. Also in January 2012, the United States Department of Justice offered

to broker a settlement between the parties. We agreed to participate but understand that BP declined.

Date: April 3, 2013

>Respectfully submitted,
>
>By:  */s/ Mikal C. Watts*
>Mikal C. Watts
>State Bar No. 20981820
>Federal Bar No. 12419
>Four Dominion Drive,
>Bldg. 3, Suite 100
>San Antonio, Texas 78257
>Telephone: (210) 447-0500
>Facsimile: (210) 447-0501
>MCWatts@wattsguerra.com
>
>**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

**OF COUNSEL:**

| | |
|---|---|
| **WATTS GUERRA LLP** | **PERRY & HAAS** |
| Christopher V. Goodpastor | David L. Perry |
| State Bar No. 00791991 | State Bar No. 15800000 |
| Federal Bar No. 18505 | Federal Bar No. 5685 |
| CGoodpastor@wattsguerra.com | dlperry-business@perryhaas.com |
| Francisco Guerra IV | René Haas |
| State Bar No. 00797784 | State Bar No. 21406800 |
| Federal Bar No. 22568 | Federal Bar No. 5680 |
| fguerra@wattsguerra.com | RHaas@perryhaas.com |
| Edward W. Allred | P.O. Box 1500 |
| State Bar No. 50511764 | Corpus Christi, Texas 78403 |
| Federal Bar No. 22973 | Telephone: (361) 880-7500 |
| eallred@wattsguerra.com | Facsimile:  (361) 887-9507 |
| Emily C. Jeffcott | |
| State Bar No. 24069993 | **LAW OFFICE OF MARY M. WHITTLE** |
| Federal Bar No. 1069933 | Mary M. Whittle |
| EJeffcott@wattsguerra.com | DC Bar No. 973916 |
| 811 Barton Springs Road | TX State Bar No. 24033336 |
| Suite 725 | PA Bar No. 313316 |
| Austin, Texas 78704 | mw@marywhittlelaw.com |
| Telephone: (512) 381-1964 | P.O. Box 892 |
| Facsimile:  (512) 479-0502 | Chadds Ford, PA 19317 |
| | Telephone:  (610) 285-7499 |
| | |
| **MALLETT SAPER BERG, LLP** | **HOGAN & HOGAN** |
| Edward A. Mallett | Richard P. Hogan, Jr. |
| State Bar No. 1283000 | State Bar No. 09802010 |
| Federal Bar No. 442 | Federal Bar No. 8026 |
| Edward@mgscounsel.com | rhogan@hoganfirm.com |
| JPMorgan Chase Tower | Jennifer Bruch Hogan |
| 600 Travis St., Suite 1900 | State Bar No. 03239100 |
| Houston, Texas 77002 | Federal Bar No. 7187 |
| Telephone: (713) 236-1900 | jhogan@hoganfirm.com |
| Facsimile:  (713) 228-0321 | 909 Fannin, Suite 2700 |
| | Houston, Texas 77010 |
| | Telephone: (713) 222-8800 |
| | Facsimile:  (713) 222-8810 |

## CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of April 2013, a true and correct copy of the foregoing document was filed with the Court's ECF system and was served via electronic means through transmission facilities from the Court upon those parties authorized to participate and access the Electronic Filing System for the Southern District of Texas.

/s/ Mikal C. Watts<br>Mikal C. Watts