# EXHIBIT A

# PENDING MOTIONS AND RELATED FILINGS (AS OF 04/03/2013)

| Document Name | Date Filed | Doc. # |
|---|---|---|
| *BP's Summary Judgment Motions* | | |
| BP's Motion for Summary Judgment on Abbott's FCA Claim Based on the Public Disclosure Bar | 01/03/12 | 228 |
| BP's Motion for Partial Summary Judgment on Damages | 01/03/12 | 236 |
| BP's Motion for Summary Judgment on False Claims Act Liability | 01/03/12 | 235 |
| BP's Motion for Summary Judgment on Plaintiffs' Lack of Standing for Their OCSLA Claim | 01/03/12 | 237 |
| BP's Motion for Summary Judgment on Plaintiffs' Claim for Relief Under the Outer Continental Shelf Lands Act | 01/03/12 | 238 |
| • Plaintiffs' Memorandum in Opposition to all of BP's motions | 01/20/12 | 260 |
| • BP's Reply | 01/31/12 | 283 |
| • Plaintiffs' Response in Opposition to Docs. 228, 235, 236, 237, 238 | 04/19/12 | 357 |
| • BP's Reply in Support | 05/14/12 | 381 |
| *Plaintiffs' Summary Judgment Motion* | | |
| Plaintiffs' Motion for Summary Judgment | 04/04/12 | 337 |
| • BP's Response | 05/04/12 | 365 |
| • Plaintiffs' Reply in Support | 05/11/12 | 378 |
| • BP's Sur-Reply | 06/20/12 | 408 |
| *BP's Motions to Strike Summary Judgment Evidence* | | |
| BP's Objections and Motion to Strike Plaintiffs' Evidence in Opposition to Defendants' Motions for Summary Judgment | 01/31/12 | 284 |
| • Plaintiff's Response in Opposition | 02/20/12 | 307 |
| • BP's Reply in Support | 06/06/12 | 407 |
| BP's Objections and Motion to Strike Plaintiffs' Evidence in Opposition to BP's Summary Judgment Motions | 05/14/12 | 382 |
| • Plaintiffs' Response | 05/18/12 | 386 |
| • BP's Reply in Support | 06/06/12 | 407 |

90960447.1

- 2 -

| Document Name | Date Filed | Doc. # |
|---|---|---|
| BP's Objections and Motion to Strike Plaintiffs' Summary Judgment Evidence | 05/04/12 | 376 |
| • Plaintiffs' Response | 05/18/12 | 385 |
| • BP's Reply in Support | 06/06/12 | 407 |
| *BP's Motion to Exclude Expert Scott Bayley* | | |
| Renewed Motion to Exclude the Testimony and Opinions of Plaintiffs' Proposed Economic Expert | 05/04/12 | 358 |
| • Plaintiffs' Response | 05/18/12 | 390 |
| • BP's Reply | 06/06/12 | 403 |
| *BP's Motion to Exclude Expert Michael Sawyer* | | |
| Motion to Exclude the Reports and Testimony of Plaintiffs' Proposed Expert | 05/04/12 | 362 |
| • Plaintiffs' Response | 05/18/12 | 388 |
| • BP's Reply | 06/06/12 | 404 |
| *BP's Motion to Exclude Expert Glen Stevick* | | |
| Motion to Exclude the Reports and Testimony of Plaintiffs' Proposed Expert | 05/04/12 | 363 |
| • Plaintiffs' Response | 05/18/12 | 389 |
| • BP's Reply | 06/06/12 | 405 |
| • Plaintiffs' Sur-Reply | 07/23/12 | 411 |
| *BP's Motion to Exclude Expert Richard Pierce* | | |
| Motion to Exclude the Reports and Testimony of Plaintiffs' Proposed Expert | 05/04/12 | 364 |
| • Plaintiffs' Response | 05/18/12 | 387 |
| • BP's Reply | 06/06/12 | 406 |
| *Discovery Motions* | | |
| BP's Renewed Motion to Compel Production of FWW's "First Amendment" Documents | 05/04/12 | 360 |
| • Plaintiffs' Response | 05/18/12 | 384 |
| • BP's Reply | 06/06/12 | 402 |

- 3 -

| Document Name | Date Filed | Doc. # |
|---|---|---|
| *BP's Motion to Bifurcate Trial of Jury and Non-Jury Claims* | | |
| Defendants' Motion to Bifurcate Trial of Jury and Non-Jury Claims | 03/02/12 | 315 |
| • Plaintiffs' Response | 03/15/12 | 322 |
| • BP's Reply | 03/16/12 | 326 |